## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. EASTMAN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br> *Defendants*. | Civil Action No.: _____ |

## **APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Per Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiff asks this Court to enter a TRO prohibiting Defendant from enforcing or complying with the challenged subpoena until this Court resolves Plaintiff's motion for a preliminary injunction. This application is based on Plaintiff's accompanying statement of points and authorities, Plaintiff's declaration and other filings, and any oral argument or evidence presented at a TRO hearing (if there is one).

Plaintiffs also satisfy the four-factor test for a TRO. They are likely to prevail on their claims that the subpoena is *ultra vires*; has no legitimate legislative purpose; demands communications protected by attorney-client privilege, the attorney work-product doctrine, and other privileges and privacy rights. Allowing Defendants to obtain or disclose Plaintiffs' private, confidential information before Plaintiffs can litigate their preliminary-injunction motion, moreover, would irreparably harm Plaintiffs. Congress has a negligible interest in immediately seeing Plaintiffs' communications records, and the public interest lies with ensuring that Congress stays within its constitutional powers and does not intrude on long-standing privileges or constitutional rights, as well as preserving public confidence in attorney-client privilege when engaging law professors and law school clinics for legal services.

January 20, 2022                              Respectfully submitted,


                                                /s/*Anthony T. Caso*
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com


*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)[1]
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920


*Counsel for Plaintiff*

---

[1] A motion to appear pro hac vice for attorney Charles Burnham will be filed as soon as the necessary Certificates of Good Standing can be obtained.  As described above, the emergency nature of this matter did not allow time to request the certificates.