# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>BENNIE G. THOMPSON, *et. al*,<br><br>*Defendants*. | Civil Action No.: _____ |

## [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

The Court has considered Plaintiff Dr. John Eastman's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and the Declaration and Memorandum in support thereof.

IT IS HEREBY ORDERED that pending time to allow appropriate discovery and a full hearing for determination of the Order to Show Cause Why a Preliminary Injunction Should Not Issue, Defendant Chapman University and all of its respective agents, employees, or attorneys, shall be and hereby are restrained and enjoined from complying the January 18, 2022, subpoena respecting the communications and documents of Dr. John Eastman.

IT IS FURTHER ORDERED that pending time to allow appropriate discovery and a full hearing for determination of the Order to Show Cause Why a Preliminary Injunction Should Not Issue, the Congressional Defendants and all of their respective agents, employees, or attorneys, shall be and hereby are restrained and enjoined from enforcing the January 18, 2022, subpoena respecting the communications and documents of Dr. John Eastman.

IT IS FURTHER ORDERED that the parties shall appear for via _____ videoconference at _____ a.m./p.m. on _____ __, 2022, before the Honorable _____ to discuss an appropriate schedule for discovery, briefing, and a hearing to show cause why Defendants and all of their respective agents, employees, or attorneys, should not be preliminarily enjoined from enforcing or complying with the January 18, 2022, subpoena respecting the communications and documents of Dr. John Eastman.

IT IS SO ORDERED. DATED:

January __, 2022  _____

                                                    The Hon. _____
                                                    United States District Judge
                                                    Central District of California