IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. EASTMAN,<br>c/o Burnham & Gorokhov, PLLC<br>1424 K Street NW, Suite 500<br>Washington, D.C. 20005<br><br>*Plaintiff,*<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol;<br>Rayburn House Office Building, 2466, Washington, DC 20515<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br><br>CHAPMAN UNIVERSITY, 1 University Dr. Orange, CA 92866<br><br>*Defendants*. | Civil Action No.: _____ |

**COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF**

Plaintiff brings this action against Defendants for declaratory and injunctive relief and alleges as follows:

**INTRODUCTION**

1. The November 3, 2020 presidential election was one of the most controversial in American history. A significant portion of the population came to believe the election was tainted by fraud, disregard of state election law, misconduct by election officials and other factors.

2. On January 6, 2021, tens of thousands of people gathered for a "Save America" rally outside the White House to exercise their First Amendment freedoms of speech and assembly and the right to petition their government for redress of grievances.

1