**ATTACHMENT B**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**JOHN EASTMAN V. BENNIE G. THOMPSON, et al**
No _____

**DEFENDANTS TO BE SERVED**

**BENNIE G. THOMPSON**,
c/o Douglas N. Letter
U.S. HOUSE OF REPRESENTATIVES
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700 - douglas.letter@mail.house.gov

**SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL**
c/o Douglas N. Letter
U.S. HOUSE OF REPRESENTATIVES
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700 - douglas.letter@mail.house.gov

**CHAPMAN UNIVERSITY**
c/o Janine P. DuMontelle
Vice President & General Counsel
Office of Legal Affairs
Chapman University
One University Drive, Orange, CA 92866
(714) 997-6533 - jpdumont@chapman.edu

**MERRICK B. GARLAND**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

(**continued on next page**)

**TRACY WILKISON**
United State's Attorney
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012