**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN C. EASTMAN<br><br>PLAINTIFF(S) | CASE NUMBER:<br><br>8:22–cv–00099–DOC–DFM |
| v.<br><br>BENNIE THOMPSON , et al.<br><br>DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

\_\_\_\_        \_\_\_\_        \_\_\_\_

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  January 20, 2022        By:  /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                        Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –