NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Anthony T. Caso
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-290
Phone: 916-601-1916

ATTORNEY(S) FOR: Plaintiff John Eastman

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John C. Eastman <br> Plaintiff(s), <br> v. <br> Bennie G. Thompson; Select Committee to Investigate the January 6th Attack on the United States Capitol; Chapman University <br> Defendant(s) | CASE NUMBER: <br> 8:22-cv-00099-DOC-DFM <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _John C. Eastman_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| none | Note: Complaint does not seek financial relief. |

January 20, 2022
Date

/s/ Anthony T. Caso, Esq.
Signature

Attorney of record for (or name of party appearing in pro per):

John C. Eastman