Name and address:
Charles Burnham, Esq.
1424 K St. NW # 500
Washington, DC 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| John C. Eastman | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 8:22cv99 |
| v. | |
| Bennie G. Thompson, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Burnham, Charles
*Applicant's Name (Last Name, First Name & Middle Initial)*

703-980-9066
*Telephone Number*

202-765-2173
*Fax Number*

charles@burnhamgorokhov.com
*E-Mail Address*

of

Burnham & Gorokhov, PLLC
1424 K St. NW # 500
Washington, DC 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff John C. Eastman

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Anthony T. Caso
*Designee's Name (Last Name, First Name & Middle Initial)*

88561
*Designee's Cal. Bar No.*

919-601-1916
*Telephone Number*

916-307-5164
*Fax Number*

atcaso@cgg1776.com
*E-Mail Address*

of

Constitutional Counsel Group
174 W Lincoln Ave # 620
Anaheim, CA 92805
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge