FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Chapman University

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br>c/o Burnham & Gorokhov, PLLC<br>1424 K Street NW, Suite 500<br>Washington, D.C. 20005,<br><br>           Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; Rayburn House Office Building, 2466, Washington, DC 20515<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br><br>CHAPMAN UNIVERSITY, 1 University Dr. Orange, CA 92866,<br><br>           Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DECLARATION OF JANINE P. DUMONTELLE IN SUPPORT OF DEFENDANT CHAPMAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:             January 24, 2022<br>Time:            2:00 p.m.<br><br>Judge:           Hon. David O. Carter<br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.:          9D<br>Trial Date:     not set |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

DECLARATION OF JANINE P. DUMONTELLE IN SUPPORT OF DEFENDANT CHAPMAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, Janine P. DuMontelle, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. I am a Vice President and General Counsel of Defendant Chapman University ("Chapman" or "the University").

3. Chapman is a qualified 501(c)(3) tax exempt not-for-profit institution of higher education. IRS rules for 501(c)(3) organizations prohibit Chapman from directly or indirectly supporting a political campaign or candidate for elective office. Chapman adheres to these rules and does not authorize its employees to use University resources in violation of IRS rules. Consistent with these IRS rules, Chapman's website contains the following statement: "As a 501(c)(3) non-profit organization (Internal Revenue Service Code), Chapman is ... organized and operated exclusively for exempt purposes set forth in section 501(c)(3), and none of its earnings may inure to any private shareholder or individual. In addition, it may not be an action organization, i.e., it may not attempt to influence legislation as a substantial part of its activities and it may not participate in any campaign activity for or against political candidates."[1]

4. For several weeks before the House Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") issued a Subpoena to Produce Documents ("Subpoena") to Chapman on January 18, 2022, I exchanged communications with counsel for the Select Committee and for John Eastman. Based on these communications, I understand there were discussions between Eastman's counsel and counsel for the Select Committee about whether the Committee would allow Chapman to provide Eastman's counsel with documents requested by the Select Committee so he could identify documents he considered protected by the attorney-client privilege or attorney work product doctrine, and

---

[1] https://www.chapman.edu/about/our-family/leadership/evp-coo/governance.aspx

2
DECLARATION OF JANINE P. DUMONTELLE IN SUPPORT OF DEFENDANT CHAPMAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

provide a privilege log to the Select Committee. To the best of my knowledge, the parties did not reach an agreement to proceed in that fashion.

5. During the time period November 3, 2020 through the end of Eastman's employment at Chapman, the University maintained a Computer and Acceptable Use Policy, which stated, in pertinent part:

> Although Chapman University does not make a practice of monitoring e-mail, the University reserves the right to retrieve the contents of University-owned computers or e-mail messages for legitimate reasons, such as to find lost messages, to comply with investigations of wrongful acts, to respond to subpoenas, or to recover from system failure.
>
> Except as authorized, in writing or by e-mail, by the University, users are not to use Chapman Information Resources for compensated outside work, the benefit of organizations not related to the University (except in connection with scholarly, creative or community service activities), or commercial or personal advertising.[2]

6. During the time period November 3, 2020 to the end of Eastman's employment at Chapman, every time Eastman logged on to Chapman's network, he received the following "splash screen" message:

> Use of this computer system constitutes your consent that your activities on, or information you store in, any part of the system is subject to monitoring and recording by Chapman University or its agents, consistent with the Computer and Acceptable Use Policy without further notice. You are responsible for being familiar with the University policies related to the use of this computer system. If monitoring of the system reveals a violation of University policy, appropriate action will be taken. Any evidence of criminal activity will be provided to law enforcement.

7. Based on the foregoing, any use of Chapman's systems by Eastman to support a political campaign or candidate for elective office would have been

---

[2] The full policy is available here: https://www.chapman.edu/campus-services/information-systems/policies-and-procedures/acceptable-use-policy.aspx.

3
DECLARATION OF JANINE P. DUMONTELLE IN SUPPORT OF DEFENDANT CHAPMAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

improper and unauthorized.

8. My information technology team has advised me that the production set of documents Chapman has identified contains 18,925 items.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of January, 2022, at Orange, California.

*Janine P. DuMontelle*

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

4

DECLARATION OF JANINE P. DUMONTELLE IN SUPPORT OF DEFENDANT CHAPMAN UNIVERSITY'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER