NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Fred M. Plevin (SBN 126185)
Paul, Plevin, Sullivan & Connaughton LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Tel: 619-237-5200
Email: fplevin@paulplevin.com

ATTORNEY(S) FOR: Defendant Chapman University

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John C. Eastman

Plaintiff(s),

v.

Bennie Thompson et al

Defendant(s)

CASE NUMBER:

8:22-cv-00099-DOC-DFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Chapman University
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | n/a |

January 21, 2022
Date

/s/ Fred M. Plevin
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Chapman University