FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Chapman University

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, c/o Burnham & Gorokhov, PLLC 1424 K Street NW, Suite 500 Washington, D.C. 20005, <br><br> Plaintiff, <br><br> v. <br><br> BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; Rayburn House Office Building, 2466, Washington, DC 20515 <br><br> SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL <br><br> CHAPMAN UNIVERSITY, 1 University Dr. Orange, CA 92866, <br><br> Defendants. | Case No. 8:22-cv-00099-DOC-DFM <br><br> **DEFENDANT CHAPMAN UNIVERSITY'S REQUEST TO APPEAR VIRTUALLY AT HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Date: January 24, 2022 <br> Time: 2:00 p.m. <br><br> Judge: Hon. David O. Carter <br> Magistrate Judge: Hon. Douglas F. McCormick <br> Crtrm.: 9D <br> Trial Date: not set |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

DEFENDANT CHAPMAN UNIVERSITY'S REQUEST TO APPEAR VIRTUALLY AT HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

TO THE COURT, PLAINTIFF JOHN C. EASTMAN AND TO HIS ATTORNEYS OF RECORD:

Fred M. Plevin, counsel for Defendant Chapman University, respectfully requests to appear virtually at the hearing on Plaintiff's *Ex Parte* Application for Temporary Restraining Order currently set for January 24, 2022 at 2:00 p.m.

In its Order setting this hearing, the Court invited counsel to submit a request for a virtual appearance.

I submit this request to the Court based on the following: I had a total knee replacement operation on December 13, 2021. I am unable to sit in a static position for long periods of time, which will make it very difficult for me to drive from my home in San Diego to Santa Ana. I also have difficulty walking far distances (such as from parking to the courthouse and within the courthouse).

Additionally, I believe it may be helpful for the Court to hear from Chapman's General Counsel (declarant Janine DuMontelle) and/or a member of Chapman's IT department who is familiar with the process Chapman used to identify documents that are responsive to the Subpoena at issue. If the Court agrees that this would be of assistance, due to the expedited nature of the hearing and it being set so close in time, and assuming I will not be present in the courtroom, I request that the Court allow Ms. DuMontelle and a member of Chapman's IT department be available virtually as well.

Respectfully Submitted,

Dated: January 21, 2022    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: _____/s/ Fred M. Plevin_____
FRED M. PLEVIN
Attorneys for Defendant Chapman University