Name and address:
Charles Burnham, Esq.
1424 K St. NW # 500
Washington, DC 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

John C. Eastman

Plaintiff(s)

v.

Bennie G. Thompson, et al.

Defendant(s).

**CASE NUMBER**

8:22cv00099-DOC

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [15]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Burnham, Charles — *Applicant's Name (Last Name, First Name & Middle Initial)*

of

Burnham & Gorokhov, PLLC
1424 K St. NW # 500
Washington, DC 20005
*Firm/Agency Name & Address*

703-980-9066 — *Telephone Number*
202-765-2173 — *Fax Number*
charles@burnhamgorokhov.com — *E-Mail Address*

for permission to appear and participate in this case on behalf of

Plaintiff John C. Eastman

Name(s) of Party(ies) Represented: [X] Plaintiff(s) [ ] Defendant(s) [ ] Other: ____

and designating as Local Counsel

Anthony T. Caso — *Designee's Name (Last Name, First Name & Middle Initial)*

of

Constitutional Counsel Group
174 W Lincoln Ave # 620
Anaheim, CA 92805
*Firm/Agency Name & Address*

88561 — *Designee's Cal. Bar No.*
919-601-1916 — *Telephone Number*
916-307-5164 — *Fax Number*
atcaso@cgg1776.com — *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: ____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated   January 21, 2022

*/s/ David O. Carter*
**U.S. District Judge**

G-64 ORDER   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1