```
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001
```

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**NOTICE OF MOTION AND MOTION TO FILE AN OVERSIZED BRIEF IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:    January 24, 2022<br>Time:    2:00 p.m.<br>Location: Courtroom 9D |

# NOTICE OF MOTION

The Congressional Defendants hereby move the Court to extend the page limitations for the Defendants' Opposition to Plaintiffs Application for Temporary Restraining Order, filed on January 21, 2022, for the reasons set forth in the attached memorandum.

Dated: January 21, 2022  OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

By: /s/ Douglas Letter
Douglas Letter

Attorneys for Congressional Defendants

Dated: January 21, 2022.  SHER TREMONTE LLP

By: /s/ Justin M. Sher
Justin M. Sher

Attorneys for Congressional Defendants

Dated: January 21, 2022.  ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ John A. Freedman
John A. Freedman

Attorneys for Congressional Defendants

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(1)(i), I, Douglas Letter, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Douglas Letter
Douglas Letter