1    OFFICE OF GENERAL COUNSEL
     U.S. HOUSE OF REPRESENTATIVES
2    5140 O'Neill House Office Building
3    Washington, D.C. 20515

4    SHER TREMONTE LLP
     90 Broad Street, 23rd Floor
5    New York, New York 10004

6    ARNOLD & PORTER
7    601 Massachusetts Ave, NW
     Washington, D.C. 20001

8

9    Counsel for the Congressional Defendants

10

11               **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                  **SOUTHERN DIVISION**

14

15    JOHN C. EASTMAN,          | Case No. 8:22-cv-00099-DOC-DFM

16          Plaintiff,        | **NOTICE OF MOTION AND MOTION**
                             | **TO FILE AN OVERSIZED BRIEF IN**
17    vs.                       | **OPPOSITION TO PLAINTIFF'S**
                             | **APPLICATION FOR TEMPORARY**
18    BENNIE G. THOMPSON, *et al.*,   | **RESTRAINING ORDER**

19          Defendants.     | Date:      January 24, 2022
20                              | Time:     2:00 p.m.
                             | Location: Courtroom 9D

21

22

23

24

25

26

27

28

**MEMORANDUM**

Pursuant to Civil Local Rule 11-6, Defendants the Honorable Bennie Thompson and the House Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, "Congressional Defendants"), by and through their counsel, respectfully request leave to exceed the briefing page limit for their Opposition to Plaintiff's Motion for Temporary Restraining Order, by [5] pages.

Due to the immense importance of the work of the House of Representatives Select Committee to Investigate the January 6th Attack on the Capitol, the factual and legal complexity of the issues raised in Plaintiff's Motion for Temporary Restraining Order, and the need to ensure that the Court has all the relevant information and arguments before it, Congressional Defendants submit that additional pages are necessary to appropriately respond to Plaintiff's Motion.

Defendants have worked diligently to stay within the confines of this Court's rules. However, the circumstances of the case, the desire to ensure the Court has full information and the short time with which Congressional Defendants had to respond to Plaintiff's Motion for Temporary Restraining Order made it impracticable to comply with otherwise applicable Local Rule 11-6.


Dated:  January 21, 2022             OFFICE OF GENERAL COUNSEL
                                     U.S. HOUSE OF REPRESENTATIVES

                                        By:  /s/ Douglas Letter
                                             Douglas Letter

                                        Attorneys for Congressional Defendants

Dated:  January 21, 2022.               SHER TREMONTE LLP

                                        By: /s/ Justin M. Sher
                                            Justin M. Sher

                                        Attorneys for Congressional Defendants

Dated:  January 21, 2022.               ARNOLD & PORTER KAYE SCHOLER LLP

                                        By: /s/ John A. Freedman
                                            John A. Freedman

                                        Attorneys for Congressional Defendants

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(1)(i), I, Douglas Letter, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        /s/ Douglas Letter
                                        Douglas Letter