DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

STACIE M. FAHSEL
ASSOCIATE GENERAL COUNSEL

ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**

5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

January 22, 2022

BY CM/ECF

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Courtroom 9D
Santa Ana, CA, 92701-4516

    Re:   *Eastman v. Thompson, et. al.*, Civil Action No. 8:22-cv-00099-DOC-DFM

Dear Judge Carter:

    The Congressional Defendants respectfully submit the attached corrected memorandum in opposition to the Plaintiff's motion for a temporary restraining order in the above-captioned matter. The corrected memorandum adds tables of contents and authorities, and fixes certain formatting and typographical errors (including several inadvertently omitted words) in the earlier filed memorandum. No substantive changes are being made to the memorandum. Although the Congressional Defendants timely filed their memorandum, because counsel for the Congressional Defendants learned of the Court's order only this morning, approximately 12 hours before the filing deadline, counsel required additional time to prepare accurate tables and to ensure proper formatting.

    Should Your Honor require any further information, please do not hesitate to contact me at (202) 225-9700.

Respectfully,

Douglas N. Letter
*Counsel for Congressional Defendants*

Enclosure