IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. EASTMAN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br> *Defendants.* | Civil Action No.: 8:22cv99 |

## **MOTION TO CONTINUE HEARING**

Comes now, the plaintiff, John C. Eastman, and moves to continue the hearing scheduled for Monday January 24.  Plaintiff asserts as follows:

1. This Court has scheduled a hearing on plaintiff's application for Temporary Restraining Order on Monday January 24.  Plaintiff's reply brief is due this evening.

2. On the date of filing, Dr. Eastman experienced an unexpected and serious family medical emergency which has limited his ability to provide necessary assistance in preparing the reply brief.  It will also likely prevent him from attending Monday's hearing.  Opposing counsel has been advised of some details of the situation.  Dr. Eastman can provide further details in a sealed filing to the Court if necessary.

3. In light of his family situation, plaintiff requests a brief continuance of the hearing date and permission to file his reply brief by Monday at 5pm.

4. Undersigned counsel has discussed this matter with opposing counsel for all parties, who have been very understanding of the situation.  Counsel will continue to engage with opposing counsel with the goal of proposing an alternate date and/or briefing schedule that all parties can consent to and that works with the Court's schedule and will update the Court in a subsequent filing.

For the foregoing reasons, plaintiff John C. Eastman respectfully requests a brief continuance of the TRO hearing to a date agreeable to all parties and the Court. Plaintiff further requests permission to file his reply brief by 5pm on Monday.

January 22, 2022                                    Respectfully submitted,


/s/*Anthony T. Caso*
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com


/s/ *Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)[1]
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920


*Counsel for Plaintiff*

---

[1] A motion to appear pro hac vice for attorney Charles Burnham will be filed as soon as the necessary Certificates of Good Standing can be obtained. As described above, the emergency nature of this matter did not allow time to request the certificates.