**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00099-DOC-DFMx                                   Date: January 22, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON, ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| T. Steele | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: PLAINTIFF'S MOTION TO CONTINUE HEARING [26]**

    The Court is in receipt of Plaintiff's Motion to Continue Hearing (Dkt. 26). In light of the representation that Dr. Eastman has experienced an unexpected and serious family medical emergency and that opposing counsel have been in communication about the issue, the Court would appreciate a proposed alternative date agreed to by all counsel by Sunday, January 23, 2022, at 2:00 pm PST.

    The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: ts

MINUTES FORM 11
CIVIL-GEN