IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. EASTMAN, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No.: 8:22cv99 |

**Exhibit to Plaintiff's Reply to Defendant's Response to Application for Temporary Restraining Order**

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/*Anthony T. Caso*
　　　　　　　　　　　　　　　　Anthony T. Caso (Cal. Bar #88561)
　　　　　　　　　　　　　　　　CONSTITUTIONAL COUNSEL GROUP
　　　　　　　　　　　　　　　　174 W Lincoln Ave # 620
　　　　　　　　　　　　　　　　Anaheim, CA 92805-2901
　　　　　　　　　　　　　　　　Phone: 916-601-1916
　　　　　　　　　　　　　　　　Fax: 916-307-5164
　　　　　　　　　　　　　　　　Email:  atcaso@ccg1776.com


　　　　　　　　　　　　　　　　*/s/ Charles Burnham*
　　　　　　　　　　　　　　　　Charles Burnham (D.C. Bar # 1003464)
　　　　　　　　　　　　　　　　BURNHAM & GOROKHOV PLLC
　　　　　　　　　　　　　　　　1424 K Street NW, Suite 500
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　Email: charles@burnhamgorokhov.com
　　　　　　　　　　　　　　　　Telephone: (202) 386-6920


　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

# CHAPMAN UNIVERSITY
## FACULTY AGREEMENT FOR TENURE-TRACK APPOINTMENT

This Agreement for a tenure-track appointment is made this ninth day of April, 1999, by and between Chapman University, a non-profit corporation organized and existing under the laws of the State of California for educational and philanthropic purposes, hereinafter referred to as the "University", and John C. Eastman, hereinafter referred to as "Faculty Member," in consideration of the mutual promises made herein agree to a tenure-track appointment as follows:

1. **Employment** The University hereby employs Faculty Member and Faculty Member hereby accepts employment on tenure-track as Associate Professor of Law within the School of Law of the University, effective August 1, 1999. Faculty Member has been granted probation status credit for his prior professional experience. He will be eligible for consideration, during the 1999-2000 academic year, for promotion to Professor, with such promotion, if approved, to become effective at the beginning of the 2000-2001 academic year. Faculty Member also will be eligible for consideration for the award of tenure during the 2001-2002 academic year, with such award and, if approved, to be effective at the beginning of the 2002-2003 academic year. As a faculty member at Chapman University, Faculty Member is governed by the provisions of the General Conditions of Employment (Section II) in the *Faculty Manual* for the Orange Campus and the *School of Law Faculty Handbook*.

2. **Duties** Faculty Member agrees to serve the University in the capacity specified above and, as is more fully stated in the Faculty Manuals, to cooperate in the maintenance of the highest standards of performance of all duties and assignments.

The University hereby acknowledges that, separate and apart from his employment as a Faculty Member, Faculty Member may also direct a Center for Constitutional Litigation, a program jointly sponsored by the Chapman University School of Law and the Claremont Institute for the Study of Statesmanship and Political Philosophy.

3. **Compensation** The University shall pay the Faculty Member an academic-year salary of $80,000 in twelve monthly installments commencing August 26, 1999, subject to such withholding as is required by law or university policy. Faculty Member shall also be entitled to such fringe benefits as are provided from time to time by the University to other Associate Professors as are set forth in the *Faculty Manual*.

4. **Term and Termination** This Agreement shall commence on the date set forth in Section 1 above and shall continue for a two-year term, expiring May 31, 2001, subject to earlier termination as set forth below.
   4.1. **Termination without Cause** This Agreement may be terminated prior to the end of its term without cause, by either party, by providing an advance written notice of termination to the other as per the schedule designated in Section 2.3.2.4 of the *Faculty Manual*.
   4.2 **Termination with Cause** The University may terminate Faculty Member's employment immediately for cause, without prior notice, subject to completion of those procedures set forth in the *Faculty Manual*. For purposes of this Section 4.2, the term "For Cause" shall mean any reason included in Sections 2.16.14, 2.16.15, and/or 2.16.16 of the *Faculty Manual*.

5. **Entirety** This Agreement, the letter of offer, and the *Faculty Manual* supersede any and all prior agreements, either oral or in writing, between the parties with respect to the employment of Faculty Member by the University. This Agreement and the *Faculty Manual* in effect on the date hereof, as amended from time to time during the term hereof, constitute the entire agreement of the parties. Faculty Member acknowledges and agrees that the *Faculty Manual*, and therefore the terms of this appointment, may be amended in accordance with the provisions set forth therein. This Agreement may be modified only by an agreement in writing signed by the parties, or with respect to those terms which are set forth in the *Faculty Manual*, by completion of the procedures for amendment of the *Faculty Manual* as set forth therein.

6. **Counterparts** This Agreement may be executed simultaneously in two counterparts, each of which shall be deemed an original but both of which together shall constitute one and the same instrument.

_____
Provost Harry Hamilton
Date: 15 June 1999

_____
John C. Eastman
Date: May 25, 1999

Redacted
Social Security #

EOO rev 8/97   hlh 1/98