Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**NOTICE REGARDING AVAILABILITY OF PARTIES**<br><br>Date: January 24, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. David O. Carter<br><br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.: 9D<br>Trial Date: not set |

As requested in this Court's order of January 22, counsel for plaintiff hereby submits this update on the availability of all parties for a TRP hearing:

PLAINTIFF'S REPLY IN SUPPORT OF APPLICATION FOR TRO - 1

1. The emergency medical situation described in plaintiff's motion to continue has improved over the last twenty-four hours. Due to this, plaintiff and counsel can be available for a hearing at 2p.m. tomorrow. Counsel for defendants remain available as well.

2. Alternatively, all counsel are available for a hearing on January 26 so long as it is concluded by 11a.m.

3. Counsel for all parties have conferred about additional dates if the above options do not work for the Court's schedule and can provide additional options if necessary.

Respectfully submitted,
/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

/s/ Charles Burnham
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

PLAINTIFF'S REPLY IN SUPPORT OF APPLICATION FOR TRO - 2

# CERTIFICATE OF SERVICE

I have served this filing on all counsel through the Court's ecf system.

Respectfully submitted,

/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com