

Charles Burnham, Esq.
charles@burnhamgorokov.com
*Licensed to practice in Virginia and the*
*District of Columbia*

January 23, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 9D
Santa Ana, CA, 92701-4516

      Re: *Eastman v. Thompson, et. al.*, Civil Action No. 8:22-cv-00099-DOC-DFM

Dear Judge Carter:

      Plaintiff respectfully submits the attached corrected Plaintiff's Application for Temporary Restraining Order and Memorandum in support of Plaintiff's Application for a temporary restraining order in the above-captioned matter. The corrected Memorandum adds tables of contents and authorities as required by local rules, and both are formatted to conform to local rules  No substantive changes are being made to either document.

      Should Your Honor require any further information, please do not hesitate to contact me at (202) 386-6920.

                        Sincerely,

                        /s/ Charles Burnham

                        Charles Burnham
                        Burnham & Gorokhov PLLC

Enclosure