Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *admitted pro hac vice*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff,*<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**CORRECTED APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date: January 24, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. David O. Carter<br><br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.: 9D<br>Trial Date: not set |

PLAINTIFF'S CORRECTED APPLICATION FOR TRO - 1

Per Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiff asks this Court to enter a TRO prohibiting Defendant from enforcing or complying with the challenged subpoena until this Court resolves Plaintiff's motion for a preliminary injunction. This application is based on Plaintiff's accompanying statement of points and authorities, Plaintiff's declaration and other filings, and any oral argument or evidence presented at a TRO hearing (if there is one).

Plaintiffs also satisfy the four-factor test for a TRO. They are likely to prevail on their claims that the subpoena is *ultra vires*; has no legitimate legislative purpose; demands communications protected by attorney-client privilege, the attorney work-product doctrine, and other privileges and privacy rights. Allowing Defendants to obtain or disclose Plaintiffs' private, confidential information before Plaintiffs can litigate their preliminary-injunction motion, moreover, would irreparably harm Plaintiffs. Congress has a negligible interest in immediately seeing Plaintiffs' communications records, and the public interest lies with ensuring that Congress stays within its constitutional powers and does not intrude on long-standing privileges or constitutional rights, as well as preserving public confidence in attorney-client privilege when engaging law professors and law school clinics for legal services.

Respectfully submitted,

/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com

/s/ Charles Burnham
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com