

Charles Burnham, Esq.
charles@burnhamgorokov.com
*Licensed to practice in Virginia and the*
*District of Columbia*

January 23, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 9D
Santa Ana, CA, 92701-4516

   Re: *Eastman v. Thompson, et. al.*, Civil Action No. 8:22-cv-00099-DOC-DFM

Dear Judge Carter:

   Plaintiff respectfully submits the attached corrected reply brief in support of Plaintiff's motion for a temporary restraining order in the above-captioned matter. The corrected brief adds tables of contents and authorities as required by local rules, and fixes an incomplete citation and two italicized formatting errors in the earlier filed memorandum. No substantive changes are being made to the brief. Although Plaintiff timely filed its brief, counsel required additional time to prepare accurate tables and to ensure proper formatting.

   Should Your Honor require any further information, please do not hesitate to contact me at (202) 386-6920.

         Sincerely,

         /s/ Charles Burnham

         Charles Burnham
         Burnham & Gorokhov PLLC

Enclosure