Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>Date: January 24, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. David O. Carter<br><br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.: 9D<br>Trial Date: not set |

Pursuant to Local Rule 83-1.4, Plaintiff hereby provides notice that there are a number of cases pending in other courts that involve "all or a material part of the

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS - 1

subject matter" of the instant action, namely, challenges to various subpoenas issued by the congressional defendants, including the following:

Lawsuits challenging subpoenas issued directly to individuals:

1. *Mark Meadows v. Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee To Investigate The January 6th Attack On The United States Capitol*, No. 1:21-cv-03217 (D.D.C., filed Dec. 8, 2021).

   a. Counsel for Plaintiff:
      George J. Terwilliger III
      Brooks H. Spears
      McGuire Woods LLP
      888 16th St. NW, Suite 500
      Washington, DC 20006
      202-857-1700
      bspears@mcguirewoods.com

   b. Counsel for Defendants:
      Douglas N. Letter, General Counsel
      Office of General Counsel
      U.S. House of Representatives
      5140 O'Neill House Office Building
      Washington, D.C. 20515
      (202) 225-9700
      Douglas.Letter@mail.house.gov

   c. The suit raises challenges to the constitution of the Committee, whether its subpoena to former Chief of Staff Meadows and a parallel subpoena to Meadows' telecommunications carrier, Verizon, were in furtherance of a valid legislative purpose, whether they violate the First and Fourth Amendments, and whether they violate executive privilege.

   d. Status: There have been no rulings yet issued from the district court.

2. *Michael Flynn v. Nancy Pelosi, Bennie G. Thompson, Elizabeth L.*

*Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee To Investigate The January 6th Attack On The United States Capitol*, No. 8:21-cv-02956 (M.D. Fla., filed Dec. 21, 2021).

    a. Counsel for Plaintiff:
       David A. Warrington,
       DHILLON LAW GROUP INC.
       2000 Duke Street, Suite 300
       Alexandria, Virginia 22314
       571-400-2120
       dwarrington@dhillonlaw.com

    b. Counsel for Defendants:
       Douglas N. Letter, General Counsel
       Office of General Counsel
       U.S. House of Representatives
       5140 O'Neill House Office Building
       Washington, D.C. 20515
       (202) 225-9700
       Douglas.Letter@mail.house.gov

    c. The suit raises challenges to the constitution of the Committee, whether its subpoena was in furtherance of a valid legislative purpose, and whether it violates the First, Fourth, and Fifth Amendments.

    d. Status: The district court denied without prejudice, on procedural grounds, a TRO on December 22, 2021.

3. *Alex Emric Jones v. Select Committee To Investigate The January 6th Attack On The United States Capitol*, Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, No. 1:21-cv-03316 (D.D.C., filed Dec. 20, 2021).

    a. Counsel for Plaintiff:
       Norman A. Pattis
       Cameron L. Atkinson
       PATTIS & SMITH, LLC
       383 Orange Street

        New Haven, CT 06511
        Tel: (203) 393-3017
        Fax: (203) 393-9745
        npattis@pattisandsmith.com
        catkinson@pattisandsmith.com

  b. Counsel for Defendants:
     Douglas N. Letter, General Counsel
     Office of General Counsel
     U.S. House of Representatives
     5140 O'Neill House Office Building
     Washington, D.C. 20515
     (202) 225-9700
     Douglas.Letter@mail.house.gov

  c. The suit raises challenges to the constitution of the Committee, whether its subpoenas to Plaintiff and to his telecommunications carrier AT&T were in furtherance of a valid legislative purpose, whether they violate the Stored Communications Act, and whether they violate the First, Fourth, and Fifth Amendments.

  d. Status:  There have been no rulings yet issued from the district court.

<u>Lawsuits challenging subpoenas issued to third parties:</u>

1. *Mark Meadows v. Pelosi et al.*, No. 1:21-cv-03217 (D.D.C., filed Dec. 8, 2021).  *See above* ¶ 1.

2. *Alex Emric Jones v. Select Committee et al.*, No. 1:21-cv-03316 (D.D.C., filed Dec. 20, 2021).  *See above* ¶ 3.

3. *John C. Eastman v. Bennie G. Thompson, John Wood, Timothy J. Heaphy, Select Committee To Investigate The January 6th Attack On The United States Capitol, Verizon Communicarions, Inc.,* No. 1:21-cv-03273 (D.D.C., filed Dec. 14, 2021).

  a. Counsel for Plaintiff:
     Charles Burnham
     BURNHAM & GOROKHOV PLLC
     1424 K Street NW, Suite 500

    Washington, D.C. 20005
    Email: charles@burnhamgorokhov.com
    Telephone: (202) 386-6920

  b. Counsel for Defendants:
    Douglas N. Letter, General Counsel
    Office of General Counsel
    U.S. House of Representatives
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    (202) 225-9700
    Douglas.Letter@mail.house.gov

    General Counsel
    ATTN: VSAT
    1 Verizon Way
    Basking Ridge, New Jersey 07920
    Corporate Phone Number: 1-908-559-5490

  c. The suit, by the same plaintiff here, raises challenges to the constitution of the Committee, whether its subpoena to Plaintiff's telecommunications carrier, Verizon, was in furtherance of a valid legislative purpose, whether it impermissibly sought information protected by attorney-client and work product privileges, and whether it violated the First and Fourth Amendments.

  d. Status: There have been no substantive rulings yet issued from the district court.

4. *Taylor Budowich and Conservative Strategies, Inc. v. Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee To Investigate The January 6th Attack On The United States Capitol*, J.P. Morgan Chase Bank, N.A., No. 8:22-cv-00099 (D.D.C., filed Dec. 24, 2021).

  a. Counsel for Plaintiff:
    CHRISTOPHER W. DEMPSEY
    ABEL BEAN LAW, P.A.
    100 N Laura Street, Suite 501
    Jacksonville, Florida 32202

Telephone: (904) 944-4100
Fax: (904) 944.4122
Email: cdempsey@abelbeanlaw.com

b. Counsel for Defendants:
Douglas N. Letter, General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

Loretta Lynch, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

c. The suit, which sought to have Congress return financial documents that had already been produced, raises challenges to the constitution of the Committee, whether its subpoena for banking records was in furtherance of a valid legislative purpose, whether it violates the Right to Financial Privacy Act, and whether it violates the First Amendment.

d. Status: On January 20, 2022, the district court denied Plaintiffs' application for a TRO, finding, *inter alia*, that the Speech and Debate Clause barred it from ordering Congress to return documents already in its possession and that the subpoena at issue was for a legislative purpose. It denied the government defendants' motion to dismiss, however; further proceedings are ongoing.

5. *In re Subpoena of AT&T by authority of the House of Representatives of the Congress of the United States of America* (Motion of Cleta Mitchell to Quash Subpoena issued to AT&T), No. 1:21-mc-00157 (D.D.C., filed Dec. 15, 2021)
    a. Counsel for Plaintiff:
    John P. Rowley III
    JPROWLEYLAW PLLC

        1701 Pennsylvania Ave. NW, Suite 200
        Washington, DC 20006
        202-525-6674
        John.rowley@jprowleylaw.com

   b. Counsel for Defendants:
       Sean Tonolli, Senior Investigative Counsel
       House Select Committee to Investigate the January 6th Attack on the United States Capitol
       Longworth House Office Building
       Washington, D.C. 20515
       Phone: 202-226-3023
       Email: Sean.Tonolli @ mail.house.gov

   c. The suit asserts that the subpoena violates the First and Fourth Amendments and the Stored Communications Act.

   d. Status: There have been no substantive rulings yet issued from the district court.

6. *Ali Alexander v. Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee To Investigate The January 6th Attack On The United States Capitol*, *Verizon Communicarions, Inc., Cellco Partnership d/b/a/ Verizon Wireless*, No. 8:21-cv-3308 (D.D.C., filed Dec. 27, 2021).

   a. Counsel for Plaintiff:
       Jonathan A. Mosely
       5765-F Burke Centre Parkway, PMB #337
       Burke, Virginia 22015
       Telephone: (703) 656-1230
       Facsimile: (703) 997-0937
       Contact@JonMoseley.com

   b. Counsel for Defendants:
       No appearances have yet been entered

   c. The suit raises challenges to the constitution of the Committee, whether its subpoena for banking records was in furtherance of a valid legislative purpose, whether it violates the Stored

Communications Act, and whether it violates the First and Fourth Amendments.

    d. Status: There have been no substantive rulings yet issued from the district court.

7. *Justin Caporale, Tim Unes, Megan Powers and Maggie Mulvaney v. Cellco Partnership d/b/a/ Verizon Wireless*, No. 3:21-cv-20484 (D.NJ, filed Dec. 13, 2021).

    a. Counsel for Plaintiff:
       Matthew C. Moench, Esq.
       KING MOENCH HIRNIAK MEHTA & COLLINS, LLP
       51 Gibraltar Drive, Suite 2F
       Morris Plains, New Jersey 07950
       973-998-6860
       973-998-6863 (facsimile)
       MCM@kmhmlawfirm.com

    b. Counsel for Defendants:
       Michael Holden
       Verizon
       One Verizon Way
       Basking Ridge, NJ 07920
       Michael.Holland@Verizon.com
       (908) 559-7439

    c. The suit raises challenges to the constitution of the Committee, whether its subpoena for telecommunications records was pertinent and in furtherance of a valid legislative purpose, whether it violates the Stored Communications Act, and whether it violates the First and Fourth Amendments.

    d. Status: There have been no substantive rulings yet issued from the district court.

8. *Connie Meggs and Kelly Meggs v. Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee To Investigate The January 6th Attack On The United States Capitol, John Wood, Timothy J. Heaphy, Verizon*

*Communicarions, Inc.*, No. 1:22-cv-00005 (D.D.C., filed Jan. 3, 2022).

 a. Counsel for Plaintiff:
  Juli Z. Haller, DC 466921
  The Law Offices of Julia Haller
  601 Pennsylvania Avenue, N.W.
  S. Building, Suite 900
  Washington, DC 20004
  Telephone: (202) 729-2201
  HallerJulia@outlook.com

  Jonathan A. Mosely
  5765-F Burke Centre Parkway, PMB #337
  Burke, Virginia 22015
  Telephone: (703) 656-1230
  Facsimile: (703) 997-0937
  Contact@JonMoseley.com

 b. Counsel for Defendants:
  Douglas N. Letter, General Counsel
  Office of General Counsel
  U.S. House of Representatives
  5140 O'Neill House Office Building
  Washington, D.C. 20515
  (202) 225-9700
  Douglas.Letter@mail.house.gov

  General Counsel
  ATTN: VSAT
  1 Verizon Way
  Basking Ridge, New Jersey 07920
  Corporate Phone Number: 1-908-559-5490

 c. The suit raises challenges to the constitution of the Committee, whether its subpoena for telecommunications records was in furtherance of a valid legislative purpose, whether it violates the Stored Communications Act, whether it seeks documents protected by spousal privilege, and whether it violates the First, Fourth, and Sixth Amendments.

 d. Status:  There have been no substantive rulings yet issued from

the district court.

9. *Amy Harris v. Select Committee To Investigate The January 6th Attack On The United States Capitol and Bennie G. Thompson*, No. 1:21-cv-03290 (D.D.C., filed Dec. 15, 2021).

   a. Counsel for Plaintiff:
      Robert Corn-Revere
      John D. Seiver
      Courtney T. DeThomas
      DAVIS WRIGHT TREMAINE LLP
      1301 K Street NW, Suite 500 East
      Washington D.C. 20005
      202-973-4200
      bobcornrevere@dwt.com
      johnseiver@dwt.com
      courtneydethomas@dwt.com

   b. Counsel for Defendants:
      Douglas N. Letter, General Counsel
      Office of General Counsel
      U.S. House of Representatives
      5140 O'Neill House Office Building
      Washington, D.C. 20515
      (202) 225-9700
      Douglas.Letter@mail.house.gov

   c. The suit raises challenges to the subpoena issued to a reporter's telecommunications company on the grounds that it violates the First, Fourth, and Fifth Amendments, reporters' privilege, and the D.C. Free Flow of Information Act.

   d. Status: There have been no substantive rulings yet issued from the district court.

10. *Sebastion Gorka v. Bennie G. Thompson, John Wood, Timothy J. Heaphy, Select Committee To Investigate The January 6th Attack On The United States Capitol, Verizon Communicarions, Inc.,* No. 1: 22-cv-00017 (D.D.C., filed Jan. 4, 2022).

    a. Counsel for Plaintiff:

David A. Warrington, Esq.
Dhillon Law Group, Inc.
2000 Duke Street, Suite 300
Alexandria, VA 22314
571-400-2120
dwarrington@dhillonlaw.com

b. Counsel for Defendants:
Douglas N. Letter, General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

General Counsel
ATTN: VSAT
1 Verizon Way
Basking Ridge, New Jersey 07920
Corporate Phone Number: 1-908-559-5490

c. The suit raises challenges to the constitution of the Committee, whether its subpoena to Plaintiff's telecommunications carrier, Verizon, was in furtherance of a valid legislative purpose, whether it violated the Telecommunications Act and Privacy Laws, and whether it violated the First and Fourth Amendments.

d. Status:  There have been no substantive rulings yet issued from the district court.

Respectfully submitted,
/s/Anthony T. Caso
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com

/s/ Charles Burnham
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS - 12

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ecf system.

Respectfully submitted,

/s/Charles Burnham
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS - 13