OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>    Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DEFENDANTS' NOTICE** |

    Per the Court's request, attached as Exhibit A is an email exchange between counsel for Plaintiff and counsel for the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol.

Respectfully submitted,

/s/  Douglas N. Letter
DOUGLAS N. LETTER
  General Counsel
TODD B. TATELMAN
  Principal Deputy General Counsel
ERIC R. COLUMBUS
  Special Litigation Counsel
STACIE M. FAHSEL
  Associate General Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C.  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER

**DEFENDANTS' NOTICE**

John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

Dated: January 24, 2022

**DEFENDANTS' NOTICE**

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On January 24, 2022, I served the **DEFENDANTS' NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 24, 2022 here, at Bethesda, Maryland.

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Douglas N. Letter

# Exhibit A

**From:** Charles Burnham <charles@burnhamgorokhov.com>
**Sent:** Wednesday, November 24, 2021 11:12 AM
**To:** Wood, John <John.Wood2@mail.house.gov>
**Subject:** Re: Subpoena for John Eastman

Thank you, I don't have any particular representations to make at the moment but I will discuss this latest email with Mr. Eastman.

On Wed, Nov 24, 2021 at 10:09 AM Wood, John <John.Wood2@mail.house.gov> wrote:

> Charlie – I wanted to let you know that, unless you indicate that your client has his responsive Chapman emails, we will need to proceed with obtaining those emails from Chapman. If you would like, we can put you in touch with the Chapman General Counsel, who can provide you (on behalf of Mr. Eastman) his emails during the relevant time period, and you can review and produce responsive emails (along with a privilege log if you are withholding any records based on privilege). If you prefer not to use this approach, the Select Committee can issue a subpoena to obtain the records directly from Chapman. Please let me know your preference on how to proceed.  Thank you.
>
> **From:** Wood, John
> **Sent:** Monday, November 22, 2021 6:11 PM
> **To:** Charles Burnham <charles@burnhamgorokhov.com>
> **Subject:** RE: Subpoena for John Eastman
>
> Charlie – I wanted to follow up on this. We have recently learned that Mr. Eastman used his Chapman email account for matters related to the election as late as January 2021. Can you please let us know whether Mr. Eastman kept copies of potentially relevant emails from his Chapman account and will be producing them (and a privilege log where appropriate)? If not, we can send a subpoena to Chapman, but we thought it would be easier for everyone if it turns out we can get them from you and you are able to review them before producing them. If you would like to discuss this, please call me at ▮▮▮▮▮▮▮▮.  Thank you.
>
> **From:** Wood, John
> **Sent:** Monday, November 8, 2021 4:09 PM
> **To:** Charles Burnham <charles@burnhamgorokhov.com>
> **Subject:** RE: Subpoena for John Eastman
>
> Thank you.  Just to save everyone's time, I was wondering if you could answer a question for me. Do you know whether Mr. Eastman still has access to the relevant emails he sent or received related to the election and the January 6 Joint Session of Congress?  If he was using an email from Chapman University or the University of Colorado to which he no longer has access, we can

pursue those emails through the relevant university.  It would be most efficient for everyone if we try to get those in advance of Mr. Eastman's deposition so we don't have to hold the deposition open and then call him back once we get the emails.  Any information you can provide about Mr. Eastman's access to relevant emails or where to find the emails if he no longer has access would be very helpful.  Thank you.

**From:** Charles Burnham <charles@burnhamgorokhov.com>
**Sent:** Monday, November 8, 2021 4:00 PM
**To:** Wood, John <John.Wood2@mail.house.gov>
**Subject:** Re: Subpoena for John Eastman

Thank you, I accept service.

On Mon, Nov 8, 2021 at 3:09 PM Wood, John <John.Wood2@mail.house.gov> wrote:

> Mr. Burnham – Attached please find a subpoena for documents and testimony issued today by the House Select Committee to your client, John Eastman.  The attached document also includes the relevant rules for the Select Committee and instructions on the production of documents.  Per our conversation, we are extending the deadline for the production of documents to December 1, 2021, rather than the November 22 date in the subpoena.  Also, per your request, we can move the deposition from December 8, 2021, to December 7, 2021, to accommodate Mr. Eastman's schedule.  Please confirm that you received this subpoena and that you are accepting service on behalf of Mr. Eastman.  Please let me know if you have any questions.  We can coordinate on the logistics of the deposition as we get closer to the date.

--
Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
phone 202-386-6920
fax 202-765-2173
www.burnhamgorokhov.com
https://www.facebook.com/BurnhamGorokhov


--
Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
phone 202-386-6920
fax 202-765-2173
www.burnhamgorokhov.com

https://www.facebook.com/BurnhamGorokhov