UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00099-DOC-DFMx                         Date:  January 24, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON ET AL.

---

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Anthony Caso | Douglas Letter *(via Zoom)* |
| Charles Burnham | Fred Plevin  *(via Zoom)* |

---

**PROCEEDINGS: HEARING RE:  APPLICATION FOR TRO [2]**

The case is called. The Court hears oral arguments, written order to be issued.

The Court sets a Status Conference for Monday, January 31, at 2:00 pm PST.

The Court orders the transcript for the hearing date above be made available on the docket forthwith free of charge to all ordering parties.

The Court orders the transcript of this hearing designated as the official court record. The Court further orders the transcript be produced at Government expense and billed at the 7-day rate.

The Court orders original transcript and notes be submitted to Transcripts_cacd@cacd.uscourts.gov no later than Monday, January 31, 2022, for immediate uploading on the Court's CM/ECF document filing system.

cc: Alberto Ortiz@cacd.uscourts.gov
cc: DebbieGalecsr@gmail.com

                                                                                                    1  :  53

                                                            Initials of Deputy Clerk: kdu