UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM                                   Date: January 24, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: PRODUCTION AND PRIVILEGE LOG**

The Court heard oral arguments on Plaintiff Dr. John Eastman's Application for a Temporary Restraining Order as to Subpoena (Dkt. 2). As mentioned during the hearing, the Court intends to rule against Dr. Eastman on the issues of the House Select Committee's authority to issue this subpoena, Dr. Eastman's First Amendment arguments, and Dr. Eastman's Fourth Amendment arguments by tomorrow, January 25, 2022.

Dr. Eastman represented that he was willing to work on a privilege log if the Court was to rule against him on his non-privilege claims. The House Select Committee also stated that it was willing to give Dr. Eastman the opportunity to produce such a log. Given the importance of the investigation and the parties' representations, the Court **ORDERS** the parties to begin work on production and creating a privilege log on Tuesday, January 25, 2022 by 12:00 pm Pacific.

The Court expects that the parties will work together with the urgency that this case requires. The parties are **ORDERED** to file a joint status report with the Court on

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00099-DOC-DFM                                      Date: January 24, 2022

                                                                                         Page 2

Wednesday, January 26 and Friday, January 28 at 2:00 pm Pacific. The report should summarize the progress made and any disputes that the parties are facing.

      The Court sets a Status Conference for next Monday, January 31, at 2:00 pm Pacific.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu

CIVIL-GEN