FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Chapman University

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br>c/o Burnham & Gorokhov, PLLC<br>1424 K Street NW, Suite 500<br>Washington, D.C. 20005,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; Rayburn House Office Building, 2466, Washington, DC 20515<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br><br>CHAPMAN UNIVERSITY, 1 University Dr. Orange, CA 92866,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DEFENDANT CHAPMAN UNIVERSITY'S REQUEST TO APPEAR VIRTUALLY AT THE JANUARY 31, 2022 STATUS CONFERENCE**<br><br>Date:           January 31, 2022<br>Time:           2:00 p.m.<br><br>Judge:          Hon. David O. Carter<br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.:         9D<br>Trial Date:     not set |

TO THE COURT AND THE PARTIES OF RECORD:

Fred M. Plevin, counsel for Defendant Chapman University, respectfully requests to appear virtually at the Status Conference currently set for January 31, 2022 at 2:00 p.m.

I submit this request to the Court based on the following: I had a total knee replacement operation on December 13, 2021. I am unable to sit in a static position for long periods of time, which will make it very difficult for me to drive from my home in San Diego to Santa Ana. I also have difficulty walking far distances (such as from parking to the courthouse and within the courthouse).

Respectfully Submitted,

Dated: January 26, 2022

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:    /s/ Fred M. Plevin
FRED M. PLEVIN
Attorneys for Defendant Chapman University