1  OFFICE OF GENERAL COUNSEL
   U.S. HOUSE OF REPRESENTATIVES
2  5140 O'Neill House Office Building
3  Washington, D.C. 20515

4  SHER TREMONTE LLP
   90 Broad Street, 23rd Floor
5  New York, New York 10004

6
   ARNOLD & PORTER
7  601 Massachusetts Ave, NW
   Washington, D.C. 20001
8

9  Counsel for the Congressional Defendants
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13                        SOUTHERN DIVISION

14

15  JOHN C. EASTMAN                    Case No. 8:22-cv-00099-DOC-DFM

16          Plaintiff,                 **JOINT STATUS REPORT**

17  vs.

18  BENNIE G. THOMPSON, *et al*.,

19          Defendants.

20

21

22          Pursuant to the Court's January 24, 2022 Order, the Congressional Defendants and

23  Chapman University respectfully submit the following joint status report.  Plaintiff has

24  indicated that he will file a separate status report.

25

26          **Position of the Congressional Defendants:**

27          On January 25, pursuant to this Court's order, counsel for the House Select

28  Committee to Investigate the January 6th Attack on the United States Capitol (the Select

---

**JOINT STATUS REPORT**

1  Committee) contacted counsel for Plaintiff John Eastman to attempt to reach agreement

2  on preliminary procedural matters regarding Plaintiff's production of a privilege log and

3  documents responsive to the Select Committee's subpoena to Chapman University.

4  Specifically, the Select Committee requested that, beginning on January 26, Plaintiff

5  make a continuing production of documents and privilege log entries to the Select

6  Committee, with a production made each day at 8pm Eastern time, including

7  weekends.  To that end, the Select Committee asked that each day Plaintiff provide to the

8  Select Committee: (1) the set of documents reviewed that day over which Plaintiff is not

9  claiming privilege; and (2) privilege log entries regarding any documents reviewed that

10  day over which Plaintiff is claiming privilege.  In addition, the Select Committee

11  requested that Plaintiff begin his review and production with emails dated January 4,

12  2021, through January 7, 2021.

13         This morning, counsel for the Select Committee sent counsel for Plaintiff a list of

14  the following proposed fields for Plaintiff's privilege log:  (1) Date and Time; (2) Bates

15  Range of Document Withheld (or Page(s) Redacted); (3) Author; (4) All Recipients

16  (Including CC and BCC); (5) General Description (including a description of any

17  attachment(s) to the email); (6) Nature of Privilege; (7) Client Name (to be left blank if

18  Plaintiff claims privilege over the client identity itself).

19         Earlier this afternoon, counsel for Plaintiff responded by email that Plaintiff and

20  his counsel "are going to try and start going through" the documents tonight and

21  tomorrow.  Regarding the Select Committee's specific requests, counsel for Plaintiff

22  responded that Plaintiff was "not willing to agree to particular deadlines or requirements

23  beyond those contained in the subpoena itself and the Court's orders."  Plaintiff's counsel

24  simply represented the intention to "comply with the court's orders in good faith as

25  expeditiously as we can."

26         The Select Committee is concerned about the pace of Plaintiff's review.  This

27  Court ordered Plaintiff to begin work on production and creating a privilege log on

28  Tuesday, January 25, by 12:00 pm Pacific, yet it appears that Plaintiff has not even begun

**JOINT STATUS REPORT**

reviewing the documents at issue, and that he will not begin before tonight or tomorrow. Further, the Select Committee has received no indication from Plaintiff regarding when Plaintiff will begin producing documents and privilege log entries, how often they will be produced, and what will be included in the privilege log.

In light of Plaintiff's apparent unwillingness to engage regarding the Select Committee's preliminary requests in the absence of an order by this Court, and given the importance and urgency of the Select Committee's investigation and the need for the particular documents at issue, the Congressional Defendants respectfully request that this Court order Plaintiff to (1) make daily productions of documents and privilege log entries to the Select Committee beginning tomorrow, January 27; (2) begin his review and production with emails dated January 4, 2021, through January 7, 2021; and (3) include in the privilege log the fields requested by the Select Committee, listed above.

**Position of Chapman University:**

Before noon PST on Tuesday, January 25, 2022, Chapman provided Dr. Eastman's counsel with a download link for the emails that are responsive to the Select Committee's subpoena, in Outlook .PST format.  Dr. Eastman's counsel Anthony Caso confirmed he received and could access the emails on Tuesday, January 25, 2022.  In addition, Chapman has engaged an outside vendor to prepare a sequentially-numbered set of the production, to be provided to Dr. Eastman's counsel as soon as it is ready, which should be no later than Thursday, January 27, 2022 at 3 pm PST.

**JOINT STATUS REPORT**

1

2          Respectfully submitted,

3
           /s/  *Douglas N. Letter*
4          DOUGLAS N. LETTER
             *General Counsel*
5          TODD B. TATELMAN
             *Principal Deputy General Counsel*
6          ERIC R. COLUMBUS
             *Special Litigation Counsel*
7          STACIE M. FAHSEL
8            *Associate General Counsel*

9
           OFFICE OF GENERAL COUNSEL
10         U.S. HOUSE OF
           REPRESENTATIVES
11         5140 O'Neill House Office Building
           Washington, D.C.  20515
12         (202) 225-9700
           Douglas.Letter@mail.house.gov
13

14         -and-

15
           SHER TREMONTE LLP
16         Justin M. Sher
           Michael Tremonte
17         Noam Biale
           Maya Brodziak
18         Kathryn E. Ghotbi
           90 Broad Street, 23rd Floor
19         New York, New York 10004
           (212) 202-2600
20         JSher@shertremonte.com
           MTremonte@shertremonte.com
21         NBiale@shertremonte.com
           MBrodziak@shertremonte.com
22         KGhotbi@shertremonte.com

23
           -and-
24
           ARNOLD & PORTER
25

26

27

28

---

**JOINT STATUS REPORT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

*Counsel for Congressional Defendants*


/s/  Fred M. Plevin
Fred M. Plevin
Paul, Plevin, Sullivan &
Connaughton LLP
101 West Broadway, Ninth Floor
San Diego, CA 92101
fplevin@paulplevin.com

*Counsel for Defendant Chapman
University*

Dated:  January 26, 2022

**DEFENDANTS' NOTICE**

## CERTIFICATE OF SERVICE

### WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On January 26, 2022, I served the **JOINT STATUS REPORT** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
   The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2022 here, at Bethesda, Maryland.

/s/ Douglas N. Letter

CERTIFICATE OF SERVICE