DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**

5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

STACIE M. FAHSEL
ASSOCIATE GENERAL COUNSEL

ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL

January 27, 2022

BY CM/ECF

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Courtroom 9D
Santa Ana, CA, 92701-4516

  Re: *Eastman v. Thompson, et. al.*, Civil Action No. 8:22-cv-00099-DOC-DFM

Dear Judge Carter:

  At the Court's direction, I am writing to request authorization to appear remotely by Zoom for the hearing in this case, set for 2:00 pm (Pacific Time) on Monday, January 31.

  The Court granted my request with regard to the January 24 hearing in this case. I am renewing that request for the same reasons that I described earlier. I have major safety concerns with traveling from my office in Washington, D.C. to Santa Ana, California at this time because of the current state of the COVID-19 pandemic. Although I have been fully vaccinated and have received a booster shot, I received the booster nearly six months ago, and my understanding is that this means that the effectiveness of that shot is waning. In addition, although I am currently in excellent health, I am in my late 60s, and thus vulnerable to a serious COVID-19 infection. In light of my family situation, I spend a considerable number of hours each week helping to care for my two grandchildren, both of whom are too young to be vaccinated. I am therefore very worried about contracting COVID-19 and then infecting my unprotected grandchildren. In addition, I am concerned about contracting COVID-19 and passing it along inadvertently to my spouse, because she is one of the caregivers for her mother, who is in her early 90s and in poor health. (My wife's aunt has already passed away from COVID-19.) Further, because of my position as the General Counsel of the U.S. House of Representatives, I sometimes must meet personally with Members of Congress. I therefore need to be especially cautious not to endanger them.

  Should Your Honor require any further information, please do not hesitate to contact me at (202) 225-9700.

              Respectfully,

              Douglas N. Letter
              *Counsel for Congressional Defendants*