# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

## CONSENT APPLICATION TO SEAL DOCUMENT

Comes now, the plaintiff, Dr. John Eastman, pursuant to Local Rule 79-5.2.2 and moves to seal ECF 27. Plaintiff asserts as follows:

1. On January 22, plaintiff filed his reply to the defendants' opposition to his motion for a temporary restraining order. ECF 27.

2. Shortly after filing, undersigned counsel realized one of the exhibits contained an unredacted social security number. The Court agreed to temporarily seal the document. ECF 29.

3. On January 23, plaintiff filed a redacted version of the exhibit and later refiled the entire reply brief. ECF 30-31. These documents remain on the public docket, the only difference from ECF 27 being the redacted social security number.

4. To protect disclosure of sensitive information, plaintiff requests that this Court place ECF 27 permanently under seal.

5. The defendants do not object to this request.

For the foregoing reasons plaintiff respectfully requests this Court to place ECF 27 and its accompanying exhibits permanently under seal.

January 26, 2022                                        Respectfully submitted,


/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com


*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920


*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing has been served on all parties through the Court's ecf system.

By: */s/ Charles Burnham*
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com
