**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN C. EASTMAN, *et al.*, | Civil Action No.: 8:22cv99 |
| *Plaintiffs,* | |
| v. | |
| BENNIE G. THOMPSON, *et al.*, | |
| *Defendants.* | |

## DECLARATION OF CHARLES BURNHAM

I, Charles Burnham, declare as follows:

1. Plaintiff's original reply brief filing, ECF 27, mistakenly included an unredacted social security number.

2. Plaintiff later redacted the social security number and refiled the document as ECF 31.  ECF 31 is identical to ECF 27 except for the redacted social security number.

3. The public has essentially no interest in personal social security numbers and disclosing such information on the public document could invite identity theft.

4. The presumption of public access in civil cases is overcome in this case by the need to protect personal information.

I declare under penalty of perjury the foregoing is true and correct.

Executed on January 28, 2022 in Maryland.


/s/ Charles Burnham

_____

Charles Burnham

_/s/ Charles Burnham_
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*