

<div style="text-align:right">Charles Burnham, Esq.<br>
charles@burnhamgorokov.com<br>
*Licensed to practice in Virginia and the*<br>
*District of Columbia*</div>

January 28, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 9D
Sana Ana, CA 92701-4516

   **Re:**  **Eastman v. Thompson, 8:22cv00099**

Dear Judge Carter,

  I write to request permission to appear at the January 31, 2022 status hearing virtually.

  Under current COVID conditions, it remains advisable to avoid air travel as much as possible. I am in regular contact with family members who are high risk or unvaccinated.

  I attended the January 24, 2022 TRO hearing in person due to the substantive nature of the hearing. However, the upcoming status will hopefully be shorter and less complicated. Under the circumstances, it seems appropriate to attend the status hearing virtually rather than incur the COVID risk of additional air travel.

  For these reasons, undersigned counsel respectfuly requests permission to attend the January 31 status conference virtually.

<div style="margin-left:50%">Sincerely,

/s/ Charles Burnham

Charles Burnham</div>

Case 8:22-cv-00099-DOC-DFM   Document 55   Filed 01/28/22   Page 2 of 2   Page ID #:533