# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

## **PROPOSED ORDER**

It is hereby ordered that plaintiff's motion to appear virtually at the January 31, 2022 status hearing is granted.

Entered on:_____.

_____.

Hon. David O. Carter