OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br> Plaintiff, <br><br> vs. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-00099-DOC-DFM <br><br> **STATUS REPORT** |

Defendants respectfully submit the following status report.

Pursuant to this Court's January 26, 2022 Order—requiring Plaintiff to use an electronic discovery program to complete his review and privilege log, and requiring the Select Committee to bear the cost of such a program—the Select Committee has arranged for an electronic discovery vendor to process and host the production and for necessary litigation support services to enable Plaintiff's counsel's review at the Select Committee's cost. The Select Committee provided Plaintiff with the vendor's contact

information at 5:30pm Eastern time on January 27. Pursuant to the Court's Order, the Congressional Defendants expect to receive Plaintiff's first set of documents and privilege log entries today, reflecting Plaintiff's processing of 1500 pages, and the Congressional Defendants intend to file any objections to those entries on Wednesday, February 2, 2022. The Congressional Defendants reiterate their request for Plaintiff to begin his review and production with emails dated January 4, 2021 through January 7, 2021.

On Thursday, January 27, 2022, Chapman University produced to Plaintiff's counsel a sequentially numbered set of the emails contained in its initial production.

Respectfully submitted,

/s/  *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C.  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER

John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

*Counsel for Congressional Defendants*


/s/  Fred M. Plevin
Fred M. Plevin
Paul, Plevin, Sullivan &
Connaughton LLP
101 West Broadway, Ninth Floor
San Diego, CA 92101
fplevin@paulplevin.com

*Counsel for Defendant Chapman University*

Dated: January 28, 2022

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On January 28, 2022, I served the **STATUS REPORT** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2022 here, at Bethesda, Maryland.

*/s/* Douglas N. Letter

CERTIFICATE OF SERVICE