# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

ORDER [54]

## **ORDER**

For good cause shown it is hereby ordered that ECF 27 shall be placed permanently under seal.

Entered on: January 28, 2022.

_____

Hon. David O. Carter