# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>ORDER [55] |

## ORDER

It is hereby ordered that plaintiff's motion to appear virtually at the January 31, 2022 status hearing is granted.

Entered on: January 28, 2022.

*David O. Carter*

Hon. David O. Carter