# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM            Date: January 31, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER RE: JANUARY 31, 2021 STATUS CONFERENCE**

The Court held a Status Conference with the parties on Monday, January 31, 2022, to discuss the progress of document review and production.

The parties orally stipulated on the record that Dr. Eastman does not need to produce any newspaper articles or communications with his family members. By 5:00 pm PST tomorrow, February 1, the Court **ORDERS** the parties to file a written stipulation memorializing the exact terms of their agreement and the specific search terms, email senders, and/or email recipients to exclude. The search terms or email addresses may be redacted to protect the privacy of non-parties.

At the hearing, the Select Committee requested for the third time that Dr. Eastman begin his production with documents dated between January 4, 2021 and January 7, 2021. Although Dr. Eastman objected to this request, he has failed to point to any prejudice to him that would result from reviewing the documents in this order. The Select Committee's request is reasonable in light of the unexpectedly large volume of documents produced and the critical relevance of the time period to the investigation. Accordingly, the Court **ORDERS** that Dr. Eastman first review documents between

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM     Date: January 31, 2022

Page 2

January 4, 2021, and January 7, 2021, and then resume reviewing the documents in chronological order. The Court is not inclined to look favorably on further requests for reviewing specific dates out of order.

At the hearing, the parties also agreed to several adjustments to the production process. Based on the parties' representations, the Court **ORDERS** as follows:

1. Dr. Eastman shall remain responsible for reviewing and processing 1500 pages per business day.

2. The Court's PACER system does not currently accept Excel spreadsheets. Dr. Eastman's privilege logs shall be filed on PACER as a PDF and emailed to the Court and the Select Committee as an Excel spreadsheet for ease of analysis.

3. The Select Committee's objections shall be filed in PDF format on PACER and emailed to the Court and Dr. Eastman as an Excel spreadsheet. The Select Committee agreed to add one column to Dr. Eastman's privilege log with a brief description of the objection, if any, to each entry.

4. Every Monday, Dr. Eastman shall file a brief update about the previous week's progress. The update should include the number of pages and the number of documents transmitted to the Select Committee, and the number of pages and the number of documents where a privilege was asserted.

The Court sets a Status Conference for Monday, February 14, at 1:00 pm PST.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kd

CIVIL-GEN