# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SA CV 22-00099-DOC (DFMx) |
| Title | John C. Eastman v. Bennie G. Thompson, et al. |
| Date | January 31, 2022 |

**Present: The Honorable** DAVID O. CARTER, U.S. DISTRICT JUDGE

| Kelly Davis | Deborah Parker | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
Charles Burnham (via Zoom)

**Attorneys Present for Defendants:**
Douglas Letter (via Zoom)
Fred Plevin (via Zoom)
John Eastman (via Zoom)

**Proceedings:** **STATUS CONFERENCE**

The case is called. The Court hears oral arguments. A written order will issue.
The Court orders the parties to file a Stipulation, no later than 5 pm PST, on February 1, 2022.

The Court orders the transcript of the hearing be made available on the docket FORTHWITH. The Court orders that the transcription be paid for at Government expense and billed at the hourly rate.

cc Transcripts_CACD@cacd.uscourts.gov
   CourtRecording_CACD@cacd.uscourts.gov

: 61

Initials of Deputy Clerk   kd