# EXHIBIT A

Jodi Rudoren, The Forward <newsletters@e.forward.com>
Press Corp on behalf of Hillsdale College <today@presscorp.org>
(1) Critical RGA Alert <action@conservativeamerican.net>
(1) Unread Message from the RGA <action@conservativeamerican.net>
(6) GOP Notifications <news@thedailygrindnews.com>
(6) GOP Notifications <newsletter@republicanpost.net>
[1] GOP Senate Alert (via National Victory Action Fund) <info@thefuturegop.com>
[MUST READ CRITICAL UPDATE] via SeanMaloney.com <info@seanmaloney.com>
2 Days to Mobilize Georgia Voters! <founders@turnup.us>
2021 Alerts <news@thegopemail.com>
2021 Alerts via NRSC <info@americasnewsletter.com>
26 Seconds <26secondsdoc@gmail.com>
2ndVote <info@2ndvote.com>
3-Hour-Deadline@nrsc.org <news@thedailygrindnews.com>
500% MATCH <news@thedailygrindnews.com>
500% Match NOW <news@thegopemail.com>
500% Match Secured <info@americasnewsletter.com>
500% Match Secured <info@republicandailywire.com>
500% Match Secured <news@presscorp.org>
5x Matching Unlocked <action@conservativeamerican.net>
600% Match <info@americasnewsletter.com>
600% Match <info@wireupdates.com>
600% Match <news@breaking.welldoitlive.com>
600% Match <news@em8464.washingtonguardian.org>
600% Match = Activated (National Victory Action Fund) <news@thegopemail.com>
600% Match = Activated (National Victory Action Fund) <news@washingtonmatrix.com>
600% Match = Activated (National Victory Action Fund) <newsletter@republicanpost.net>
6X-MATCH Alerts via NRSC <freedom@fightforliberty.net>
6X-MATCH Alerts via NRSC <info@americasnewsletter.com>
700% Match <info@americasnewsletter.com>
700% Match <lz@lifezette.com>
700% MATCH <news@thedailygrindnews.com>
700% MATCH <news@thegopemail.com>
700% Match <nrsc@conservazon.com>
700% Match <nrsc@patriotbundle.com>
700% Match = ACTIVATED (National Victory Action Fund <newsletter@republicanpost.net>
700% Match = ACTIVATED (National Victory Action Fund) <news@presscorp.org>
700% Match = ACTIVATED (National Victory Action Fund) <news@thegopemail.com>
750% Match = Activated (via Team Scalise) <info@americasnewsletter.com>
750% Match = Activated (via Team Scalise) <info@dcdailyjournal.com>
750% Match = Activated (via Team Scalise) <news@presscorp.org>
750% Match = Activated <info@usastatenews.com>
8X Matching for GOP <action@conservativeamerican.net>
8X Matching for GOP <news@presscorp.org>
8X Matching for GOP <newsletter@republicanpost.net>
A.M. Georgia Update (via Flip the Senate) <information@democrats.senatemajority.com>
A.M. Georgia Update <information@democrats.senatemajority.com>
â-• Live Poll (via CBCPAC) <info@cbcpac.org>
AAdvantage eShopping Mall <support@aadvantageeshopping.com>
AALS 2021 <info@aals.org>
AALS News <info@aals.org>
Access to Justice Law360 <news-alt@law360.com>
ACLU <aclu@aclu.org>
Action Needed (via NRCC) <news@thegopemail.com>

ACTION NEEDED <info@dscc.org>
Action Required <info@dscc.org>
Action Team @ Swalwell HQ <info@email.ericswalwell.com>
Add Your Name <info@dscc.org>
Aisha, Digital Outreach <info@njnppac.com>
Al Womble info@njnppac.com <info@njnppac.com>
Alert (via NRCC) <news@thegopemail.com>
Alert via Team Perdue <electionwire@dailywire.com>
Alert via Team Perdue <news@thedailygrindnews.com>
Alerting All Conservatives <action@conservativeamerican.net>
Alerting All Conservatives <info@americasnewsletter.com>
Alerting All Conservatives <news@thegopemail.com>
Alerts via Team Hinson <action@conservativeamerican.net>
Alerts via Team Reynolds <news@biden4never.com>
alerts@nrsc.org <news@thedailygrindnews.com>
Alex Mooney (via Conservative Action News) <team@mail.conservativeactionnews.com>
Alex Mooney (via Republican Win Daily) <team@mail.republican-win.com>
Alexis McGill Johnson @ Planned Parenthood Action Fund <actionfund@ppfa.org>
Alexis McGill Johnson, Planned Parenthood Action Fund <actionfund@ppfa.org>
Alicia Pierce <communications@texaspolicy.com>
Alisha <info@njnppac.com>
Alliance Defending Freedom <allianceevents@ADFlegal.org>
AMAC - The Association of Mature American Citizens <newsletter@email.amac.us>
AMAC <daily@dailywire.com>
Amazon.com <store-news@amazon.com>
American Constitution Society <events@acslaw.org>
American Constitution Society <info@acslaw.org>
American Eagles <eagles@theamericaneagles.net>
American Eagles via Hillsdale College <eagles@theamericaneagles.net>
American Political Science Association <meeting@apsanet.org>
American Principles Project <info@americanprinciplesproject.org>
American Renewal Project <americanrenewalproject@gmail.com>
American Vision <store@americanvision.org>
American Youth Symphony <AYS@AYSymphony.org>
Americans for Limited Government <media@limitgov.org>
Americans for Limited Government <today@presscorp.org>
Ana with Public Affairs <PublicAffairs@PPOSBC.org>
Andrea with Planned Parenthood <PublicAffairs@PPOSBC.org>
Andrea with Public Affairs <PublicAffairs@PPOSBC.org>
Andy Ngo <email@rightandfree.com>
Angela Sailor <publicprograms@heritage.org>
Angela Sailor <specialevents@heritage.org>
Angela Sailor, The Heritage Foundation <publicprograms@heritage.org>
Ann Coulter <today@presscorp.org>
Anna Paulina Luna <action@gopvictory.net>
Anna Paulina Luna <patriot@patriotbundle.com>
Answer Needed <info@dscc.org>
âœŽ THANK the Lincoln Project (via TrainDemocrats.org) <info@traindemocrats.org>
AOPA <memberservices@mail.aopa.org>
AOPA ePilot <AOPA_ePilot@mail.aopa.org>
AOPA Flight Training <FlightTraining@aopa.org>
Arab America <info@arabamerica.com>
Aristotle <aristotle@aristotle.com>
Arizona Snowbowl <info@snowbowl.ski>
â§« Action Requested via SeanMaloney.com <info@seanmaloney.com>

Ashley <news@thedailygrindnews.com>
Ashley, NRSC Digital Director <action@conservativeamerican.net>
Ashley, NRSC Digital Director <info@bestamericanow.com>
Ashley, NRSC Digital Director <news@presscorp.org>
Ashley, NRSC Digital Director <news@thedailygrindnews.com>
Aspen Institute Business & Society Program <info@aspenbsp.org>
Assemblywoman Suzette Valladares <info@suzettevalladares.com>
Attorney Jobs in USA <alexander@attorneyjobsinusa.com>
Attorney Regulations <AttorneyRegulation@calbar.ca.gov>
Austin, RSLC President <info@republicandailywire.com>
Austin, RSLC President <news@washingtonmatrix.com>
AWS Daily News <info@itbrandpulse.com>
Ayesha Javed, WSJ <access@interactive.wsj.com>
Babylon Bee <email@rightandfree.com>
Back the Blue <news@mg.conservativeopinions.com>
Bank of America <customerservice@emcom.bankofamerica.com>
Be the People Project <news@mg.conservativeopinions.com>
Beat AOC in 2020 <news@mg.conservativesofamerica.org>
Becket <media@becketlaw.org>
Ben Fry, Team Perdue <info@americasnewsletter.com>
Ben Fry, Team Perdue <info@usastatenews.com>
Ben Fry, Team Perdue <liberty@religiouslibertydefenders.com>
Ben Fry, Team Perdue <news@presscorp.org>
Ben Fry, Team Perdue <news@thedailygrindnews.com>
Ben Shapiro <alerts@patriotmarketplace.net>
Ben Shapiro <dailyshapiro@dailywire.com>
Ben Shapiro <eagles@theamericaneagles.net>
Ben Shapiro <email@rightandfree.com>
Ben Shapiro <info@thenationalpulse.com>
Ben Shapiro <liberty@religiouslibertydefenders.com>
Ben Shapiro <life@stand4life.org>
Ben Shapiro <lz@lifezette.com>
Ben Shapiro <patriot@patriot-central.com>
Ben Shapiro <updates@thevote.online>
Best Buy <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy 3 Day Sale <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Apple Sales Event <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Black Friday <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Cyber Flash Sale <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Cyber Monday <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Flash Sale <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Green Monday Sale <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Last Second Savings Event <BestBuyInfo@emailinfo.bestbuy.com>
Best Buy Outlet <BestBuyOutlet@emailinfo.bestbuy.com>
Best Buy Top Deals <BestBuyInfo@emailinfo.bestbuy.com>
Beverage Information Group <beverageinformationgroup@epgm-mail.com>
Big League Politics <news@bigleaguepolitics.com>
Big Tech Alerts (via RSLC) <action@conservativeamerican.net>
Big Tech Alerts (via RSLC) <news@thedailygrindnews.com>
Bigelow Tea <rcbigelow@reply.bronto.com>
Bill Gray <onlinesupport@hillsdale.edu>
Birch Gold Group <daily@dailywire.com>
Birch Gold Group <dailyshapiro@dailywire.com>
Birthday Card <info@dscc.org>
Blabber Buzz Alerts <reply@conservative.blabber.buzz>

Blaze Media <email@email.theblaze.com>
Bloomberg Law <bloomberg@bna.com>
Blue Georgia Alert <info@dscc.org>
Blue Lives Matter <news@mg.conservativeopinions.com>
Blue Lives Matter <updates@mail.conservativereview.com>
Bo Snerdley <newjourney@patriotbundle.com>
Bo Snerdley <news@mg.conservativeopinions.com>
Bo Snerdley <news@mg.conservativesofamerica.org>
Bo Snerdley <news@ob.wethealliance.com>
Bo Snerdley <Patriot@americanlibertywire.com>
Bo Snerdley <updates@mail.conservativereview.com>
Bob Fertik, Democrats.com <activist@democrats.com>
BOLL & BRANCH <help@e.bollandbranch.com>
BookBub <info@bookbub.com>
Boulder Daily Camera <CustomerCare@bouldercameracustomercare.com>
BPC Events <events@bipartisanpolicy.org>
Breakfast with Boris <info@themorningnewsletter.com>
BREAKING (Georgia News) <info@dscc.org>
Breaking (via NRCC) <news@presscorp.org>
BREAKING <info@dscc.org>
BREAKING ALERT <info@dscc.org>
BREAKING GEORGIA ALERT <info@dscc.org>
Breaking Georgia News <info@dscc.org>
BREAKING Georgia Update <info@dscc.org>
BREAKING NEWS (NVAF) <news@thegopemail.com>
BREAKING NEWS (via Flip the Senate) <information@democrats.senatemajority.com>
Breaking News | The Dallas Morning News <newsletters@dallasnews.com>
BREAKING NEWS <info@dscc.org>
BREAKING NEWS <info@proudrep.com>
BREAKING NEWS <info@usastatenews.com>
Breaking News Alert <info@dscc.org>
Breaking RGA Alert <action@conservativeamerican.net>
BREAKING Senate Update <info@dscc.org>
BREAKING: Georgia Election Runoff <info@bestamericanow.com>
Brian - Team Todd Volunteer <action@electconservativepatriots.net>
Brian -- Team Todd Volunteer <news@thegopemail.com>
Brian <info@maryottforcongress.com>
Brian Johnston, California Prolife <info@californiaprolife.org>
Brian Kemp <daily@dailywire.com>
Brian Maryott <info@maryottforcongress.com>
Bridgeport Legal Programs <programs@clelink.com>
Bridgeport Legal Programs <programs@cleroundtable.com>
Bridgett Wagner, The Heritage Foundation <specialevents@heritage.org>
Brittany Zurn (via Republican Win Daily) <team@mail.republican-win.com>
Budget Update (via Flip the Senate) <information@democrats.senatemajority.com>
Byron Donalds <action@gopvictory.net>
C. S. Lewis Society <info@lewissociety.org>
C.S. Lewis Society <info@lewissociety.org>
California Prolife <info@californiaprolife.org>
California Republican Alerts <action@conservativeamerican.net>
California Republican Alerts <info@bestamericanow.com>
California Republican Alerts <lz@lifezette.com>
California Republican Alerts <news@presscorp.org>
California Republican Alerts <newsletter@republicanpost.net>
Calling All Trump Supporters <info@americasnewsletter.com>

Calling All Trump Supporters <news@breaking.welldoitlive.com>
Calling All Trump Supporters <news@em8464.washingtonguardian.org>
Calling All Trump Supporters <news@thegopemail.com>
CalMatters <info@calmatters.org>
Candace Owens <alerts@patriotmarketplace.net>
Candace Owens <email@rightandfree.com>
Candace Owens <freedom@fightforliberty.net>
Candace Owens <info@dcdailyjournal.com>
Candace Owens <liberty@religiouslibertydefenders.com>
Candace Owens <life@stand4life.org>
Candace Owens <news@e.conservativefwd.com>
Candace Owens <news@presscorp.org>
Candace Owens <now@readactnews.com>
Candace Owens <patriot@patriot-central.com>
Candace Owens <today@secureandprosper.com>
Candace Owens <updates@mail.conservativereview.com>
Candace Owens <updates@thevote.online>
CAPATA <adminteam@capatacpa.com>
CAPE <update@capenet.org> on behalf of CAPE <cape@capenet.ccsend.com>
CAPE Legislative Action Center <update@capenet.org> on behalf of CAPE Legislative Action Center <cape@capenet.ccsend.com>
CAPE Update <update@capenet.org> on behalf of CAPE Update <cape@capenet.ccsend.com>
Carl Shusterman, Law Offices of Carl Shusterman <programs@pincuscommunications.com>
Carol Swain for PragerU <info@prageru.com>
Carole King <info@dscc.org>
Catherine Cortez Masto <info@dscc.org>
Celtic Bar Association of Orange County <info@celticbarassociation.org>
Center for Ethics and the Rule of Law <cerl@law.upenn.edu>
CGU's Office of Advancement <give@cgu.edu>
Chairman McGary <news@mg.conservativesofamerica.org>
Chairman Todd Young <action@electconservativepatriots.net>
Chairman Todd Young <news@washingtonmatrix.com>
CHANGE-CA <info@change-ca.org>
Chaplain Klingenschmitt, PhD <news@ob.wethealliance.com>
Chaplain Klingenschmitt, PhD <Patriot@americanlibertywire.com>
Charlie Kirk <alerts@patriotmarketplace.net>
Charlie Kirk <reply@e.tpactionemail.com>
Child of Civil Rights <news@mg.conservativesofamerica.org>
Chip <info@chiproy.com>
Chip In NOW (via NRCC) <news@breaking.welldoitlive.com>
Chip In NOW (via NRCC) <news@thegopemail.com>
Chip Roy <info@chiproy.com>
Chip Roy for Congress <info@chiproy.com>
Chris Cox, Bikers for Trump <info@bestamericanow.com>
Christians United for Israel <liberty@religiouslibertydefenders.com>
Christmas Alert (via NRCC) <news@thegopemail.com>
Christmas Mug Order (via NRCC) <info@americasnewsletter.com>
Christmas Mug Order (via NRCC) <news@breaking.welldoitlive.com>
Christopher, American Constitution Society <info@acslaw.org>
Chuck Schumer (personal) <info@dscc.org>
Chuck Schumer <info@dscc.org>
CJLF <pressreleases@cjlf.org>
Clarke Forsythe <life@aul.org>
Claudia Tenney <email@updates.conservativeintel.com>
Claudia Tenney <info@bestamericanow.com>
Claudia Tenney <info@makingamericathegreatest.com>

CNN ALERT (via DSCC) <info@dscc.org>
CNN Breaking News (via DSCC) <info@dscc.org>
Commissioner George P. Bush <info@republicanwinners.com> on behalf of Commissioner George P.Bush <info@republicanwinners.com>
Commissioner George P. Bush <info@wireupdates.com> on behalf of Commissioner George P.Bush <info@wireupdates.com>
Congratulations Card <info@dscc.org>
Congressional Black Caucus PAC <info@cbcpac.org>
Congressman Rodney Davis <news@thegopemail.com>
Congressman Ronny Jackson (TX-13) <action@conservativeamerican.net>
Congresswoman Ashley Hinson <action@conservativeamerican.net>
Congresswomen Who Carry <email@rightandfree.com>
Congresswomen Who Carry <lz@lifezette.com>
Conor Lamb <info@conorlamb.com>
Conor Lamb for Congress <info@conorlamb.com>
Conor Lamb HQ <info@conorlamb.com>
Conservative Action News <team@mail.conservativeactionnews.com>
Conservative News <newsletter@conservativenews.com>
Conservative Partnership <news@ob.wethealliance.com>
Conservative Review <updates@mail.conservativereview.com>
ConservativeFWD <news@e.conservativefwd.com>
Consumer Reports <Consumer_Reports@email.consumerreports.org>
Corey Lewandowski <info@americasnewsletter.com>
Corey Lewandowski <info@wireupdates.com>
Corey Lewandowski <news@thedailygrindnews.com>
Corey R. Lewandowski <info@americasnewsletter.com>
Corey R. Lewandowski <news@breaking.welldoitlive.com>
Coronavirus Update | The Dallas Morning News <newsletters@dallasnews.com>
Cory Booker <info@dscc.org>
COS Team <updates@cosaction.com>
Coupons.com <Coupons@email.coupons.com>
Craig Huey <Craig@craighuey.com>
Craig Huey <craig@craighuey.com> on behalf of Craig Huey <craig=craighuey.com@send.aweber.com>
Craig Huey <Craig@electionforum.org>
Craig Huey's Reality Alert <craig@electionforum.org>
CRF-OC <crfoc@crfoc.org>
Critical GOP Alert <info@republicanscore.com>
Critical GOP Alert <news@thedailygrindnews.com>
Critical Survey Status (via NRCC) <action@conservativeamerican.net>
CSLR <cslr@law.emory.edu>
CSLR at Emory University <cslr@law.emory.edu>
CVS ExtraCare <extracare@pharmacy.cvs.com>
CVS Pharmacy <pharmacy@pharmacy.cvs.com>
D. Pipes Mailing List <no-reply@danielpipes.org>
Daily Caller <dailycaller@publisher-news.com>
Daily Trump Report <support@dailytrumpreport.com>
Daily Wire <eagles@theamericaneagles.net>
Daily Wire <lz@lifezette.com>
Dakota L. Wood, The Heritage Foundation <publicprograms@heritage.org>
Dallas Fallen Officer Foundation <news@mg.conservativeopinions.com>
Dan Crenshaw <info@usastatenews.com>
Dan Crenshaw <news@breaking.welldoitlive.com>
Dan Crenshaw <news@em8464.washingtonguardian.org>
Dana Miller at Inside Higher Ed <publishing@insidehighered.com>
Daniel Gade <editor@alerts.republicanstatement.com>
Daniel Gade <lz@lifezette.com>
Daren Bakst, The Heritage Foundation <publicprograms@heritage.org>

Darin LaHood <email@updates.conservativeintel.com>
Darrell Issa <editor@alerts.republicanstatement.com>
Darrell Issa <info@bestamericanow.com>
Dave (via RSLC) <info@republicandailywire.com>
David Balat <communications@texaspolicy.com>
David Bellavia (via Conservative Action News) <team@mail.conservativeactionnews.com>
David Daleiden (via Conservative Action News) <team@mail.conservativeactionnews.com>
David Daleiden <daily@dailywire.com>
David Daleiden <dailyshapiro@dailywire.com>
David Daleiden <electionwire@dailywire.com>
David Daleiden <email@updates.conservativeintel.com>
David Daleiden <life@stand4life.org>
David Horowitz (via Conservative Action News) <team@mail.conservativeactionnews.com>
David Horowitz (via Republican Win Daily) <team@mail.republican-win.com>
David Horowitz <electionwire@dailywire.com>
David Horowitz <updates@mail.conservativereview.com>
David Kubal (via Republican Win Daily) <team@mail.republican-win.com>
David Kubal <action@gopvictory.net>
David Kubal <electionwire@dailywire.com>
███████████████████████████
David Perdue (iPhone) <action@conservativeamerican.net>
David Perdue (iPhone) <info@americasnewsletter.com>
David Perdue (iPhone) <info@dcdailyjournal.com>
David Perdue (iPhone) <lz@lifezette.com>
David Perdue (iPhone) <news@breaking.welldoitlive.com>
David Perdue (iPhone) <news@presscorp.org>
David Perdue (iPhone) <news@thedailygrindnews.com>
David Perdue (iPhone) <newsletter@republicanpost.net>
David Perdue (iPhone) <now@readactnews.com>
David Perdue (iPhone) <patriot@patriot-central.com>
David Perdue <action@conservativeamerican.net>
David Perdue <action@electconservativepatriots.net>
David Perdue <alerts@patriotmarketplace.net>
David Perdue <daily@dailywire.com>
David Perdue <dailyshapiro@dailywire.com>
David Perdue <eagles@theamericaneagles.net>
David Perdue <editor@offthewirealerts.com>
David Perdue <editor@reliablenewsnow.net>
David Perdue <email@rightandfree.com>
David Perdue <freedom@fightforliberty.net>
David Perdue <info@americasnewsletter.com>
David Perdue <info@bestamericanow.com>
David Perdue <info@dcdailyjournal.com>
David Perdue <info@joniforiowa.com>
David Perdue <info@republicandailywire.com>
David Perdue <info@republicanwinners.com>
David Perdue <info@thenationalpulse.com>
David Perdue <info@thestrongeagle.com>
David Perdue <info@usastatenews.com>
David Perdue <liberty@religiouslibertydefenders.com>
David Perdue <life@stand4life.org>
David Perdue <lz@lifezette.com>
David Perdue <news@biden4never.com>
David Perdue <news@breaking.welldoitlive.com>
David Perdue <news@em8464.washingtonguardian.org>

David Perdue <news@presscorp.org>
David Perdue <news@thedailygrindnews.com>
David Perdue <newsletter@republicanpost.net>
David Perdue <now@readactnews.com>
David Perdue <today@secureandprosper.com>
David Perdue <updates@mail.conservativereview.com>
David Perdue <updates@thevote.online>
David Talbot, Chief of Staff <info@victimsofcommunism.org>
DC Bar SmartBrief <dcbar@smartbrief.com>
DC Daily Journal <info@contact.dcdailyjournal.com>
Deadline Alerts via NRSC <news@breaking.welldoitlive.com>
Dean Margaret Sova McCabe <law@uark.edu>
Debra, American Constitution Society <info@acslaw.org>
Dee Duncan (RSLC President) <action@conservativeamerican.net>
Dee Duncan (RSLC President) <news@thedailygrindnews.com>
Dee Duncan <info@wireupdates.com>
Defeat Black Lives Matter <news@mg.christianresponsealerts.com>
Defend Josh Hawley <news@mg.conservativeopinions.com>
Defend our President <now@readactnews.com>
Delaware Business Court Insider | Insider Alert <delawarebusinesscourtinsider@alm.com>
Democratic HQ <info@dscc.org>
Democratic Poll Alert <info@dscc.org>
Democratic Research Team <info@dscc.org>
Democratic Senate HQ <info@dscc.org>
Democratic Survey <info@dscc.org>
Dennis Prager <info@prageru.com>
Denver Gazette <noreply@account.denvergazette.com>
Derek Cohen <communications@texaspolicy.com>
Destiny Image <love-to-read@norimediagroup.com>
Devin Nunes <news@presscorp.org>
Devin Nunes <news@washingtonmatrix.com>
Devin Nunes <updates@mail.conservativereview.com>
Dire Update (via NRCC) <info@americasnewsletter.com>
Dire Update (via NRCC) <today@secureandprosper.com>
DO NOT DELETE [National Victory Action Fund] <news@thegopemail.com>
Dockers® <dockers@e.dockers.com>
Dockers® Black Friday <dockers@e.dockers.com>
Dockers® Black Friday Fits <dockers@e.dockers.com>
Dockers® Cyber Monday <dockers@e.dockers.com>
Dockers® End of Season Sale <dockers@e.dockers.com>
Dockers® Stores <dockers@e.dockers.com>
Dockers® Style <dockers@e.dockers.com>
Dockers® Thanksgiving <dockers@e.dockers.com>
Dockers® VIP <dockers@e.dockers.com>
Dolley Madison <info@fed-soc.org>
Dolley Madison <info@fed-soc.org> on behalf of Dolley Madison <fedsoc@fed-soc.ccsend.com>
Donald J. Trump <alerts@patriotmarketplace.net>
Donald J. Trump <eagles@theamericaneagles.net>
Donald J. Trump <editor@alert.keepamericagreatnews.com> on behalf of Donald J.Trump <editor@alert.keepamericagreatnews.com>
Donald J. Trump <email@rightandfree.com>
Donald J. Trump <freedom@fightforliberty.net>
Donald J. Trump <info@dcdailyjournal.com>
Donald J. Trump <info@goprnc.com>
Donald J. Trump <liberty@religiouslibertydefenders.com>
Donald J. Trump <life@stand4life.org>

Donald J. Trump <news@editions.washingtonexaminer.com>
Donald J. Trump <now@readactnews.com>
Donald J. Trump <patriot@patriotbundle.com>
Donald J. Trump <today@secureandprosper.com>
Donald J. Trump <updates@mail.conservativereview.com>
Donald J. Trump <updates@republicanmajority.net> on behalf of Donald J.Trump <updates@republicanmajority.net>
Donald J. Trump <updates@thevote.online>
Donald J. Trump <updates@update.insidescooppolitics.org> on behalf of Donald J.Trump <updates@update.insidescooppolitics.org>
Donald Trump Jr <newsletter@republicanpost.net>
Donald Trump Jr.  <patriot@patriotbundle.com>
Donald Trump Jr. <editor@reliablenewsnow.net>
Donald Trump Jr. <info@americasnewsletter.com>
Donald Trump Jr. <info@bestamericanow.com>
Donald Trump Jr. <info@dcdailyjournal.com>
Donald Trump Jr. <info@newslivewire.com>
Donald Trump Jr. <info@proudrep.com>
Donald Trump Jr. <info@republicanwinners.com>
Donald Trump Jr. <news@breaking.welldoitlive.com>
Donald Trump Jr. <news@em8464.washingtonguardian.org>
Donald Trump Jr. <news@thedailygrindnews.com>
Donald Trump Jr. <news@thegopemail.com>
Donald Trump Jr. <news@washingtonmatrix.com>
Donald Trump Jr. <newsletter@republicanpost.net>
Donald Trump Jr. <updates@mail.conservativereview.com>
Donald Trump Jr. <updates@thevote.online>
DonaldJTrump.com <alerts@patriotmarketplace.net>
DonaldJTrump.com <daily@dailywire.com>
DonaldJTrump.com <dailyshapiro@dailywire.com>
DonaldJTrump.com <eagles@theamericaneagles.net>
DonaldJTrump.com <editor@alert.keepamericagreatnews.com>
DonaldJTrump.com <electionwire@dailywire.com>
DonaldJTrump.com <email@rightandfree.com>
DonaldJTrump.com <info@bestamericanow.com>
DonaldJTrump.com <info@dcdailyjournal.com>
DonaldJTrump.com <info@goprnc.com>
DonaldJTrump.com <info@makingamericathegreatest.com>
DonaldJTrump.com <liberty@religiouslibertydefenders.com>
DonaldJTrump.com <life@stand4life.org>
DonaldJTrump.com <lz@lifezette.com>
DonaldJTrump.com <news@editions.washingtonexaminer.com>
DonaldJTrump.com <news@washingtonmatrix.com>
DonaldJTrump.com <now@readactnews.com>
DonaldJTrump.com <patriot@patriotbundle.com>
DonaldJTrump.com <updates@mail.conservativereview.com>
DonaldJTrump.com <updates@thevote.online>
DonaldJTrump.com <updates@update.insidescooppolitics.org>
Doug Lederman at Inside Higher Ed <publishing@insidehighered.com>
Dr. Carol Swain <news@mg.conservativesofamerica.org>
Dr. Fauci Alert <info@dscc.org>
Dr. Michael Burgess <action@gopvictory.net>
Dr. Una Clarke <info@voteyvette.com> on behalf of Dr. Una Clarke <bounce@bounce.myngp.com>
DSCC Data Team <info@dscc.org>
DSCC HQ <info@dscc.org>
ðŸ"… Calendar Invitation <info@traindemocrats.org>
ðŸ"… Calendar Invite 𝟎𝟎𝟐𝟎𝟐𝟎 <info@traindemocrats.org>

ðŸ"µ Sean Patrick Maloney for Congress <info@seanmaloney.com>
E. Swalwell <info@email.ericswalwell.com>
Easy Breathe CPAP Store <info@easybreathe.com>
Eddie Mauro <info@njnppac.com>
Eddie Mauro info@njnppac.com <info@njnppac.com>
Edith (via RSLC) <action@conservativeamerican.net>
editor@blackeyepolitics.net <editor@blackeyepolitics.net>
EducationAdminWebAdvisor <training@educationadminwebadvisor.com>
Election Accountability Office <news@washingtonmatrix.com>
Election Alert <info@dscc.org>
Election Law Journal <updates@email.liebertpub.com>
Election Patriots (via NRCC) <news@thegopemail.com>
Election Scandal Alert <info@dscc.org>
Election Update <info@dscc.org>
Election Wire <electionwire@dailywire.com>
Elections Update (via Swalwell HQ) <info@email.ericswalwell.com>
Elise Stefanik <life@stand4life.org>
Elite Vice Presidential Match Inside <news@breaking.welldoitlive.com>
Emergency 5X-Match [National Victory Action Fund] <action@electconservativepatriots.net>
Emergency 5X-Match [National Victory Action Fund] <news@presscorp.org>
EMERGENCY Election Warning <freedom@fightforliberty.net>
EMERGENCY RUNOFF ALERT (National Victory Action Fund) <news@presscorp.org>
EMERGENCY RUNOFF ALERT (National Victory Action Fund) <news@thegopemail.com>
Emily Buchanan <daily@dailywire.com>
Emily Buchanan <life@stand4life.org>
Emily Sass | Texas Public Policy Foundation <communications@texaspolicy.com>
Epoch Times Editor <newsletter@theepochtimes.com>
EPPC <newsletter@eppc.org>
EPPC Briefly <newsletter@eppc.org>
Eric (personal) <info@email.ericswalwell.com>
Eric <info@email.ericswalwell.com>
Eric S. <info@email.ericswalwell.com>
Eric Swalwell (personal) <info@email.ericswalwell.com>
Eric Swalwell <info@email.ericswalwell.com>
Eric Trump & Donald Trump Jr. <info@dcdailyjournal.com>
Eric Trump & Donald Trump Jr. <info@goprnc.com>
Eric Trump & Donald Trump Jr. <liberty@religiouslibertydefenders.com>
Eric Trump & Donald Trump Jr. <life@stand4life.org>
Eric Trump & Donald Trump Jr. <patriot@patriotbundle.com>
Eric Trump & Donald Trump Jr. <updates@mail.conservativereview.com>
Eric Trump <eagles@theamericaneagles.net>
Eric Trump <info@dcdailyjournal.com>
Eric Trump <info@goprnc.com>
Eric Trump <now@readactnews.com>
Eric Trump <patriot@patriotbundle.com>
Eric Trump <updates@mail.conservativereview.com>
Eric Trump <updates@update.insidescooppolitics.org>
EricSwalwell.com <info@email.ericswalwell.com>
Erin Cruz <news@mg.conservativeopinions.com>
Evening Update (via Flip the Senate) <information@democrats.senatemajority.com>
EXCLUSIVE <info@dscc.org>
Exclusive Alert <info@dscc.org>
Exclusive Product Alert (via NRCC) <news@breaking.welldoitlive.com>
Exclusive Product Alert (via NRCC) <news@thegopemail.com>
Expert Institute <experts@expertinstitute.com>

Expiration Warning (via NRCC) <news@thegopemail.com>
Expiration Warning (via NRCC) <newsletter@republicanpost.net>
Federal Bar Association <livecle@federalbarcle.org>
Fight 4 Liberty <freedom@fightforliberty.net>
Fight for Georgia <news@mg.conservativesofamerica.org>
Fight Socialism <news@ob.wethealliance.com>
FINAL 500% MATCH WARNING <info@americasnewsletter.com>
FINAL DEADLINE -- READ IMMEDIATELY (National Victory Action Fund) <news@thegopemail.com>
Final Georgia Update <info@dscc.org>
Final Inventory Alert (via NRCC) <info@americasnewsletter.com>
Final Inventory Alert (via NRCC) <news@thegopemail.com>
Final Notice (via NRCC) <news@thegopemail.com>
FINAL-NOTICE@nrsc.org <news@thedailygrindnews.com>
Finance Alerts via Team Todd <news@thegopemail.com>
Finance Update (via Flip the Senate) <information@democrats.senatemajority.com>
Flash Poll (via NRCC) <action@conservativeamerican.net>
Flip the Senate <information@democrats.senatemajority.com>
Flip the Senate â€" Barack Obama Update <information@democrats.senatemajority.com>
Flip The Senate Alert <info@dscc.org>
Florida Faith & Freedom Coalition <action@gopvictory.net>
Focus on the Family <liberty@religiouslibertydefenders.com>
Focus on the Family <life@stand4life.org>
Focus on the Family <updates@mail.conservativereview.com>
Forensic Expert Witness Association <newsletter@news1.naylorconnect.com>
Foundations Of Truth <info@foundationsoftruth.com>
Francisco "Quico" Conseco <communications@texaspolicy.com>
Freedom and Prosperity Fund <news@mg.conservativeopinions.com>
Freedom and Prosperity Fund <news@mg.conservativesofamerica.org>
Freedom X <info@freedomXlaw.com>
Fresno County Republican Party <info@fresnogop.org>
Friend of Law Enforcement <news@mg.conservativeopinions.com>
Friend of Law Enforcement <Patriot@americanlibertywire.com>
From the Desk of Mitch McConnell <news@thedailygrindnews.com>
From the Desk of Mitch McConnell <newsletter@republicanpost.net>
Frontier Airlines <deals@emails.flyfrontier.com>
GA Alerts via Team Todd <news@thegopemail.com>
GA Election Alert <action@conservativeamerican.net>
GA Election Alert <info@dcdailyjournal.com>
GA Election Alerts <action@conservativeamerican.net>
GA Runoff Alerts (NVAF) <newsletter@republicanpost.net>
GA Runoff Emergency (National Victory Action Fund) <news@thegopemail.com>
GA Runoff Update (via Team DSCC) <info@dscc.org>
GA Senate Updates <newsletter@conservativenews.com>
Gabby Giffords <info@dscc.org>
Garrett Bewkes <newsletter@e.nationalreview.com>
Genesis 123 <news@ob.wethealliance.com>
Geni <no-reply@geni.com>
George P. Bush <news@biden4never.com>
George P. Bush <news@breaking.welldoitlive.com>
George Weigel <catholicstudies@eppc.org>
Georgia Alert <info@dscc.org>
Georgia Alert <information@democrats.senatemajority.com>
Georgia Conservatives <electionwire@dailywire.com>
Georgia Conservatives <freedom@fightforliberty.net>
Georgia Conservatives <info@bestamericanow.com>

Georgia Conservatives <info@dcdailyjournal.com>
Georgia Conservatives <info@makingamericathegreatest.com>
Georgia Conservatives <newsletter@conservativenews.com>
Georgia Conservatives <today@secureandprosper.com>
Georgia Election Alert <news@biden4never.com>
Georgia is in trouble -- here is my plan <info@thefuturegop.com>
Georgia Poll Alert (via Flip the Senate) <information@democrats.senatemajority.com>
Georgia Polling Alert <info@dscc.org>
Georgia Polling Alert <information@democrats.senatemajority.com>
GEORGIA RUNOFF ALERT (National Victory Action Fund) <news@breaking.welldoitlive.com>
GEORGIA RUNOFF ALERT (National Victory Action Fund) <news@thegopemail.com>
Georgia Runoff Alert <info@dscc.org>
Georgia Runoff Alerts (NVAF) <news@thegopemail.com>
Georgia Runoff Emergency (National Victory Action Fund) <news@breaking.welldoitlive.com>
GEORGIA RUNOFF EMERGENCY (National Victory Action Fund) <news@presscorp.org>
GEORGIA RUNOFF EMERGENCY (National Victory Action Fund) <news@thegopemail.com>
GEORGIA RUNOFF EMERGENCY <info@republicanwinners.com>
GEORGIA RUNOFF UPDATE <freedom@fightforliberty.net>
GEORGIA RUNOFF UPDATE <info@bestamericanow.com>
GEORGIA RUNOFF UPDATE <info@dcdailyjournal.com>
GEORGIA RUNOFF UPDATE <info@makingamericathegreatest.com>
GEORGIA RUNOFF UPDATE <today@secureandprosper.com>
GEORGIA RUNOFF UPDATE <updates@mail.conservativereview.com>
GEORGIA RUNOFF UPDATE <updates@thevote.online>
Georgia Runoffs - Mobilize Voters <info@turnup.us>
Georgia Runoffs - Voter Turnout <info@turnup.us>
Georgia Runoffs - Youth Vote <info@turnup.us>
Georgia Senate Alert (via Flip the Senate) <information@democrats.senatemajority.com>
Georgia Senate Alert <daily@dailywire.com>
Georgia Senate Alert <dailyshapiro@dailywire.com>
Georgia Senate Alert <electionwire@dailywire.com>
Georgia Senate Alert <info@bestamericanow.com>
Georgia Senate Alert <info@dcdailyjournal.com>
Georgia Senate Alert <info@makingamericathegreatest.com>
Georgia Senate Alert <information@democrats.senatemajority.com>
Georgia Senate Alert <news@editions.washingtonexaminer.com>
Georgia Senate Alert <now@readactnews.com>
Georgia Senate Alert <patriot@patriotbundle.com>
Georgia Senate Alerts <info@republicanwinners.com>
Georgia Senate ALERTS <news@biden4never.com>
Georgia Senate Alerts <news@breaking.welldoitlive.com>
Georgia Senate Alerts <news@thedailygrindnews.com>
Georgia Senate Update <information@democrats.senatemajority.com>
Georgia Update (via Flip the Senate) <information@democrats.senatemajority.com>
Georgia Update <info@dscc.org>
Georgia Update <information@democrats.senatemajority.com>
GEORGIANS FOR KELLY LOEFFLER <action@electconservativepatriots.net>
Glendale Burbank Republican Assembly <info@gbraclub.org>
GoldCo <news@editions.washingtonexaminer.com>
GOP ALERT <action@conservativeamerican.net>
GOP ALERT <news@thegopemail.com>
GOP Alerts (National Victory Action Fund) <action@electconservativepatriots.net>
GOP Alerts (National Victory Action Fund) <info@bestamericanow.com>
GOP ALERTS (National Victory Action Fund) <news@presscorp.org>
GOP Alerts (via Team Perdue) <info@americasnewsletter.com>

GOP Alerts (via Team Perdue) <news@thedailygrindnews.com>
GOP Alerts <action@conservativeamerican.net>
GOP Alerts <news@breaking.welldoitlive.com>
GOP Alerts <news@presscorp.org>
GOP Alerts <news@thegopemail.com>
GOP Alerts <updates@mail.conservativereview.com>
GOP Alerts via Team Todd <news@thegopemail.com>
GOP Dark Money Alert <info@dscc.org>
GOP Final Alerts <action@conservativeamerican.net>
GOP Final Alerts <news@thedailygrindnews.com>
GOP Headquarters <eagles@theamericaneagles.net>
GOP Merchandise <action@electconservativepatriots.net>
GOP Merchandise <info@americasnewsletter.com>
GOP Senate Alerts (National Victory Action Fund) <news@breaking.welldoitlive.com>
GOP Senate Alerts (National Victory Action Fund) <news@presscorp.org>
GOP Senate Alerts (National Victory Action Fund) <news@thegopemail.com>
GOP Senate Alerts (National Victory Action Fund) <newsletter@republicanpost.net>
GOP Senate Alerts <info@thestrongeagle.com>
GOP Special Offers via NRSC <action@electconservativepatriots.net>
GOP Special Offers via NRSC <info@americasnewsletter.com>
GOP Store Cart (via NRCC) <news@thegopemail.com>
GOP Strategy Update <news@em8464.washingtonguardian.org>
GOP Victory Fund <now@readactnews.com>
Gov. Andrew M. Cuomo <info@andrewcuomo.com> on behalf of Gov. Andrew M. Cuomo <bounce@bounce.myngp.com>
Governor Brian Kemp <action@gopvictory.net>
Governor Brian Kemp <editor@americanpatriotdaily.net>
Governor Brian Kemp <editor@offthewire.org>
Governor Brian Kemp <editor@proudamericanliving.net>
Governor Brian Kemp <editor@reliablenewsnow.net>
Governor Brian Kemp <email@rightandfree.com>
Governor Brian Kemp <freedom@fightforliberty.net>
Governor Brian Kemp <info@bestamericanow.com>
Governor Brian Kemp <info@dcdailyjournal.com>
Governor Brian Kemp <news@presscorp.org>
Governor Brian Kemp <news@washingtonmatrix.com>
Governor Brian Kemp <now@readactnews.com>
Governor Brian Kemp <today@presscorp.org>
Governor Brian Kemp <today@secureandprosper.com>
Governor Brian Kemp <updates@mail.conservativereview.com>
Great American Patriots <alerts@greatamericanpatriots.com>
Great American Patriots <mail@greatamericanpatriots.com>
Greg Stamps <alerts@patriotmarketplace.net>
Gregory Coll <Patriot@americanlibertywire.com>
Grenzebach Glier and Associates <contactus@grenzglier.com>
Groupon <noreply@r.groupon.com>
Groupon Albuquerque <noreply@r.groupon.com>
Groupon Deal of the Day <noreply@r.groupon.com>
Groupon Doorbuster of the Day <noreply@r.groupon.com>
Groupon Promo <noreply@r.groupon.com>
Gryphon Editions <sales@gryphoneditions.com>
Hanukkah Alert <news@mg.christianresponsealerts.com>
Harmeet Dhillon (via Conservative Action News) <team@mail.conservativeactionnews.com>
Harmeet Dhillon (via Republican Win Daily) <team@mail.republican-win.com>
Harmeet Dhillon <daily@dailywire.com>
Harmeet Dhillon <electionwire@dailywire.com>

Harmeet Dhillon <updates@mail.conservativereview.com>
Harry Chamberlain II, Buchalter <programs@pincuscommunications.com>
Hayneedle <marketing@updates.hayneedle.com>
Heartbeat International <news@mg.christianresponsealerts.com>
Heather @ Planned Parenthood <actionfund@ppfa.org>
Heather Holdridge, Planned Parenthood Action Fund <actionfund@ppfa.org>
HeinOnline <marketing@wshein.com>
Helen Chernikoff, the Forward <development@e.forward.com>
Heritage Public Programs <publicprograms@heritage.org>
Herschel Walker <action@electconservativepatriots.net>
Herschel Walker <info@americasnewsletter.com>
Herschel Walker <news@em8464.washingtonguardian.org>
Herschel Walker <news@thedailygrindnews.com>
Herschel Walker <updates@mail.conservativereview.com>
Higher Ed News Brief <news@unincorporated.com>
Hillsdale College <daily@dailywire.com>
Hillsdale College <dailyshapiro@dailywire.com>
Hillsdale College <onlinesupport@hillsdale.edu>
Hillsdale College <updates@mail.conservativereview.com>
Hillsdale College Donor Services <onlinesupport@hillsdale.edu>
Hillsdale College via Inside Scoop Politics <editor@update.insidescooppolitics.org>
Hillsdale College via Inside Scoop Politics <updates@update.insidescooppolitics.org>
Hillsdale College via Keep America Great News <editor@alert.keepamericagreatnews.com>
Hillsdale College via Patriot Central <patriot@patriot-central.com>
Hillsdale College via Religious Liberty Defenders <liberty@religiouslibertydefenders.com>
Hillsdale College via Republican Majority <updates@republicanmajority.net>
Hillsdale College via Republican Statement <editor@alerts.republicanstatement.com>
Hillsdale College via Right & Free <email@rightandfree.com>
Hillsdale College via Stand 4 Life <life@stand4life.org>
Hillsdale College via The Vote <updates@thevote.online>
Hoover Events <hooverevents@stanford.edu>
Hoover Institution <hooverevents@stanford.edu>
House Trump Defenders (via NRCC) <news@breaking.welldoitlive.com>
House Trump Defenders (via NRCC) <news@thegopemail.com>
HRWebAdvisor <training@hrwebadvisor.com>
Human Rights Foundation <info@hrf.org>
Immediate Response Requested - Team Maloney <info@seanmaloney.com>
Important Account Update via NRSC <news@thedailygrindnews.com>
Important Account Update via NRSC <newsletter@republicanpost.net>
Incoming Deals | DFY <hello@email.trendytechmedia.com>
info@bestamericanow.com <info@bestamericanow.com>
Inman Headlines <headlines@headlines.inman.com>
Inside Higher Ed <publishing@insidehighered.com>
Inside Higher Ed on behalf of the Harvard Institutes for Higher Education <publishing@insidehighered.com>
Inside Scoop Politics <editor@update.insidescooppolitics.org>
Inside Scoop Politics <news@update.insidescooppolitics.org>
Inside Scoop Politics <updates@update.insidescooppolitics.org>
INSIDER UPDATE <info@dscc.org>
IPI PolicyBytes <PolicyBytes@ipi.org>
IPI TaxBytes <TaxBytes@ipi.org>
Jack Fowler <newsletter@e.nationalreview.com>
Jacob Kornbluh with the Forward <development@e.forward.com>
Jaime Harrison <info@dscc.org>
James Carville <information@democrats.senatemajority.com>
James Jenkins <Membership@JFKLFoundation.org>

James Madison's Montpelier <support@montpelier.org>
James Quintero <communications@texaspolicy.com>
Jasper, The Epoch Times <newsletter@theepochtimes.com>
Jeff Duncan (via Republican Win Daily) <team@mail.republican-win.com>
Jennifer Marshall, The Heritage Foundation <publicprograms@heritage.org>
Jim <editor@blackeyepolitics.net>
Jim Clyburn <info@dscc.org>
Jim Geraghty <newsletter@e.nationalreview.com>
Jim Marchant <news@mg.conservativesofamerica.org>
Joe Collins <info@bestamericanow.com>
John A. Taylor, Jr., Horvitz & Levy LLP <programs@pincuscommunications.com>
John D. Heubusch, Executive Director <info@reaganfoundation.org>
John Dennis <emails@conservazon.com>
John Dennis <news@ob.wethealliance.com>
John Dennis <Patriot@americanlibertywire.com>
John Hickenlooper <info@dscc.org>
John James <info@bestamericanow.com>
John James <info@makingamericathegreatest.com>
John Kennedy <editor@alerts.republicanstatement.com>
John Kennedy <info@bestamericanow.com>
John Kennedy <info@makingamericathegreatest.com>
John Kennedy <news@breaking.welldoitlive.com>
John Kennedy <news@thedailygrindnews.com>
John Kennedy <newsletter@republicanpost.net>
Jon Ossoff (personal) <info@email.ericswalwell.com>
Jon Ossoff <info@dscc.org>
Jon Ossoff <info@email.ericswalwell.com>
Jonathan Feldstein <Patriot@americanlibertywire.com>
Joni Ernst <alerts@patriotmarketplace.net>
Joni Ernst <eagles@theamericaneagles.net>
Joni Ernst <info@dcdailyjournal.com>
Joni Ernst <info@joniforiowa.com>
Joni Ernst <info@republicanscore.com>
Joni Ernst <news@breaking.welldoitlive.com>
Joni Ernst <news@em8464.washingtonguardian.org>
Joni Ernst <news@thedailygrindnews.com>
Jordan Cunningham <info@jordancunningham.org> on behalf of Jordan Cunningham <info=jordancunningham.org@cmail19.com>
Jordan Cunningham <info@jordancunningham.org> on behalf of Jordan Cunningham <info=jordancunningham.org@cmail20.com>
Jor-El Godsey <Patriot@americanlibertywire.com>
Josh Hawley <news@ob.wethealliance.com>
Josh Hawley <updates@mail.conservativereview.com>
Joshua, The Epoch Times <newsletter@theepochtimes.com>
Judicial Watch <media@pr.judicialwatch.org>
Judicial Watch Action <media@pr.judicialwatch.org>
Judicial Watch Corruption Chronicles <info@gophouseconservatives.com>
Judicial Watch Corruption Chronicles <media@pr.judicialwatch.org>
Judicial Watch News Link <info@gophouseconservatives.com>
Judicial Watch NewsLink <press@pr.judicialwatch.org>
Judicial Watch Tipsheet <info@gophouseconservatives.com>
Judicial Watch Tipsheet <jw@pr.judicialwatch.org>
Judicial Watch Weekly Update <info@gophouseconservatives.com>
Julia <info@dscc.org>
Just Announced! <info@dscc.org>
Justice Centre for Constitutional Freedoms <info@jccf.ca>
Kara, American Constitution Society <info@acslaw.org>

Karen Handel (via Republican Win Daily) <team@mail.republican-win.com>
Karen Pence <news@biden4never.com>
Karl Rove (Election HQ) <updates@thevote.online>
Karl Rove <info@dcdailyjournal.com>
Karl Rove <news@biden4never.com>
Karl Rove <newsletter@republicanpost.net>
Kathleen Deneau <msuannualfund@uadv.msu.edu>
Kathleen Eaton Bravo <outreach@obriagroup.org>
Kathleen Eaton Bravo, CEO <outreach@obriagroup.org>
Kati <info@dscc.org>
Kay C. James <daily@dailywire.com>
Kay C. James <eagles@theamericaneagles.net>
Kay C. James <email@rightandfree.com>
Kay C. James <info@thenationalpulse.com>
Kay C. James <liberty@religiouslibertydefenders.com>
Kay C. James <lz@lifezette.com>
Kay C. James <news@presscorp.org>
Kay C. James <now@readactnews.com>
Kay C. James <updates@mail.conservativereview.com>
Kay C. James <updates@thevote.online>
Kay Coles James <news@washingtonmatrix.com>
KC <info@dscc.org>
Keep America Action Fund <news@editions.washingtonexaminer.com>
Keep America First <news@presscorp.org>
Keep America Great News <news@alert.keepamericagreatnews.com>
Kelley Robinson, Planned Parenthood Action Fund <actionfund@ppfa.org>
Kelly (personal) <news@biden4never.com>
Kelly <news@biden4never.com>
Kelly Ayotte <info@gophouseconservatives.com>
Kelly Loeffler (iPhone) <info@dcdailyjournal.com>
Kelly Loeffler (iPhone) <life@stand4life.org>
Kelly Loeffler (iPhone) <news@breaking.welldoitlive.com>
Kelly Loeffler (personal) <email@rightandfree.com>
Kelly Loeffler (personal) <info@email.marcorubiofl.com>
Kelly Loeffler (personal) <info@toomeyforsenate.com>
Kelly Loeffler (personal) <news@biden4never.com>
Kelly Loeffler <action@conservativeamerican.net>
Kelly Loeffler <action@electconservativepatriots.net>
Kelly Loeffler <alerts@patriotmarketplace.net>
Kelly Loeffler <daily@dailywire.com>
Kelly Loeffler <dailyshapiro@dailywire.com>
Kelly Loeffler <eagles@theamericaneagles.net>
Kelly Loeffler <editor@reliablenewsnow.net>
Kelly Loeffler <electionwire@dailywire.com>
Kelly Loeffler <email@rightandfree.com>
Kelly Loeffler <emails@conservazon.com>
Kelly Loeffler <emails@unitedconservatives.net>
Kelly Loeffler <freedom@fightforliberty.net>
Kelly Loeffler <info@americasnewsletter.com>
Kelly Loeffler <info@bestamericanow.com>
Kelly Loeffler <info@dcdailyjournal.com>
Kelly Loeffler <info@gophouseconservatives.com>
Kelly Loeffler <info@makingamericathegreatest.com>
Kelly Loeffler <info@proudrep.com>
Kelly Loeffler <info@republicandailywire.com>

Kelly Loeffler <info@republicanscore.com>
Kelly Loeffler <info@republicanwinners.com>
Kelly Loeffler <info@thefuturegop.com>
Kelly Loeffler <info@thenationalpulse.com>
Kelly Loeffler <info@thestrongeagle.com>
Kelly Loeffler <info@usastatenews.com>
Kelly Loeffler <info@wireupdates.com>
Kelly Loeffler <kelly.loeffler@patriotbundle.com>
Kelly Loeffler <kloeffler@patriotbundle.com>
Kelly Loeffler <liberty@religiouslibertydefenders.com>
Kelly Loeffler <lz@lifezette.com>
Kelly Loeffler <news@biden4never.com>
Kelly Loeffler <news@breaking.welldoitlive.com>
Kelly Loeffler <news@em8464.washingtonguardian.org>
Kelly Loeffler <news@presscorp.org>
Kelly Loeffler <news@thegopemail.com>
Kelly Loeffler <news@washingtonmatrix.com>
Kelly Loeffler <newsletter@conservativenews.com>
Kelly Loeffler <newsletter@republicanpost.net>
Kelly Loeffler <now@readactnews.com>
Kelly Loeffler <patriot@patriotbundle.com>
Kelly Loeffler <today@secureandprosper.com>
Kelly Loeffler <updates@mail.conservativereview.com>
Kelly Loeffler <updates@thevote.online>
Kennedy, J., me <editor@alerts.republicanstatement.com>
Kenneth Abramowitz <news@ob.wethealliance.com>
Kenneth Abramowitz <Patriot@americanlibertywire.com>
Kevin Jackson <news@mg.conservativesofamerica.org>
Kevin Jackson <news@ob.wethealliance.com>
Kevin Jackson <Patriot@americanlibertywire.com>
Kevin Jackson <updates@mail.conservativereview.com>
Kevin McCarthy <editor@reliablenewsnow.net>
Kevin McCarthy <freedom@fightforliberty.net>
Kevin McCarthy <info@americasnewsletter.com>
Kevin McCarthy <info@bestamericanow.com>
Kevin McCarthy <info@dcdailyjournal.com>
Kevin McCarthy <info@thefuturegop.com>
Kevin McCarthy <news@presscorp.org>
Kevin McCarthy <news@thegopemail.com>
Kevin McCarthy <Patriot@americanlibertywire.com>
Kevin McCarthy <today@secureandprosper.com>
Kevin McGary <Patriot@americanlibertywire.com>
Kevin Mooneyhan, Tea Party Patriots Citizens Fund <newsletter@teapartypatriots.org>
Kim Allen, California ProLife <info@californiaprolife.org>
Kim at California ProLife <info@californiaprolife.org>
Kimberly Fletcher <news@mg.conservativeopinions.com>
Kimberly Fletcher <news@mg.conservativesofamerica.org>
Kimberly Fletcher <Patriot@americanlibertywire.com>
LA Catholics <updates@la-archdiocese.org>
Lara Trump <info@dcdailyjournal.com>
Lara Trump <info@goprnc.com>
Lara Trump <liberty@religiouslibertydefenders.com>
Lara Trump <life@stand4life.org>
Lara Trump <news@editions.washingtonexaminer.com>
Lara Trump <patriot@patriotbundle.com>

Lara Trump <updates@mail.conservativereview.com>
Larry Klayman <news@ob.wethealliance.com>
Larry Klayman <Patriot@americanlibertywire.com>
Larry P. Arnn, Hillsdale College <onlinesupport@hillsdale.edu>
Larry P. Arrn <newsletter@conservativenews.com>
LAST CALL <info@dscc.org>
LAST CHANCE (via DSCC) <info@dscc.org>
Last Chance @ Planned Parenthood Action Fund <actionfund@ppfa.org>
Last Chance <info@dscc.org>
Lauren Boebert <eagles@theamericaneagles.net>
Lauren Boebert <life@stand4life.org>
Lauren Boebert <now@readactnews.com>
Lauren Boebert <updates@thevote.online>
Lauren Levin <info@sandyhookpromise.org>
Law & Liberty <noreply@libertyfund.org>
Law Enforcement Loyalty PAC <news@mg.conservativesofamerica.org>
LawPracticeCLE <lawpracticecle@lawpracticecle.com>
Legal Insurrection <info@legalinsurrection.com>
Legal Insurrection Foundation <info@legalinsurrection.com>
Legislative Procedure <info@legislativeprocedure.com>
Let Parents Decide <kengland@capitolresource.org>
LifeZette <lz@lifezette.com>
LifeZette <noreply@lzmail.lifezette.com>
LifeZette via Hillsdale College <lz@lifezette.com>
Lila Rose <eagles@theamericaneagles.net>
Lila Rose <email@rightandfree.com>
Lila Rose <liberty@religiouslibertydefenders.com>
Lila Rose <lz@lifezette.com>
Lila Rose <now@readactnews.com>
Lindsay Craig <newsletter@e.nationalreview.com>
Lindsay Craig <reply@email-nrinstitute.org>
Lindsey Graham <info@americasnewsletter.com>
Lindsey Graham <info@bestamericanow.com>
Lindsey Graham <info@dcdailyjournal.com>
Lindsey Graham <info@makingamericathegreatest.com>
Lindsey Graham <info@usastatenews.com>
Lindsey Graham <news@thedailygrindnews.com>
Lindsey Graham Alert <info@dscc.org>
LinkedIn <invitations@linkedin.com>
LinkedIn <jobs-listings@linkedin.com>
LinkedIn <messages-noreply@linkedin.com>
LinkedIn <news-noreply@linkedin.com>
LinkedIn <notifications-noreply@linkedin.com>
LinkedIn <updates-noreply@linkedin.com>
Live Poll <info@dscc.org>
Louis D. Brandeis Center <info@brandeiscenter.com>
Low Stock Alert (via NRCC) <action@electconservativepatriots.net>
Low-Stock Alert (via NRCC) <news@thegopemail.com>
Lt. General Jack Bergman, U.S.M.C. (ret.) <news@ob.wethealliance.com>
Lt. General Jack Bergman, U.S.M.C. (ret.) <Patriot@americanlibertywire.com>
Lt. General Jack Bergman, U.S.M.C. <news@mg.conservativeopinions.com>
Lt. General Jack Bergman, U.S.M.C. <Patriot@americanlibertywire.com>
Lt. General Jack Bergman, USMC (ret.) <news@mg.conservativeopinions.com>
Lucy McBath <info@lucyforcongress.com>
Made in America (via Republican Win Daily) <team@mail.republican-win.com>

Made in America <info@bestamericanow.com>
Major Sam Peters (USAF, ret.) <news@mg.conservativesofamerica.org>
Major Sam Peters (USAF, ret.) <Patriot@americanlibertywire.com>
Marc Little <news@ob.wethealliance.com>
Marc Little <Patriot@americanlibertywire.com>
Marco Rubio <action@conservativeamerican.net>
Marco Rubio <action@electconservativepatriots.net>
Marco Rubio <info@americasnewsletter.com>
Marco Rubio <info@email.marcorubiofl.com>
Marco Rubio <info@newslivewire.com>
Marco Rubio <info@republicandailywire.com>
Marco Rubio <news@biden4never.com>
Marco Rubio <news@presscorp.org>
Marco Rubio <news@thedailygrindnews.com>
Marco Rubio <news@thegopemail.com>
Marco Rubio <news@washingtonmatrix.com>
Marco Rubio <newsletter@republicanpost.net>
Margaret Iuculano <action@gopvictory.net>
Margaret Iuculano <daily@dailywire.com>
Margaret Iuculano <dailyshapiro@dailywire.com>
Margaret, me (2) <action@gopvictory.net>
Marine Corps Proud <news@mg.conservativesofamerica.org>
Marine Corps Proud <news@ob.wethealliance.com>
Marjorie Taylor Greene <news@mg.christianresponsealerts.com>
Marjorie Taylor Greene <news@ob.wethealliance.com>
Marjorie Taylor Greene <Patriot@americanlibertywire.com>
Mark <info@njnppac.com>
Mark <news@thegopemail.com>
Mark Barden <info@sandyhookpromise.org>
Mark Harrington <contact@createdequal.org>
Mark Kelly <info@dscc.org>
Mark Langgin <info@njnppac.com>
Mark Langgin, Director <info@njnppac.com>
Mark M. Yarbrough <liberty@religiouslibertydefenders.com>
Mark M. Yarbrough <life@stand4life.org>
Mark Meckler <updates@cosaction.com>
Mark Robinson, me (2) <action@gopvictory.net>
Mark Ronchetti <info@markronchetti.com>
Mark Walker <freedom@fightforliberty.net>
Mark Walker <today@secureandprosper.com>
Mark, me (2) <news@thegopemail.com>
Mark, NRCC <news@thegopemail.com>
Martha McSally <dailyshapiro@dailywire.com>
Martha McSally <info@thestrongeagle.com>
Martha McSally <lz@lifezette.com>
Martha McSally <news@biden4never.com>
Martha McSally <news@breaking.welldoitlive.com>
Martha McSally <news@presscorp.org>
Martha McSally <news@thedailygrindnews.com>
Martin (Team Young) <action@conservativeamerican.net>
Martin (Team Young) <news@presscorp.org>
Mary Vought <scf@conservazon.com>
MassResistance <update@MassResistance.org>
Mastering the Deposition Workshop <programs@cleroundtable.com>
MATCH for Planned Parenthood Action Fund <actionfund@ppfa.org>

MATCH@ppact.org <actionfund@ppfa.org>
match-deadline@ppact.org <actionfund@ppfa.org>
Matching Alert (via NRCC) <news@breaking.welldoitlive.com>
match-upgrade@ppact.org <actionfund@ppfa.org>
Matt Nye <Patriot@americanlibertywire.com>
Matt, Membership Services <news@thedailygrindnews.com>
McConnell Report Card <info@dscc.org>
me, kelly <info@traindemocrats.org>
Megan <info@dscc.org>
Megyn <editor@proudamericanliving.net>
Megyn Stevenson <editor@proudamericanliving.net>
Member Travel Services <info@premiummemberservices.com>
member-exclusive@nrsc.org <info@americasnewsletter.com>
Membership Updates via NRSC <news@thedailygrindnews.com>
membership-alerts@nrsc.org <action@conservativeamerican.net>
membership-alerts@nrsc.org <news@thedailygrindnews.com>
MemVerge <info@memverge.com>
Meredith <info@americasnewsletter.com>
Meredith <news@thegopemail.com>
Meredith, NRCC HQ <news@thegopemail.com>
Mia Love <action@gopvictory.net>
Michael Blake <info@blakeforcongress.nyc>
Michael McCaul <action@gopvictory.net>
Michelle Powers Keegan <info@reaganfoundation.org>
Michelle Steel <action@conservativeamerican.net>
Michelle Steel <news@presscorp.org>
Michelle Steel <news@thegopemail.com>
Microsoft Store <microsoftstore@microsoftstoreemail.com>
Middle East Forum <Info@MEForum.org>
Middle East Forum <mefnews@meforum.org>
Mike Garcia <action@gopvictory.net>
Mike Garcia, me (2) <action@gopvictory.net>
Mike Huckabee <newsletter@mikehuckabee.com>
Mike Lee (via Republican Win Daily) <team@mail.republican-win.com>
Mike Lee <email@rightandfree.com>
Mike Lee <freedom@fightforliberty.net>
Mike Lee <today@secureandprosper.com>
Mike Pence <info@dcdailyjournal.com>
Mike Pence <liberty@religiouslibertydefenders.com>
Mike Pence <life@stand4life.org>
Mike Pence <news@editions.washingtonexaminer.com>
Mike Pence <patriot@patriotbundle.com>
Mike Pence <updates@republicanmajority.net>
Missing Response <info@dscc.org>
Mitch McConnell (iphone) <emails@unitedconservatives.net>
Mitch McConnell (iPhone) <info@americasnewsletter.com>
Mitch McConnell (iPhone) <news@breaking.welldoitlive.com>
Mitch McConnell (iPhone) <news@thedailygrindnews.com>
Mitch McConnell (iPhone) <newsletter@republicanpost.net>
Mitch McConnell <action@conservativeamerican.net>
Mitch McConnell <alerts@patriotmarketplace.net>
Mitch McConnell <daily@dailywire.com>
Mitch McConnell <editor@offthewire.org>
Mitch McConnell <editor@reliablenewsnow.net>
Mitch McConnell <electionwire@dailywire.com>

Mitch McConnell <emails@unitedconservatives.net>
Mitch McConnell <info@americasnewsletter.com>
Mitch McConnell <info@bestamericanow.com>
Mitch McConnell <info@dcdailyjournal.com>
Mitch McConnell <info@newslivewire.com>
Mitch McConnell <info@proudrep.com>
Mitch McConnell <info@republicanscore.com>
Mitch McConnell <info@thefuturegop.com>
Mitch McConnell <info@thestrongeagle.com>
Mitch McConnell <info@usastatenews.com>
Mitch McConnell <info@wireupdates.com>
Mitch McConnell <life@stand4life.org>
Mitch McConnell <lz@lifezette.com>
Mitch McConnell <news@breaking.welldoitlive.com>
Mitch McConnell <news@em8464.washingtonguardian.org>
Mitch McConnell <news@presscorp.org>
Mitch McConnell <news@thedailygrindnews.com>
Mitch McConnell <news@washingtonmatrix.com>
Mitch McConnell <newsletter@conservativenews.com>
Mitch McConnell <newsletter@republicanpost.net>
Mitch McConnell <patriot@patriotbundle.com>
Mitch McConnell <today@secureandprosper.com>
Mitch McConnell <updates@thevote.online>
Mitchell Porwoll <eagles@theamericaneagles.net>
Mitchell Porwoll <email@updates.conservativeintel.com>
Mitchell Porwoll <lz@lifezette.com>
Mitchell Porwoll <updates@thevote.online>
Mo Brooks <freedom@fightforliberty.net>
Mo Brooks <today@secureandprosper.com>
Mobilize Georgia Voters - 3 Days <founders@turnup.us>
Mobilize Georgia Youth <founders@turnup.us>
Moms for America Action <news@mg.conservativeopinions.com>
Moms for America Action <news@mg.conservativesofamerica.org>
Mondaq Newsletters <newsletters@webiis01.mondaq.com>
Morning Georgia Update <information@democrats.senatemajority.com>
Morton Blackwell <alerts@patriotmarketplace.net>
Morton Blackwell <daily@dailywire.com>
Morton Blackwell <now@readactnews.com>
Morton Blackwell <today@presscorp.org>
Mr. Snerdley <emails@conservazon.com>
Mr. Snerdley <emails@unitedconservatives.net>
Mr. Snerdley <newjourney@patriotbundle.com>
Mr. Snerdley <news@mg.conservativeopinions.com>
Mr. Snerdley <news@mg.conservativesofamerica.org>
Mr. Snerdley <news@ob.wethealliance.com>
Mr. Snerdley <Patriot@americanlibertywire.com>
MSNBC Morning Joe <email@mail.msnbc.com>
MUST-SEE NEWS <info@dscc.org>
My Best Buy Black Friday Early Access <BestBuyInfo@emailinfo.bestbuy.com>
MyIDCare <noreply@rs.myidcare.com>
NAGR Staff <editor@reliablenewsnow.net>
Napa Institute <events@napa-institute.org>
Napa Legal <info@napalegalinstitute.org>
Nate Silver Poll Alert (via DSCC) <info@dscc.org>
Nate Silver's FiveThirtyEight Alert (via DSCC) <info@dscc.org>

National Fallen Officer Foundation <news@mg.christianresponsealerts.com>
National Republican Senatorial Committee <info@americasnewsletter.com>
National Review <newsletter@e.nationalreview.com>
National Review Institute <reply@email-nrinstitute.org>
National Victory Action Fund <info@americasnewsletter.com>
NEW GEORGIA POLL <info@dscc.org>
New Mexico Philharmonic <info@nmphil.org>
New York Times Alert (via DSCC) <info@dscc.org>
News Alert <info@dscc.org>
Newsmax TV <newsmax@latest.newsmax.com>
Newsmax.com <newsmax@latest.newsmax.com>
Newt Gingrich (via Conservative Action News) <team@mail.conservativeactionnews.com>
Newt Gingrich (via Republican Win Daily) <team@mail.republican-win.com>
Newt Gingrich <action@conservativeamerican.net>
Newt Gingrich <alerts@patriotmarketplace.net>
Newt Gingrich <daily@dailywire.com>
Newt Gingrich <dailyshapiro@dailywire.com>
Newt Gingrich <editor@reliablenewsnetwork.com>
Newt Gingrich <info@americasnewsletter.com>
Newt Gingrich <info@bestamericanow.com>
Newt Gingrich <info@dcdailyjournal.com>
Newt Gingrich <info@makingamericathegreatest.com>
Newt Gingrich <liberty@religiouslibertydefenders.com>
Newt Gingrich <news@biden4never.com>
Newt Gingrich <news@breaking.welldoitlive.com>
Newt Gingrich <news@editions.washingtonexaminer.com>
Newt Gingrich <news@em8464.washingtonguardian.org>
Newt Gingrich <news@presscorp.org>
Newt Gingrich <news@thedailygrindnews.com>
Newt Gingrich <news@washingtonmatrix.com>
Newt Gingrich <patriot@patriotbundle.com>
Newt Gingrich <updates@mail.conservativereview.com>
Newt Gingrich <updates@thevote.online>
Newt Gingrichâ€™s iPhone <news@thedailygrindnews.com>
Nicole <editor@offthewire.org>
Nicole <editor@offthewirealerts.com>
Nicole Hockley <info@sandyhookpromise.org>
Nikki Haley <action@electconservativepatriots.net>
Nikki Haley <daily@dailywire.com>
Nikki Haley <electionwire@dailywire.com>
Nikki Haley <info@americasnewsletter.com>
Nikki Haley <info@dcdailyjournal.com>
Nikki Haley <news@biden4never.com>
Nikki Haley <news@thedailygrindnews.com>
Nikki Haley <newsletter@conservativenews.com>
Nikki Haley <newsletter@republicanpost.net>
Nikki Haley <updates@mail.conservativereview.com>
Nikki Haley for PragerU <info@prageru.com>
NLJ's Supreme Court Brief <nationallawjournal@alm.com>
No Socialism USA <news@mg.conservativesofamerica.org>
NonProfit PRO <editor@content.nonprofitpro.com>
noreply@counselpress.com <noreply@counselpress.com>
NOSSAMAN LLP <events@nossaman.com>
Notice (via NRCC) <action@electconservativepatriots.net>
NRCC Store Update <news@thedailygrindnews.com>

NRSC <action@electconservativepatriots.net>
NRSC Alerts <info@dcdailyjournal.com>
NRSC Chairman Todd Young <info@dcdailyjournal.com>
NRSC Chairman Todd Young <news@thegopemail.com>
NRSC Chairman Todd Young <news@washingtonmatrix.com>
NRSC Georgia HQ <lz@lifezette.com>
NRSC Georgia HQ <news@presscorp.org>
NRSC Georgia Team <info@republicandailywire.com>
NRSC Georgia Team <news@thedailygrindnews.com>
NRSC Georgia War Room <action@conservativeamerican.net>
NRSC Georgia War Room <info@americasnewsletter.com>
NRSC Georgia War Room <news@breaking.welldoitlive.com>
NRSC Georgia War Room <news@em8464.washingtonguardian.org>
NRSC Georgia War Room <news@thedailygrindnews.com>
NRSC HQ <info@americasnewsletter.com>
NRSC HQ <liberty@religiouslibertydefenders.com>
NRSC Membership HQ <news@thedailygrindnews.com>
NRSC Membership Services <email@rightandfree.com>
NRSC Membership Services <info@dcdailyjournal.com>
NRSC Records <news@thedailygrindnews.com>
Obria Group <outreach@obriagroup.org>
OC Forum <info@ocforum.org>
Official Senate Update <info@dscc.org>
Official Survey <info@dscc.org>
Offshore Club <news@join.offshore.club>
Omar Navarro <news@mg.conservativeopinions.com>
Omar Navarro <news@mg.conservativesofamerica.org>
OpenTheBooks.com <adam@openthebooks.com>
Operation Rescue <info.operationrescue@gmail.com>
P.M. Georgia Update <information@democrats.senatemajority.com>
Pacific Justice Institute <prez@pji.org>
Pacific Symphony <pacificsymphony@pacificsymphony.org>
Pat Toomey <info@toomeyforsenate.com>
Patina Restaurant Group <membership@dine-outny.com>
Patrick Forystek, MSU SVRC <msuannualfund@uadv.msu.edu>
Patriot Central <patriot@patriot-central.com>
Patriot Central via Hillsdale College <patriot@patriot-central.com>
Patriot Depot <mail@patriotdepot.com>
Patriot Marketplace <alerts@patriotmarketplace.net>
Patriots Swing State Fund <Contact@patriots-pac.com>
Patriots, Liberty, Prosperity <Contact@patriots-pac.com>
Penny Muldoon <info@sandyhookpromise.org>
People's Choice For President <news@peopleschoiceforpresident.com>
Pete Buttigieg <info@dscc.org>
Peter Logan <editor@2020dirtsheet.org>
Phelim McAleer <info@unreportedstorysociety.com>
Phyllis Schlafly Eagles <ed@phyllisschlafly.com>
Phyllis Schlafly Eagles <info@phyllisschlafly.com>
Planned Parenthood Action Fund <actionfund@ppfa.org>
plj@judicialactiongroup.com <plj@judicialactiongroup.com>
Police Officer for Congress <news@ob.wethealliance.com>
POLL UPDATE <info@dscc.org>
POLLING UPDATE <info@dscc.org>
Popejoy Presents <info@m.popejoypresents.com>
PragerU <daily@dailywire.com>

PragerU <info@prageru.com>
President Trump and Vice President Pence <info@dcdailyjournal.com>
President Trump and Vice President Pence <info@goprnc.com>
President Trump and Vice President Pence <liberty@religiouslibertydefenders.com>
President Trump and Vice President Pence <news@editions.washingtonexaminer.com>
President Trump and Vice President Pence <patriot@patriotbundle.com>
President Trump and Vice President Pence <updates@mail.conservativereview.com>
Press Corp <news@presscorp.org>
Press Corp <today@presscorp.org>
Press Corp via Hillsdale College <today@presscorp.org>
Press Corps via Hillsdale College <news@presscorp.org>
Product Confirmation (via NRCC HQ) <news@thegopemail.com>
Product Update (via NRCC) <news@thegopemail.com>
programs@clelink.com <programs@clelink.com>
ProLawCLE <cle@legaledpros.com>
Pro-Life Today <newsletter@pro-lifetoday.com>
Protect American Values <news@mg.christianresponsealerts.com>
Protect American Values <news@mg.conservativeopinions.com>
Protect American Values <news@mg.conservativesofamerica.org>
Protect American Values <news@ob.wethealliance.com>
Protect American Values <patriot@patriotbundle.com>
Public Policy Law360 <news-alt@law360.com>
Quick Update ? 30 Second Read (via National Victory Action Fund) <action@electconservativepatriots.net>
Rabbi Menken <news@mg.conservativesofamerica.org>
Rabbi Yaakov Menken <news@mg.christianresponsealerts.com>
Rabbi Yaakov Menken <Patriot@americanlibertywire.com>
Rachel at Inman <events@events.inman.com>
Rachel Flor <Membership@JFKLFoundation.org>
Rally for the Republic <news@mg.conservativeopinions.com>
Ralph Reed <eagles@theamericaneagles.net>
Ralph Reed <email@rightandfree.com>
Ralph Reed <liberty@religiouslibertydefenders.com>
Ralph Reed <life@stand4life.org>
Ralph Reed <lz@lifezette.com>
Ralph Reed <news@editions.washingtonexaminer.com>
Ralph Reed <news@presscorp.org>
Ralph Reed <now@readactnews.com>
Ralph Reed <patriot@patriot-central.com>
Ralph Reed <updates@thevote.online>
Rand Paul <alerts@patriotmarketplace.net>
Rand Paul <daily@dailywire.com>
Rand Paul <dailyshapiro@dailywire.com>
Rand Paul <editor@alerts.republicanstatement.com>
Rand Paul <editor@americanpatriotdaily.net>
Rand Paul <editor@offthewire.org>
Rand Paul <editor@proudamericanliving.net>
Rand Paul <editor@reliablenewsnow.net>
Rand Paul <electionwire@dailywire.com>
Rand Paul <email@rightandfree.com>
Rand Paul <freedom@fightforliberty.net>
Rand Paul <info@bestamericanow.com>
Rand Paul <info@dcdailyjournal.com>
Rand Paul <lz@lifezette.com>
Rand Paul <news@editions.washingtonexaminer.com>
Rand Paul <patriot@patriotbundle.com>

Rand Paul <today@secureandprosper.com>
Rand Paul <updates@mail.conservativereview.com>
Randall Avila <contact@ocgop.org>
Randy Petersen <communications@texaspolicy.com>
Raphael Warnock <info@dscc.org>
Raphael Warnock <info@traindemocrats.org>
Read Act News <now@readactnews.com>
READ IMMEDIATELY (National Victory Action Fund) <action@electconservativepatriots.net>
Read/Act News <now@readactnews.com>
Read/Act News via Hillsdale College <now@readactnews.com>
Reddit <noreply@redditmail.com>
Regulatory Transparency Project <info@fed-soc.org>
Regulatory Transparency Project <info@fed-soc.org> on behalf of Regulatory Transparency Project <fedsoc@fed-soc.ccsend.com>
Reliable News Now <editor@reliablenewsnetwork.com>
Reliable News Now <editor@reliablenewsnow.net>
Religious Liberty Defenders <liberty@religiouslibertydefenders.com>
renewal-notice@nrcc.org <news@thegopemail.com>
Rep. Eric Swalwell <info@email.ericswalwell.com>
Rep. Jack Bergman <news@mg.conservativesofamerica.org>
Republican Attorneys General Association <action@gopvictory.net>
Republican Battleground Update <info@usastatenews.com>
Republican Battleground Update <news@presscorp.org>
Republican Finance Committee <news@thedailygrindnews.com>
Republican Liberty Caucus <news@mg.conservativesofamerica.org>
Republican Liberty Caucus <News@rlc.org>
Republican Memberships (via NRSC) <news@thedailygrindnews.com>
Republican Party of Orange County <contact@ocgop.org>
Republican Party of Orange County <reply@ocgop.org>
Republican Post <newsletter@republicanpost.net>
Republican Senate Alert (via NVAF) <news@washingtonmatrix.com>
Republican Senate Alerts (via NVAF) <info@americasnewsletter.com>
Republican Senate Alerts (via NVAF) <news@presscorp.org>
Republican Senate Alerts (via NVAF) <news@thegopemail.com>
Republican Senate Alerts <news@thegopemail.com>
Republican Statement via Hillsdale College <editor@alerts.republicanstatement.com>
Republican Updates <news@thegopemail.com>
Republican Whip Steve Scalise <news@thegopemail.com>
Republican Win Daily <team@mail.republican-win.com>
Restoring Liberty <restoringliberty@acsalaska.net>
Retire Nancy Pelosi <news@ob.wethealliance.com>
Rev. Rob Johnson <info@njnppac.com>
Reverend Rob <info@njnppac.com>
Reverend Rob Johnson <info@njnppac.com>
Rich Lowry <newsletter@e.nationalreview.com>
Rick Santorum <info@patriotvoices.com>
Rick Scott <action@conservativeamerican.net>
Rick Scott <info@americasnewsletter.com>
Rick Scott <news@biden4never.com>
Rick Scott <news@em8464.washingtonguardian.org>
Rick Scott <news@thedailygrindnews.com>
Rick Scott <newsletter@republicanpost.net>
Right & Free <email@rightandfree.com>
Risenhoover Dr. Paul Maas <americansteamtargetofficer@gmail.com>
Risenhoover Paul Maas <sovereignnationsofformosa@gmail.com>
Rob Eshman, The Forward <newsletters@e.forward.com>

Rob J., NRCC CFO <news@em8464.washingtonguardian.org>
Rob J., NRCC CFO <news@presscorp.org>
Rob J., NRCC CFO <news@thegopemail.com>
Rob R. (Team Rodney) <news@thegopemail.com>
Rob, Eddie, Diamond, Jailyn, Al, Alisha, and Mark <info@njnppac.com>
Robyn, RSLC Finance <info@americasnewsletter.com>
Rocket Matter <news@rocketmatter.com>
Rocket Matter Webinars <webinars@rocketmatter.com>
Roman, The Epoch Times <newsletter@theepochtimes.com>
Ronda Kennedy <news@mg.christianresponsealerts.com>
Ronna McDaniel <info@dcdailyjournal.com>
Ronna McDaniel <updates@mail.conservativereview.com>
Ross Williams <info@voteyvette.com> on behalf of Ross Williams <bounce@bounce.myngp.com>
Roy Young, The Montpelier Foundation <support@montpelier.org>
RSLC <action@conservativeamerican.net>
RSLC <info@newslivewire.com>
RSLC <info@proudrep.com>
RSLC <news@breaking.welldoitlive.com>
RSLC <news@presscorp.org>
RSLC <news@thedailygrindnews.com>
RSLC Alerts <action@conservativeamerican.net>
RSLC Alerts <news@breaking.welldoitlive.com>
Rudy Giuliani Alerts <eagles@theamericaneagles.net>
Rudy Giuliani Alerts <info@dcdailyjournal.com>
Rudy Giuliani Alerts <life@stand4life.org>
Rudy Giuliani Alerts <lz@lifezette.com>
Rudy Giuliani Alerts <news@editions.washingtonexaminer.com>
Rudy Giuliani Alerts <patriot@patriotbundle.com>
Runoff Alerts via Team Perdue <alerts@patriotmarketplace.net>
Runoff Alerts via Team Perdue <email@rightandfree.com>
Runoff Alerts via Team Perdue <info@americasnewsletter.com>
Runoff Alerts via Team Perdue <info@dcdailyjournal.com>
Runoff Alerts via Team perdue <info@republicanwinners.com>
Runoff Alerts via Team Perdue <news@breaking.welldoitlive.com>
Runoff Alerts via Team Perdue <news@em8464.washingtonguardian.org>
Runoff Alerts via Team Perdue <news@thedailygrindnews.com>
Runoff Alerts via Team Perdue <newsletter@republicanpost.net>
Runoff Team via Perdue for Senate <info@americasnewsletter.com>
Runoff Updates via Team Perdue <liberty@religiouslibertydefenders.com>
Rushmore Daily <newsletter@rushmoredaily.com>
Russ Feingold, American Constitution Society <info@acslaw.org>
Ruth Eaton <electionwire@dailywire.com>
Sam Peters <news@mg.conservativesofamerica.org>
Samantha G. <info@americasnewsletter.com>
Samra Brouk <info@samraforsenate.com>
Sandy Hook Promise <info@sandyhookpromise.org>
Santa Fe Desert Chorale <emma@desertchorale.org> on behalf of Santa Fe Desert Chorale <patrick@desertchorale.ccsend.com>
Sarah Chacko, WSJ <access@interactive.wsj.com>
Save Democracy Now <info@turnup.us>
Scott <info@dscc.org>
Scott Lee <scott@cali.org>
Scott, me (2) <info@dscc.org>
Scott, me, Megan <info@dscc.org>
SCOTUS101 <SCOTUS101@heritage.org>
Second Lady Karen Pence <news@biden4never.com>

Secure & Prosper <today@secureandprosper.com>
Sen. Marco Rubio <action@electconservativepatriots.net>
Sen. Marco Rubio <eagles@theamericaneagles.net>
Sen. Marco Rubio <info@americasnewsletter.com>
Sen. Marco Rubio <info@usastatenews.com> on behalf of Sen.Marco Rubio <info@usastatenews.com>
Sen. Marco Rubio <news@washingtonmatrix.com>
Senate Alert <info@dscc.org>
Senate Alerts (National Victory Action Fund) <action@electconservativepatriots.net>
SENATE ALERTS <info@usastatenews.com>
Senate Conservatives <daily@dailywire.com>
Senate Conservatives <editor@alerts.republicanstatement.com>
Senate Conservatives <electionwire@dailywire.com>
Senate Conservatives <emails@conservazon.com>
Senate Conservatives <info@bestamericanow.com>
Senate Conservatives <info@dcdailyjournal.com>
Senate Conservatives <info@makingamericathegreatest.com>
Senate Conservatives <info@thenationalpulse.com>
Senate Conservatives <lz@lifezette.com>
Senate Conservatives <news@mg.conservativeopinions.com>
Senate Conservatives <news@mg.conservativesofamerica.org>
Senate Conservatives <news@ob.wethealliance.com>
Senate Conservatives <now@readactnews.com>
Senate Conservatives <Patriot@americanlibertywire.com>
Senate Conservatives <patriot@patriotbundle.com>
Senate Conservatives <scf@conservazon.com>
Senate Conservatives <senate.conservatives@shoprightly.com>
Senate Conservatives <updates@mail.conservativereview.com>
Senate GOP <news@thedailygrindnews.com>
Senate GOP War Room <news@presscorp.org>
Senate GOP War Room <news@thedailygrindnews.com>
Senate News Alert <info@dscc.org>
Senate Race Alert <info@dscc.org>
Senate Republican Finance Team <info@republicanscore.com>
Senate Republican Store <info@americasnewsletter.com>
Senate Republican Store <info@usastatenews.com>
Senate Republicans <info@americasnewsletter.com>
Senate Republicans <info@bestamericanow.com>
Senate Republicans <info@newslivewire.com>
Senate Republicans <info@thestrongeagle.com>
Senate Republicans <news@thedailygrindnews.com>
Senate Runoff Alert (NVAF) <news@thegopemail.com>
Senate Runoff Alert (NVAF) <news@washingtonmatrix.com>
Senate Runoff Alerts <action@conservativeamerican.net>
Senate Runoff Alerts <news@presscorp.org>
Senate Runoff Alerts <news@thedailygrindnews.com>
Senate Runoff Patriot Fund <Contact@patriots-pac.com>
Senate Update <info@dscc.org>
Senate Update <information@democrats.senatemajority.com>
Senator David Perdue <action@conservativeamerican.net>
Senator David Perdue <eagles@theamericaneagles.net>
Senator David Perdue <info@americasnewsletter.com>
Senator David Perdue <info@email.marcorubiofl.com>
Senator David Perdue <news@breaking.welldoitlive.com>
Senator David Perdue <news@thedailygrindnews.com>
Senator David Perdue <updates@thevote.online>

Senator John Kennedy <editor@alert.keepamericagreatnews.com>
Senator John Kennedy <editor@alerts.republicanstatement.com>
Senator John Kennedy <info@bestamericanow.com>
Senator John Kennedy <info@makingamericathegreatest.com>
Senator John Kennedy <updates@update.insidescooppolitics.org>
Senator Kelly Loeffler <alerts@patriotmarketplace.net>
Senator Kelly Loeffler <daily@dailywire.com>
Senator Kelly Loeffler <eagles@theamericaneagles.net>
Senator Kelly Loeffler <electionwire@dailywire.com>
Senator Kelly Loeffler <email@rightandfree.com>
Senator Kelly Loeffler <email@updates.conservativeintel.com>
Senator Kelly Loeffler <info@americasnewsletter.com>
Senator Kelly Loeffler <info@dcdailyjournal.com>
Senator Kelly Loeffler <info@republicanscore.com>
Senator Kelly Loeffler <lz@lifezette.com>
Senator Kelly Loeffler <news@editions.washingtonexaminer.com>
Senator Kelly Loeffler <updates@thevote.online>
Senator Kelly Loeffler <updates@update.insidescooppolitics.org>
Senator Loeffler <info@americasnewsletter.com>
Senator Loeffler <info@republicanscore.com>
Senator Loeffler <news@breaking.welldoitlive.com>
Senator Loeffler <news@em8464.washingtonguardian.org>
Senator Marco Rubio <info@email.marcorubiofl.com>
Senator Rick Scott <dailyshapiro@dailywire.com>
Senator Rick Scott <email@rightandfree.com>
Senator Rick Scott <info@dcdailyjournal.com>
Senator Ted Cruz <news@breaking.welldoitlive.com>
Senator Thom Tillis <news@washingtonmatrix.com>
Senator Tom Cotton <lz@lifezette.com>
Shari's Berries <berries@em.berries.com>
Sheriff Mark Lamb <news@ob.wethealliance.com>
Short Circuit by IJ <shortcircuit@ij.org>
SHP Policy Team <info@sandyhookpromise.org>
Shutterfly | Best Sale of the Season <Shutterfly@bc.shutterfly.com>
Shutterfly | Best Sale of the Season <Shutterfly@em.shutterfly.com>
Shutterfly | Black Friday Kickoff <Shutterfly@em.shutterfly.com>
Shutterfly | Cards Price Guarantee <Shutterfly@em.shutterfly.com>
Shutterfly | Cyber Monday <Shutterfly@em.shutterfly.com>
Shutterfly | Cyber Monday Extended <Shutterfly@em.shutterfly.com>
Shutterfly | Cyber Monday is Back <Shutterfly@em.shutterfly.com>
Shutterfly | Epic Sale <Shutterfly@em.shutterfly.com>
Shutterfly | Head Start to Black Friday <Shutterfly@em.shutterfly.com>
Shutterfly <Shutterfly@bc.shutterfly.com>
Shutterfly <Shutterfly@em.shutterfly.com>
Sign ASAP (via NRCC) <news@breaking.welldoitlive.com>
Sign ASAP (via NRCC) <news@thegopemail.com>
SIGN THE CARD <info@dscc.org>
Signature Needed <info@dscc.org>
sign-now@nrsc.org <news@thedailygrindnews.com>
SimplyMiles <americanairlines@offers.simplymiles.com>
Socialism Survey <news@editions.washingtonexaminer.com>
Sons of Liberty Media <Liberty@sonsoflibertymedia.com>
Sportys Pilot Shop <SportysPilotShop@enews.sportys.com>
St. Johnâ€™s College <communications@sjc.edu>
St. Johnâ€™s College News <communications@sjc.edu>

St. John's College <communications@sjc.edu>
Stacey Abrams <info@dscc.org>
Stand 4 Life <life@stand4life.org>
Stand4Life via Hillsdale College <life@stand4life.org>
Stanford CISAC <cisacevents@stanford.edu>
STAR PAC <news@mg.conservativeopinions.com>
Star Parker <star-parker@urbancure.org>
State GOP Action <news@thegopemail.com>
State Republican Alerts <news@thegopemail.com>
State Republicans <action@conservativeamerican.net>
Stephanie Mohr <electionwire@dailywire.com>
Steve <editor@americanpatriotalerts.net>
Steve <editor@americanpatriotdaily.net>
Steve Andersen <media@pr.judicialwatch.org>
Steve Scalise <news@thedailygrindnews.com>
Steven H. Aden <life@aul.org>
Stock Alert (via NRCC) <now@readactnews.com>
Stop the Coup Coalition <today@presscorp.org>
Support Blue Lives <news@ob.wethealliance.com>
Suzette Martinez Valladares for Assembly <info@suzettevalladares.com>
Swalwell HQ <info@email.ericswalwell.com>
Swalwell, Eric <info@email.ericswalwell.com>
Tara Donovan <boxoffice@littlefishtheatre.org>
Taylor (Team Young) <action@conservativeamerican.net>
Tea Party Patriots Action <newsletter@teapartypatriots.org>
Team Clarke <info@voteyvette.com> on behalf of Team Clarke <bounce@bounce.myngp.com>
Team Cuomo <info@andrewcuomo.com> on behalf of Team Cuomo <bounce@bounce.myngp.com>
Team DSCC <info@dscc.org>
Team Hinson <action@conservativeamerican.net>
Team Hinson HQ <action@conservativeamerican.net>
Team Kelly <updates@thevote.online>
Team Lamb <info@conorlamb.com>
Team Loeffler <email@rightandfree.com>
Team Lucy McBath <info@lucyforcongress.com>
Team Marco <info@email.marcorubiofl.com>
Team Maryott <info@maryottforcongress.com>
Team Mitch <info@proudrep.com>
Team Mitch <info@wireupdates.com>
Team Mitch <news@thedailygrindnews.com>
Team Mitch <newsletter@republicanpost.net>
Team PAV <news@mg.conservativesofamerica.org>
Team Perdue <action@conservativeamerican.net>
Team Perdue <action@electconservativepatriots.net>
Team Perdue <alerts@patriotmarketplace.net>
Team Perdue <emails@conservazon.com>
Team Perdue <info@americasnewsletter.com>
Team Perdue <info@proudrep.com>
Team Perdue <lz@lifezette.com>
Team Perdue <news@breaking.welldoitlive.com>
Team Perdue <news@presscorp.org>
Team Perdue <news@thedailygrindnews.com>
Team Perdue <newsletter@republicanpost.net>
Team Perdue <patriot@patriotbundle.com>
Team Perdue Alerts <info@dcdailyjournal.com>
Team Perdue Alerts <news@thedailygrindnews.com>

Team Perdue Alerts <newsletter@republicanpost.net>
Team Reynolds <action@conservativeamerican.net>
Team Reynolds <news@biden4never.com>
Team Reynolds <news@thegopemail.com>
Team Rodney <news@thegopemail.com>
Team RonJon <info@americasnewsletter.com>
Team RonJon <news@thegopemail.com>
Team Steel <action@conservativeamerican.net>
Team Steel Alerts <news@washingtonmatrix.com>
Team Swalwell <info@email.ericswalwell.com>
Team Tedra <info@tedracobb.com>
Team Todd <news@biden4never.com>
Team Todd Alerts <news@thegopemail.com>
Team Tracy <info@tracymitranoforcongress.com>
Team Van Drew <action@conservativeamerican.net>
Team Van Drew <action@electconservativepatriots.net>
Team Van Drew <news@thegopemail.com>
Team Young <action@conservativeamerican.net>
Ted Cruz (via Republican Win Daily) <team@mail.republican-win.com>
Ted Cruz <daily@dailywire.com>
Ted Cruz <dailyshapiro@dailywire.com>
Ted Cruz <eagles@theamericaneagles.net>
Ted Cruz <editor@americanpatriotdaily.net>
Ted Cruz <editor@blackeyepolitics.net>
Ted Cruz <editor@proudamericanliving.net>
Ted Cruz <editor@reliablenewsnow.net>
Ted Cruz <electionwire@dailywire.com>
Ted Cruz <email@rightandfree.com>
Ted Cruz <freedom@fightforliberty.net>
Ted Cruz <info@bestamericanow.com>
Ted Cruz <info@dcdailyjournal.com>
Ted Cruz <info@makingamericathegreatest.com>
Ted Cruz <info@usastatenews.com>
Ted Cruz <liberty@religiouslibertydefenders.com>
Ted Cruz <life@stand4life.org>
Ted Cruz <lz@lifezette.com>
Ted Cruz <news@presscorp.org>
Ted Cruz <news@washingtonmatrix.com>
Ted Cruz <newsletter@conservativenews.com>
Ted Cruz <now@readactnews.com>
Ted Cruz <patriot@patriot-central.com>
Ted Cruz <today@presscorp.org>
Ted Cruz <today@secureandprosper.com>
Ted Cruz <updates@mail.conservativereview.com>
Tedra <info@tedracobb.com>
Tedra Cobb <info@tedracobb.com>
Terry Schilling, American Principles Projectâ€¨ <info@americanprinciplesproject.org>
Terry Schilling, APP <info@americanprinciplesproject.org>
Texas Public Policy Foundation <communications@texaspolicy.com>
Thank President Trump (CDP) <info@bestamericanow.com>
Thank You, Jimmy Carter! (CBC PAC) <info@cbcpac.org>
The American Registry <amh@e.americanregistry.com>
The Bahnsen Group <bahnsengroup@thebahnsengroup.com>
The Bahnsen Group <DividendCafe@thebahnsengroup.com>
The Black Sphere <news@mg.conservativeopinions.com>

The Buckeye Institute <info@buckeyeinstitute.org>
The Convention of States Team <updates@cosaction.com>
The Daily Wire <daily@dailywire.com>
The Daily Wire <eagles@theamericaneagles.net>
The Daily Wire <insider@dailywire.com>
The Daily Wire <life@stand4life.org>
The Dallas Morning News <newsletters@dallasnews.com>
The Dallas Morning News <noreply@dallasnews.com>
The Epoch Times <newsletter@theepochtimes.com>
The Federalist Society <info@fed-soc.org>
The First <email@thefirsttv.com>
The Forward  <newsletters@e.forward.com> on behalf of The Forward <newsletters@e.forward.com>
The Forward <Development@e.forward.com>
The Forward <newsletters@e.forward.com>
The Heritage Foundation <info@heritage.org>
The Heritage Insider <info@heritage.org>
The Louis D. Brandeis Center <info@brandeiscenter.com>
The Money Hunt: California <themoneyhunt@politicametrics.com>
The Morning Newsletter <info@themorningnewsletter.com>
The National Law Journal Afternoon Update <nationallawjournal@alm.com>
The National Law Journal Breaking News <nationallawjournal@alm.com>
The National Law Journal Daily Headlines <nationallawjournal@alm.com>
The National Law Journal Newsroom Update <nationallawjournal@alm.com>
The National Law Journal Newsroom Updates <nationallawjournal@alm.com>
The National Pulse <info@thenationalpulse.com>
The National Republican Redistricting Committee <news@breaking.welldoitlive.com>
The Rachel Maddow Show <email@mail.msnbc.com>
The Ronald Reagan Presidential Foundation <reply@reply.reaganfoundation.org>
The Salt & Light Council <support@saltandlightcouncil.org>
The Santa Fe Opera <development@santafeopera.org>
The Seminar Group <registrar@theseminargroupmarketing.net>
The Senate Majority <info@americasnewsletter.com>
The Senate Majority <info@usastatenews.com>
The Senate Republican Majority <info@americasnewsletter.com>
The Senate Republican Majority <info@bestamericanow.com>
The Senate Republican Majority <news@em8464.washingtonguardian.org>
The State Bar of California - Attorney Regulation and Consumer Resources <AttorneyRegulation@calbar.ca.gov>
The Wall Street Journal <WallStreetJournal@email.dowjones.com>
The Wall Street Journal. <access@interactive.wsj.com>
The Washington Matrix <news@washingtonmatrix.com>
The Washington Matrix via Hillsdale College <news@washingtonmatrix.com>
The Washington Post <email@washingtonpost.com>
TheBlaze <mailer@email.theblaze.com>
TheBlaze Daily AM <mailer@email.theblaze.com>
TheBlaze Daily PM <mailer@email.theblaze.com>
TheBlaze Exclusives <mailer@email.theblaze.com>
theSkimm <dailyskimm@morning7.theskimm.com>
TheVote <updates@thevote.online>
Thinkr <insights@thinkr.org>
Third Notice (via NRCC) <news@thegopemail.com>
Thom Tillis, me (2) <action@gopvictory.com>
Tim Doescher, The Heritage Foundation <publicprograms@heritage.org>
Tim Phillips <alerts@patriotmarketplace.net>
Tim Phillips <eagles@theamericaneagles.net>
Tim Phillips <email@rightandfree.com>

Tim Phillips <freedom@fightforliberty.net>
Tim Phillips <info@thenationalpulse.com>
Tim Phillips <liberty@religiouslibertydefenders.com>
Tim Phillips <life@stand4life.org>
Tim Phillips <lz@lifezette.com>
Tim Phillips <newsletter@conservativenews.com>
Tim Phillips <today@secureandprosper.com>
Tim Phillips <updates@thevote.online>
Tim Schmidt <timschmidt@em.usconcealedcarry.com>
Tim Scott (iPhone) <news@washingtonmatrix.com>
Tim Scott <action@conservativeamerican.net>
Tim Scott <action@electconservativepatriots.net>
Tim Scott <editor@reliablenewsnow.net>
Tim Scott <info@americasnewsletter.com>
Tim Scott <info@dcdailyjournal.com>
Tim Scott <info@proudrep.com>
Tim Scott <info@republicandailywire.com>
Tim Scott <info@thefuturegop.com>
Tim Scott <info@wireupdates.com>
Tim Scott <news@breaking.welldoitlive.com>
Tim Scott <news@presscorp.org>
Tim Scott <news@thedailygrindnews.com>
Tim Scott <news@thegopemail.com>
Tim Scott <news@washingtonmatrix.com>
Tim Scott <patriot@patriot-central.com>
Tim Scott's iPhone <info@republicandailywire.com>
Timâ€™s iPhone <news@thegopemail.com>
Tina Smith <news@mg.christianresponsealerts.com>
Tina Smith <news@mg.conservativeopinions.com>
Tina Smith, National Fallen Officer Foundation <news@mg.conservativesofamerica.org>
Tina Smith, National Fallen Officer Foundation <Patriot@americanlibertywire.com>
Tina Smith, Vice President <news@mg.christianresponsealerts.com>
TO: STACEY ABRAMS (via CBCPAC) <info@cbcpac.org>
TODAY IS A GOOD DAY info@njnppac.com <info@njnppac.com>
Todd Young <news@presscorp.org>
Todd Young Fundraising Alerts <action@conservativeamerican.net>
Tom Brejcha <daily@dailywire.com>
Tom Brejcha <dailyshapiro@dailywire.com>
Tom Brejcha <email@rightandfree.com>
Tom Brejcha <email@updates.conservativeintel.com>
Tom Brejcha <life@stand4life.org>
Tom Cotton <action@electconservativepatriots.net>
Tom Cotton <info@republicanwinners.com>
Tom Cotton <news@biden4never.com>
Tom Cotton <news@breaking.welldoitlive.com>
Tom Cotton <now@readactnews.com>
Tom Del Beccaro | California Revival PAC <info@bestamericanow.com>
Tom Fitton <info@gophouseconservatives.com>
Tom Fitton <jw@pr.judicialwatch.org>
Tom Fitton <media@pr.judicialwatch.org>
Tom Giovanetti (IPI) <ipi@ipi.org>
Tom Giovanetti <ipi@ipi.org>
Tony Gonzales (Congressman TX-23) <action@conservativeamerican.net>
Tony Gonzales (Congressman TX-23) <news@biden4never.com>
Top Conservatives Needed <news@biden4never.com>

Top Supporter Alerts <action@electconservativepatriots.net>
Tracy Mitrano <info@tracymitranoforcongress.com>
TRIPLE-MATCH ACTIVE <info@dscc.org>
TRIPLE-MATCH ALERT (via DSCC) <info@dscc.org>
TRIPLE-MATCH ALERT <info@dscc.org>
TRIPLE-MATCH ANNOUNCEMENT <info@dscc.org>
TRIPLE-MATCH ENDING <info@dscc.org>
TRIPLE-MATCH EXPIRING <info@dscc.org>
TRIPLE-MATCH OFFER <info@dscc.org>
Troy <info@oprescuemail.com>
Troy Newman <liberty@religiouslibertydefenders.com>
Troy Newman <life@stand4life.org>
True Patriots Needed <news@mg.conservativeopinions.com>
TRUMP ALERT (Georgia) <info@dscc.org>
Trump Alert (via NRCC) <info@americasnewsletter.com>
Trump Alert (via NRCC) <news@thegopemail.com>
Trump Alert (via NRCC) <newsletter@republicanpost.net>
Trump Alert <info@americasnewsletter.com>
Trump Alert <info@dscc.org>
Trump Approval Poll <info@dscc.org>
Trump Christmas Card <news@thedailygrindnews.com>
Trump Finance <news@editions.washingtonexaminer.com>
Trump Finance <patriot@patriotbundle.com>
Trump Match Alert <info@makingamericathegreatest.com>
Trump Match Alert <patriot@patriotbundle.com>
Trump Patriot Alert <news@thegopemail.com>
Trump Patriots Needed <action@conservativeamerican.net>
Trump Patriots Needed <info@americasnewsletter.com>
Trump Patriots Needed <news@breaking.welldoitlive.com>
Trump Patriots Needed <news@em8464.washingtonguardian.org>
Trump Patriots Needed <news@thegopemail.com>
Trump Product Alert <info@usastatenews.com>
Trump Product Alert <news@thegopemail.com>
Trump Report Card <info@dscc.org>
Trump State Majorities HQ <info@bestamericanow.com>
Trump Supporter Alert (via NRCC) <news@thegopemail.com>
Tyler Blint-Welsh, WSJ <access@interactive.wsj.com>
U.S. Senator Rand Paul <email@rightandfree.com>
Unacceptable (Black Democrats) <info@cbcpac.org>
UNC Center for Civil Rights <law_news@unc.edu>
UNC School of Law <law_news@unc.edu>
United Airlines <UnitedAirlines@news.united.com>
United News & Deals <UnitedAirlines@news.united.com>
Urgent Alert <info@dscc.org>
URGENT ALERT via NRSC <action@conservativeamerican.net>
URGENT ALERT via NRSC <news@thedailygrindnews.com>
Urgent Election Update <info@dcdailyjournal.com>
Urgent Election Update <news@thegopemail.com>
Urgent GOP Alerts (National Victory Action Fund) <info@republicandailywire.com>
Urgent Message from NVAF <news@washingtonmatrix.com>
URGENT NEWS <info@dscc.org>
URGENT NRSC Alert <info@republicanscore.com>
Urgent Polling Alert <info@dscc.org>
Urgent Request (via DSCC) <info@dscc.org>
Urgent Status Update <news@biden4never.com>

Urgent Update <info@dscc.org>
USCCA <uscca@em.usconcealedcarry.com>
USS Midway Museum <social@MIDWAY.ORG>
Vice President Alert (National Victory Action Fund) <news@presscorp.org>
Victims of Communism Memorial Foundation <info@victimsofcommunism.org>
Vote for President Trump <life@stand4life.org>
W. Christian <wayne@christianfortexas.com>
WallBuilders <wbcustomerservice@wallbuilders.com>
Washington Guardian <info@gophouseconservatives.com>
Washington Guardian <news@em8464.washingtonguardian.org>
Washington Matrix via Hillsdale College <news@washingtonmatrix.com>
Wayne Christian <wayne@christianfortexas.com>
We Are Great Again PAC <info@dcdailyjournal.com>
Well Versed <drjimgarlow@wellversednews.com>
WellDoItLive <news@breaking.welldoitlive.com>
Wesley Hunt <action@gopvictory.net>
Whole Foods Market <wholefoodsmarket@mail.wholefoodsmarket.com>
Will, me (2) <news@biden4never.com>
William S. Hein & Co., Inc. & HeinOnline <marketing@wshein.com>
William S. Hein & Co., Inc. <marketing@wshein.com>
Wisconsin Institute for Law & Liberty <info@will-law.org>
World of Hyatt <hyatt@em.hyatt.com>
XO <Info@FlyXO.com>
YG Nyghtstorm <alerts@patriotmarketplace.net>
YG Nyghtstorm <eagles@theamericaneagles.net>
YG Nyghtstorm <editor@alert.keepamericagreatnews.com>
YG Nyghtstorm <editor@alerts.republicanstatement.com>
YG Nyghtstorm <email@rightandfree.com>
YG Nyghtstorm <liberty@religiouslibertydefenders.com>
YG Nyghtstorm <life@stand4life.org>
YG Nyghtstorm <lz@lifezette.com>
YG Nyghtstorm <now@readactnews.com>
YG Nyghtstorm <patriot@patriot-central.com>
YG Nyghtstorm <updates@thevote.online>
YG Nyghtstorm, APP <eagles@theamericaneagles.net>
YG Nyghtstorm, APP <updates@thevote.online>
Young Kim <action@conservativeamerican.net>
Young Kim <info@republicandailywire.com>
Young Kim <news@washingtonmatrix.com>
Young Kim <newsletter@republicanpost.net>
YOUR FINAL ALERT <info@dscc.org>
Yvette Clarke <info@voteyvette.com> on behalf of Yvette Clarke <bounce@bounce.myngp.com>
Zinelle October <info@acslaw.org>
Zinelle October, American Constitution Society <info@acslaw.org>