OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br> Plaintiff, <br> vs. <br> BENNIE G. THOMPSON, *et al.*, <br> Defendants. | Case No. 8:22-cv-00099-DOC-DFM <br><br> **NOTICE** |

1. Pursuant to this Court's January 26, 2022 Order, Defendants Bennie G. Thompson and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, the "Select Committee") hereby submit their response to Plaintiff's February 4 privilege log entries.

2. Simultaneously with this Notice, the Select Committee is filing under seal Plaintiff's February 4 privilege log with a column indicating the Select Committee's objections to Plaintiff's privilege claims.

**NOTICE**
1

3. The Select Committee preserves its ability to argue in subsequent briefing on Plaintiff's privilege claims that, as a general matter, none of the documents contained in the Chapman University production set can be withheld on the basis of attorney-client or work product privilege.

4. As reflected in the privilege log filed under seal simultaneously with this Notice, the Select Committee objects generally that Plaintiff's descriptions do not comply with Federal Rule of Civil Procedure 26(b)(5)(A). Many of the entries provide insufficient information to enable the Select Committee to assess the claims of privilege and determine which specific objections would be applicable. The Select Committee has been conferring with counsel for Plaintiff regarding these issues, but, as with Plaintiff's previous privilege logs, the descriptions in the February 4 log continue to be deficient. Although Plaintiff provided a revised January 31 privilege log containing further information regarding certain entries, the Select Committee has conveyed to Plaintiff that the additional information did not fully resolve the noted deficiencies.

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

```
                                    ARNOLD & PORTER
                                    John A. Freedman
                                    Paul Fishman
                                    Amy Jeffress
                                    601 Massachusetts Ave, NW
                                    Washington, D.C. 20001
                                    (202) 942-5000
                                    John.Freedman@arnoldporter.com
                                    Paul.Fishman@arnoldporter.com
                                    Amy.Jeffress@arnoldporter.com

                                    *Counsel for Congressional Defendants*
```

Dated:  February 9, 2022

<b><u>CERTIFICATE OF SERVICE</u></b>

<b>WASHINGTON, DISTRICT OF COLUMBIA</b>

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On February 9, 2022, I served the **NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2022 here, at Bethesda, Maryland.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/* Douglas N. Letter