DOUGLAS N. LETTER
*GENERAL COUNSEL*

TODD B. TATELMAN
*PRINCIPAL DEPUTY GENERAL COUNSEL*

BROOKS M. HANNER
*ASSOCIATE GENERAL COUNSEL*

SARAH E. CLOUSE
*ASSOCIATE GENERAL COUNSEL*

STACIE M. FAHSEL
*ASSOCIATE GENERAL COUNSEL*

ERIC R. COLUMBUS
*SPECIAL LITIGATION COUNSEL*

MICHELLE S. KALLEN
*SPECIAL LITIGATION COUNSEL*

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**

5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

February 11, 2022

BY CM/ECF

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Courtroom 9D
Santa Ana, CA, 92701-4516

    Re:   *Eastman v. Thompson, et. al.,* Civil Action No. 8:22-cv-00099-DOC-DFM

Dear Judge Carter:

    At the Court's direction, I am writing to request authorization to appear remotely by Zoom for the hearing in this case, set for 1:00 pm (Pacific Time) on Monday, February 14, 2022.

    The Court granted my requests with regard to the January 24 and 31 hearings in this case. I am renewing my request for the same reasons that I described earlier. I have major safety concerns with traveling from my office in Washington, D.C. to Santa Ana, California at this time because of the current state of the COVID-19 pandemic. Although I have been fully vaccinated and have received a booster shot, I received the booster more than six months ago, and my understanding is that this means that the effectiveness of that shot is waning. In addition, although I am currently in excellent health, I am in my late 60s, and thus vulnerable to a serious COVID-19 infection. In light of my family situation, I spend a considerable number of hours each week helping to care for my two grandchildren, both of whom are too young to be vaccinated. I am therefore very worried about contracting COVID-19 and then infecting my unprotected grandchildren. In addition, I am concerned about contracting COVID-19 and passing it along inadvertently to my spouse, because she is one of the caregivers for her mother, who is in her early 90s and in poor health. (My wife's aunt has already passed away from COVID-19, and my wife's brother has just recovered from it. Moreover, several of my friends have recently contracted COVID-19). Further, because of my position as the General Counsel of the U.S. House of Representatives, I sometimes must meet personally with Members of Congress. For example, late last week, I met in person with the Chairman of the Jan. 6 Select Committee. I therefore need to be especially cautious not to endanger them.

    Should Your Honor require any further information, please do not hesitate to contact me at (202) 225-9700.

                                                       Respectfully,

                                                       Douglas N. Letter
                                                       *Counsel for Congressional Defendants*