OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**NOTICE** |

1. Pursuant to this Court's January 26, 2022 Order, Defendants Bennie G. Thompson and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, the "Select Committee") hereby submit their response to Plaintiff's February 8 privilege log entries.

2. Simultaneously with this Notice, the Select Committee is filing under seal Plaintiff's February 8 privilege log with a column indicating the Select Committee's objections to Plaintiff's privilege claims.

3. The Select Committee preserves its ability to argue in subsequent briefing on Plaintiff's privilege claims that, as a general matter, none of the documents contained in the Chapman University production set can be withheld on the basis of attorney-client or work product privilege.

4. As reflected in the privilege log filed under seal simultaneously with this Notice, the Select Committee objects that Plaintiff has not provided sufficient information to determine the validity of Plaintiff's privilege assertions. The Select Committee has been conferring with counsel for Plaintiff regarding this issue. On February 3, 2022, the Select Committee requested that Plaintiff produce any engagement letter or other writing clarifying the scope of his representation of former President Trump or his campaign. On February 8, the Select Committee requested that Plaintiff produce (1) any engagement letter(s), retainer agreement(s) or other documents reflecting the scope of Plaintiff's engagement by the former President or his campaign committee; and (2) any applicable joint defense or common interest agreements with the parties on the communications over which Plaintiff has claimed privilege. To date, Plaintiff has not responded to those requests. Without the requested information, the Select Committee cannot fully assess the validity of Plaintiff's privilege claims.

5. The Select Committee notes that although Plaintiff provided revised January 31 and February 2 privilege logs containing further information regarding certain entries, the additional information provided does not fully resolve the noted deficiencies.

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

**NOTICE**
3

```
 1                                         ARNOLD & PORTER
 2                                         John A. Freedman
                                           Paul Fishman
 3                                         Amy Jeffress
 4                                         601 Massachusetts Ave, NW
                                           Washington, D.C. 20001
 5                                         (202) 942-5000
 6                                         John.Freedman@arnoldporter.com
                                           Paul.Fishman@arnoldporter.com
 7                                         Amy.Jeffress@arnoldporter.com
 8
 9                                         *Counsel for Congressional Defendants*
10
11
12   Dated:  February 11, 2022
```

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On February 11, 2022, I served the **NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2022 here, at Bethesda, Maryland.

/s/ Douglas N. Letter