UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 22-00099-DOC-(DFMx)                    Date: February 14, 2022

Title:   John C. Eastman v. Bennie G. Thompson, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon / Deborah Lewman | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Charles Burnham | Douglas Letter |
|  | Fred Plevin |

## PROCEEDINGS (Held via Zoom):  SCHEDULING CONFERENCE

Plaintiff, Dr. John Eastman, also present.

The case is called. The Court and counsel confer.

Order to issue.

The Court orders the transcript be produced, uploaded to CM/ECF immediately and made available on the docket forthwith.

The Court further orders the transcript be produced at government expense and billed at the hourly rate.

cc:   CourtRecording_CACD@cacd.uscourts.gov
      Transcripts_CACD@cacd.uscourts.gov

:     40

Initials of Deputy Clerk: kdu