OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br> Plaintiff, <br><br> vs. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-00099-DOC-DFM <br><br> **NOTICE** |

1. Pursuant to this Court's January 26, 2022 Order, Defendants Bennie G. Thompson and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, the "Select Committee") hereby submit their response to Plaintiff's February 15 privilege log entries.

2. Simultaneously with this Notice, the Select Committee is filing under seal Plaintiff's February 15 privilege log with a column indicating the Select Committee's objections to Plaintiff's privilege claims.

3. The Select Committee preserves its ability to argue in subsequent briefing on Plaintiff's privilege claims that, as a general matter, none of the documents contained in the Chapman University production set can be withheld on the basis of attorney-client or work product privilege.

4. As reflected in the privilege log filed under seal simultaneously with this Notice, the Select Committee objects that Plaintiff has not provided sufficient information to determine the validity of Plaintiff's privilege assertions. Without the requested information, the Select Committee cannot fully assess the validity of Plaintiff's privilege claims.

5. The Select Committee notes that although Plaintiff has provided revised privilege logs for certain days containing further information regarding certain entries, the additional information provided does not fully resolve the noted deficiencies.

6. Plaintiff's omission of the names of certain individuals in a private association—and even the names of the relevant association—violates this Court's order requiring Plaintiff to identify the author and recipients for each privilege log entry. *See* ECF 50. Without such information, the Select Committee cannot evaluate the validity of the privilege claims. Plaintiff states that he has done so because the senders and recipients are "Members in a private association whose First Amendment right to association would be implicated if disclosed." But Plaintiff has no standing to assert the First Amendment rights of his email correspondents, and his attempt to do so is in defiance of this Court's order.

Respectfully submitted,

/s/  *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C.  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

**NOTICE**

|   |   |
|---|---|
| 1 | |
| 2 | ARNOLD & PORTER |
|   | John A. Freedman |
| 3 | Paul Fishman |
|   | Amy Jeffress |
| 4 | 601 Massachusetts Ave, NW |
| 5 | Washington, D.C. 20001 |
|   | (202) 942-5000 |
| 6 | John.Freedman@arnoldporter.com |
| 7 | Paul.Fishman@arnoldporter.com |
|   | Amy.Jeffress@arnoldporter.com |
| 8 | |
| 9 | *Counsel for Congressional Defendants* |

Dated:  February 18, 2022

**NOTICE**

4

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On February 18, 2022, I served the **NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 18, 2022 here, at Bethesda, Maryland.

/s/ Douglas N. Letter