# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

## APPLICATION TO SEAL DOCUMENT

Comes now, the plaintiff, Dr. John Eastman, pursuant to Local Rule 79-5.2.2 and moves to seal his brief in support of privilege assertions. Plaintiff asserts as follows:

1. On January 26, this Court entered an order requiring Plaintiff to submit privilege logs under seal "to protect the privacy of non-parties." ECF 50. The congressional defendants have challenged many of these privilege assertions.

2. This Court has ordered Plaintiff to submit a brief in support of the challenged privileged assertions.

3. Defendants have challenged many privilege assertions on the ground that nonparties are included in the communications. Responding to these objections necessarily involves discussing some of the various third parties by name. Discussing these third parties by name would defeat the purpose of this Court's January 26 order.

4. Plaintiff therefore requests permission to file the unredacted brief under seal.

5. Plaintiff will file the redacted brief on the public docket.

For the foregoing reasons plaintiff requests permission to file a portion of his Brief in Support of Privilege Assertions under seal.

January 26, 2022                                        Respectfully submitted,


                                                        /s/*Anthony T. Caso*

                                                        Anthony T. Caso (Cal. Bar #88561)
                                                        CONSTITUTIONAL COUNSEL GROUP
                                                        174 W Lincoln Ave # 620
                                                        Anaheim, CA 92805-2901
                                                        Phone: 916-601-1916
                                                        Fax: 916-307-5164
                                                        Email: atcaso@ccg1776.com


                                                        */s/ Charles Burnham*
                                                        Charles Burnham (D.C. Bar # 1003464)
                                                        BURNHAM & GOROKHOV PLLC
                                                        1424 K Street NW, Suite 500
                                                        Washington, D.C. 20005
                                                        Email: charles@burnhamgorokhov.com
                                                        Telephone: (202) 386-6920



                                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing has been served on all parties through the Court's ecf system.

By: */s/ Charles Burnham*
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com