| |
|---|
| "Joint session" |
| "Vice President" OR VP |
| (12* or twelfth) w/2 Amendment |
| alternate /4 (elector* OR slate*) |
| .gov |
| antifa |
| Arizona |
| ascertain* |
| Bannon |
| Barr |
| Biden |
| Biggs |
| Bowers |
| Brooks |
| Certif* |
| China |
| Cippolone or Cippollone OR Cipollone |
| compet* w/4 (elector* OR slate*) |
| Congress |
| congressnc@gmail.com |
| Corrupt* w/5 election* |
| Cruz |
| Cullen |
| DOJ or "Department of Justice" |
| Dominion |
| dual* w/4 (elector* OR slate*) |
| Election* |
| Elector* |
| "Electoral Count Act" or ECA |
| "EOP" |
| Finchem |
| fraud* w/5 election* |
| (foreign OR election*) w/3 interfere* |
| Georgia |
| Gohmert OR Ghomert |
| Gosar OR "van flein" |
| Hawley |
| Herschmann or Herschman |
| house.gov |
| hugo w/3 chavez |
| Hyde-Smith |
| Jacob* |
| Jan* w/2 6* |
| (Jeff or Jeffrey) w/2 Clark |
| Jordan |
| justice.gov |
| Kayleigh OR Kaleigh |

| |
|---|
| Kennedy |
| Lewandowski |
| Lummis |
| Luttig |
| (Marc or Mark) w/2 Short |
| Mark w/2 Martin |
| Marshall |
| Mastriano |
| McEnany |
| Meadows |
| Michigan |
| Navarro |
| Nevada |
| "New Mexico" |
| overturn* w/5 (election* OR result* OR vote*) |
| Paxton |
| Pence |
| Pennsylvania |
| Perry |
| Philbin |
| President |
| rig* w/5 election* |
| Scott |
| senate.gov |
| Smartmatic |
| stole* w/5 election* |
| "Stop the Steal" OR STS |
| Trump OR POTUS OR DJT |
| Tuberville |
| usdoj.gov |
| vot* w/2 machine* |
| Venezuela |
| war w/2 gam* |
| WH OR "white house" |
| Wisconsin |