DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF GENERAL COUNSEL**
5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

STACIE M. FAHSEL
ASSOCIATE GENERAL COUNSEL

ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL

March 1, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Courtroom 9D
Santa Ana, CA, 92701-4516

      **Re:**    *Eastman v. Thompson, et. al.,* **Civil Action No. 8:22-cv-00099-DOC-DFM**

Dear Judge Carter:

      At the Court's direction, I am writing to request authorization to appear remotely by Zoom for the hearing in this case, set for 9:00 am (Pacific Time) on Tuesday, March 8, 2022.

      The Court granted my requests with regard to earlier hearings in this case. I am renewing that request for many of the same reasons that I described before. I have major safety concerns with traveling from my office in Washington, D.C. to Santa Ana, California at this time because of the current state of the COVID-19 pandemic. Even though the pandemic conditions have eased in various parts of the country, there are still numerous "breakthrough" infections occurring, and cross-country travel would put me into contact with numerous individuals in various venues.

      Although I have been fully vaccinated and have received a booster shot, I received that booster more than six months ago, and this means that the effectiveness of that shot is waning. A second booster shot has not yet been approved, and I thus am unable to get one.

      In addition, although I am currently in excellent health, I am in my late 60s, and thus vulnerable to a serious COVID-19 infection. In light of my family situation, I spend a considerable number of hours each week helping to care for my two grandchildren, both of whom are too young to be vaccinated. I am therefore very worried about contracting COVID-19 and then infecting my unprotected grandchildren.

      Further, I am concerned about contracting COVID-19 and passing it along inadvertently to my spouse, because she is one of the caregivers for her mother, who is in her mid-90s, and in poor health. (My wife's aunt already passed away from COVID-19.)

      Moreover, because of my position as the General Counsel of the U.S. House of Representatives, I sometimes must meet personally with Members of Congress. I therefore need to be especially cautious not to endanger them. Indeed, it was just publicly announced that two Members of the House Committee investigating the Jan. 6 attack on the Capitol have tested

Clerk of the Circuit Court of Hamilton County, Tennessee
December 27, 2021
Page 2

positive for COVID-19; that is the House Committee with which I now have the greatest contact. Two close friends of mine also recently suffered from breakthrough COVID-19 infections in my neighborhood.

      Should Your Honor require any further information, please do not hesitate to contact me at (202) 225-9700.

                                        Respectfully,

                                        Douglas N. Letter
                                        *Counsel for Congressional Defendants*