OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DECLARATION OF DOUGLAS N. LETTER IN SUPPORT OF CONGRESSIONAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRIVILEGE ASSERTIONS**<br><br>Date:     March 8, 2022<br>Time:    9:00 a.m.<br>Location: Courtroom 9D |

**DECLARATION OF DOUGLAS N. LETTER**

I, Douglas N. Letter, declare as follows:

1. I am the General Counsel, of the U.S. House of Representatives and counsel for the Congressional Defendants in this action.

2. I make this declaration in support of the Congressional Defendants' Opposition to Plaintiff's Privilege Assertions.

3. Attached hereto as Exhibit 1 are true and accurate copies of email messages between myself and Plaintiff's counsel, Charles Burnham, that occurred on Monday, January 31, 2022 at 4:06p EST, Thursday, February 3, 2022 at 7:13p EST, and Tuesday, February 8, 2022 at 3:05p EST.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on March 2, 2022, in Bethesda, Maryland.

> */s/ Douglas N. Letter*
> Douglas N. Letter

**DECLARATION OF DOUGLAS N. LETTER**