OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>　　　　Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit H

·11:10 - Eric Trump, Don Jr., Kimberly Guilfoyle, IMT, COS, Eric Herschmann, ) Gen. Kellogg
·11:17 - c w/ Sen. Kelly Loeffler (-11:20)
11:20- c w/ VPOTUS ( )

## PRIVATE

Wednesday, January 6, 2021

---

10:50 AM        Depart The White House en route The Ellipse
(5 min)

11:00 AM        **REMARKS AT THE**
(30 min)        **SAVE AMERICA RALLY**
                Press:          Open
                Location:       The Ellipse

11:35 AM        Depart The Ellipse en route The White House
(5 min)

11:40 AM        Arrive The White House

RON:            The White House

1/6/2021 11:22 AM