OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br>Plaintiff, <br><br>vs. <br><br>BENNIE G. THOMPSON, *et al.*, <br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit K

**Sent:** Tuesday, January 05, 2021 7:29 PM MST
**To:** Jacob, Gregory F. EOP/OVP <Gregory.F.Jacob@ovp.eop.gov>
**Subject:** Pennsylvania letter
**Attachment(s):** "US Republican Leadership Letter.pdf"

Greg,

Good talk earlier tonight.

Major new development attached. This is huge, as it now looks like PA Legislature will vote to recertify its electors if Vice President Pence implements the plan we discussed.

John

Case 8:22-cv-00099-DOC-DFM   Document 160-13   Filed 03/02/22   Page 2 of 6   Page ID #:2138

Chapman005235



# Senate of Pennsylvania

January 4, 2021

Honorable Mitch McConnell
The Majority Leader
United States Senate
317 Russell Senate Office Building
Washington, DC  20510

Honorable Kevin McCarthy
Republican Leader – US House of Representatives
2468 Rayburn House Office Building
Washington, DC 20515

Dear Leader McConnell and Leader McCarthy,

As members of the Pennsylvania Senate, we believe in the integrity of the election process.  After speaking with our colleagues, a majority of the State Senate is troubled by the many inconsistencies that happened in our Commonwealth during the 2020 election.

Due to numerous unlawful violations taken by Pennsylvania Governor, Tom Wolf; Secretary of State, Kathy Boockvar; and the rogue State Supreme Court, the balance of power was taken from the State Legislature, who by the U.S. and PA Constitutions, set the time, place and manner of holding elections.

Act 77 of 2019 that was signed into law, provides the following clear provisions:
- All mail-in ballots must be received by 8:00 p.m. election night
- Officials at polling places must authenticate the signatures of voters
- County Election Boards may begin pre-canvassing of absentee and mail-in ballots after 8:00 a.m. on election day
- Poll watchers selected by candidates and political parties are permitted to observe the process of canvassing absentee and mail-in ballots.
- No provisions were made for drop boxes or "curing" of ballots

Seven weeks before the 2020 General Election the PA Supreme Court overstepped their bounds by ruling that:
- Mail-in ballots could be received and counted up to three days later
- Ballots mailed without a postmark would be counted
- Signatures on mail-in ballots would not need to be verified

Chapman005236

Secretary of State, Kathy Boockvar also usurped legislative authority by:
- Allowing for a proliferation of unsecured drop boxes in key Democratic areas
- On the day before the election, encouraged some counties (not all) to notify party and candidate representatives of mail-in voters whose ballots contained disqualifying defects and allowing them to "cure" these defects

In addition to these inconsistencies, certified Republican poll watchers in Philadelphia were prohibited from overseeing the canvassing of ballots.  After a court ordered these poll watchers to be allowed to observe, they were "corralled" so far from the canvassing of ballots, that they could not view the activities.

Requests from legislators for independent investigations have been ignored by the administration.

Due to these inconsistent and questionable activities, we believe that PA election results should not have been certified by our Secretary of State.

**Members, we ask for more time given the fact that the U.S. Supreme Court is to hear Trump vs. Boockvar in the coming days. We ask that you delay certification of the Electoral College to allow due process as we pursue election integrity in our Commonwealth.**

Very respectfully,



Members of the PA Senate



cc: Republican US Senate Members
    Republican US House Members

Chapman005237

*[signature]*

Jake Corman
President Pro Tempore

*[signature]*

Kim Ward
Majority Leader

*[signature]*

Judy Ward
Senator, 30th District

*[signature]*

Kristin Phillips-Hill
Senator, 28th District

*[signature]*

Mike Regan
Senator, 31st District

*[signature]*

David G. Argall
Senator, 29th District

*[signature]*

Dave Arnold
Senator, 48th District

*[signature]*

Camera Bartolotta
Senator, 46th District

*[signature]*

Gene Yaw
Senator, 23rd District

*[signature]*

Bob Mensch
Senator, 24th District

*[signature]*

Michele Brooks
Senator, 50th District

*[signature]*

Scott Hutchinson
Senator, 21st District

*[signature]*

Wayne Langerholc
Senator, 35th District

*[signature]*

Mario Scavello
Senator, 40th District

*[signature]*

Cris Dush
Senator, 25th District

*[signature]*

Joe Pittman
Senator, 41st District

*[signature]*

Pat Stefano
Senator, 32nd District

*[signature]*

Scott Martin
Senator, 13th District

*[signature]*

Ryan Aument
Senator, 36th District

*[signature]*

Devlin Robinson
Senator, 37th District

*[signature]*

Doug Mastriano
Senator, 33rd District

Chapman005239