DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
PRINCIPAL DEPUTY GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES
OFFICE OF GENERAL COUNSEL**

5140 O'NEILL HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

BROOKS M. HANNER
ASSOCIATE GENERAL COUNSEL

SARAH E. CLOUSE
ASSOCIATE GENERAL COUNSEL

STACIE M. FAHSEL
ASSOCIATE GENERAL COUNSEL

ERIC R. COLUMBUS
SPECIAL LITIGATION COUNSEL

March 3, 2022

BY CM/ECF

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Courtroom 9D
Santa Ana, CA, 92701-4516

   Re: *Eastman v. Thompson, et. al.*, **Civil Action No. 8:22-cv-00099-DOC-DFM**

Dear Judge Carter:

  The Select Committee respectfully submits the attached corrected filing in opposition to Plaintiff's privilege assertions in the above-captioned matter. The corrected memorandum adds tables of contents and authorities and fixes certain formatting and typographical errors in the earlier filed memorandum. No substantive changes were made to the memorandum.

  The corrected filing also includes Exhibit E to the declaration of John Wood, which the Select Committee was previously unable to file due to its size.

  Should Your Honor require any further information, please do not hesitate to contact me at (202) 225-9700.

Respectfully,

Douglas N. Letter
*Counsel for Congressional Defendants*

Enclosures