```
1  OFFICE OF GENERAL COUNSEL
   U.S. HOUSE OF REPRESENTATIVES
2  5140 O'Neill House Office Building
3  Washington, D.C. 20515

4  SHER TREMONTE LLP
   90 Broad Street, 23rd Floor
5  New York, New York 10004

6  ARNOLD & PORTER
   601 Massachusetts Ave, NW
7  Washington, D.C. 20001
8

9  Counsel for the Congressional Defendants
10
```

| | |
|---|---|
| 11 | **UNITED STATES DISTRICT COURT** |
| 12 | **CENTRAL DISTRICT OF CALIFORNIA** |
| 13 | **SOUTHERN DIVISION** |

| | |
|---|---|
| JOHN C. EASTMAN, | Case No. 8:22-cv-00099-DOC-DFM |
| Plaintiff, | **DECLARATION OF DOUGLAS N. LETTER IN SUPPORT OF CONGRESSIONAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRIVILEGE ASSERTIONS** |
| vs. | |
| BENNIE G. THOMPSON, *et al.*, | |
| Defendants. | Date:     March 8, 2022<br>Time:     9:00 a.m.<br>Location: Courtroom 9D |

**DECLARATION OF DOUGLAS N. LETTER**

I, Douglas N. Letter, declare as follows:

    1.    I am the General Counsel, of the U.S. House of Representatives and counsel for the Congressional Defendants in this action.

    2.    I make this declaration in support of the Congressional Defendants' Opposition to Plaintiff's Privilege Assertions.

    3.    Attached hereto as Exhibit 1 are true and accurate copies of email messages between myself and Plaintiff's counsel, Charles Burnham, that occurred on Monday, January 31, 2022 at 4:06p EST, Thursday, February 3, 2022 at 7:13p EST, and Tuesday, February 8, 2022 at 3:05p EST.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on March 2, 2022, in Bethesda, Maryland.

                                  */s/ Douglas N. Letter*
                                  Douglas N. Letter

**DECLARATION OF DOUGLAS N. LETTER**