OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DECLARATION OF JOHN WOOD IN SUPPORT OF CONGRESSIONAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S PRIVILEGE ASSERTIONS**<br><br>Date:     March 8, 2022<br>Time:    9:00 a.m.<br>Location: Courtroom 9D |

**DECLARATION OF JOHN F. WOOD**

I, John Wood declare as follows:

1. I am Senior Investigative Counsel and Of Counsel to the Vice Chair, Select Committee to Investigate the January 6th Attack on the U.S. Capitol, U.S. House of Representatives.

2. I make this declaration in support of Congressional Defendants' Brief in Opposition to Plaintiff's Privilege Assertions.

3. Attached hereto as Exhibit A is a true and accurate copy of the transcript of the deposition of John Eastman by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on December 9, 2021.

4. Attached hereto as Exhibit B is a true and accurate copy of certain pages from the interview of Richard Peter Donoghue by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on October 1, 2021.

5. Attached hereto as Exhibit C is a true and accurate copy of certain pages from the interview of Jeffrey A. Rosen by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on October 13, 2021.

6. Attached hereto as Exhibit D is a true and accurate copy of certain pages from the deposition of Jason Miller by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on February 3, 2022.

7. Attached hereto as Exhibit E are true and accurate copies of certain documents produced by the National Archives and Records Administration ("NARA") to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol.

8. Attached hereto as Exhibit F is a true and accurate copy of certain pages from the deposition of Greg Jacob by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on February 1, 2022.

9. Attached hereto as Exhibit G is a true and accurate copy of certain pages from the deposition of Keith Kellogg, Jr. by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on December 14, 2021.

**DECLARATION OF JOHN F. WOOD**

1

10. Attached hereto as Exhibit H is a true and accurate copy of a document produced by NARA to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol.

11. Attached hereto as Exhibit I is a true and accurate copy of certain pages from the deposition of Marc Short by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on January 26, 2022.

12. Attached hereto as Exhibit J is a true and accurate copy of certain pages from the deposition of Benjamin Williamson by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on January 25, 2022.

13. Attached hereto as Exhibit K is a true and accurate copy of an email from John Eastman (via his Chapman University email account) to Gregory Jacob on January 5, 2021, 7:29 PM MST, along with the attachment thereto, produced to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as Chapman005235 and Chapman005236.

14. Attached hereto as Exhibit L is a true and accurate copy of an email from John Eastman (via his Chapman University email account) to Gregory Jacob on January 6, 2021, 12:25 PM MST, produced to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as Chapman005379.

15. Attached hereto as Exhibit M is a true and accurate copy of an email from John Eastman (via his Chapman University email account) to Gregory Jacob on January 6, 2021, 4:45 PM MST, produced to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as Chapman005442.

16. Attached hereto as Exhibit N is a true and accurate copy of an email from John Eastman (via his Chapman University email account) to Gregory Jacob on January 6, 2021, 9:44 PM MST, produced to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as Chapman005479.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**DECLARATION OF JOHN F. WOOD**

Executed on March 2, 2022, in Washington, DC.

                                              */s/ John F. Wood*
                                              John F. Wood