1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

# Exhibit E

# M E M O R A N D U M

TO:    President of the Senate        (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States      (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State             (By Certified Mail)
State of Arizona
1700 W. Washington St., Floor 7
Phoenix, AZ  85007

Chief Judge, U.S. District Court    (By Certified Mail)
District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington Street
Phoenix, AZ  85003

FROM:  Nancy Cottle, Chairperson, Electoral College of Arizona

DATE:   December 14, 2020

RE:     Arizona's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Arizona's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM ARIZONA

### **********

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Arizona, do hereby certify the following:

(A) That we convened and organized in the City of Phoenix, County of Maricopa, State of Arizona, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 11 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 11 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of Phoenix, in the State of Arizona, on this 14th day of December, 2020, subscribed our respective names.

Nancy Cottle, Chairperson

Loraine B. Pellegrino, Secretary

Tyler Bowyer

Jake Hoffman

Anthony T. Kern

James Lamon

Robert Montgomery

Samuel I. Moorhead

Greg Safsten

Dr. Kelli Ward

Dr. Michael Ward

**ELECTORAL VOTES OF THE**

**STATE OF ARIZONA**

**FOR PRESIDENT AND VICE PRESIDENT**

**OF THE UNITED STATES**



ARIZONA REPUBLICAN PARTY
3501 North 24th Street
Phoenix, Arizona 85016

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RE 354 507 125 US

Label 200, August 2005          PSN 7690-03-000-9311

FIRST-CLASS

US POSTAGE
$016.45⁰
DEC 14 2020
MAILED FROM ZIP CODE 85016
02 7H
0001294189

U.S. POSTAGE PAID
FCM LG ENV
PHOENIX, AZ
85016
DEC 14 20
AMOUNT
$0.40
R2305H129001-07

1000          20408

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Archivist of the United State
700 Pensylvania Avenue NW
Washington, D.C. 20408

9590 9402 5831 0034 6966 18

2. Article Number (Transfer from service label)
RE 354 507 125 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                    □ Agent
                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Archivist of the United States
700 Pennsylvania Avenue, NW
Washington, D.C. 20408

David J. Shafer

Chairman, Georgia Republican Party

Chairman, Electoral College of Georgia

## M E M O R A N D U M

TO:    President of the Senate          (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States     (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State          (By Certified Mail)
State of Georgia
214 State Capitol
Atlanta, GA 30334

Chief Judge, U.S. District Court    (By Certified Mail)
Northern District of Georgia
2188 Richard D. Russell Federal
Office Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

FROM:   David J. Shafer, Chairperson, Electoral College of Georgia

DATE:   December 14, 2020

RE:     Georgia's Electoral Votes for President and Vice President

     Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of
Georgia's electoral votes for President and Vice President, as follows: two (2)
duplicate originals for the President of the Senate and the Archivist, and one (1)
duplicate original for the Secretary of State and Chief Judge.

                         David J. Shafer

STATE OF GEORGIA

COUNTY OF FULTON

## CERTIFICATE OF THE VOTES OF THE

## 2020 ELECTORS FROM GEORGIA

**********

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Georgia, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Atlanta, County of Fulton, Georgia, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That David J. Shafer presided and Shawn Still served as Secretary for the meeting.

(C) That the undersigned 2020 Electors from the State of Georgia cast each of their respective ballots for President of the United States of America, as follows:

### FOR DONALD J. TRUMP – 16 VOTES

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SHAWN STILL

C.B. YADAV

(D) That the undersigned 2020 Electors from the State of Georgia cast each of their
respective ballots for Vice President of the United States of America, as follows

**FOR MICHAEL R. PENCE – 16 VOTES**

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SHAWN STILL

C.B. YADAV

Witness the hands and seals of the undersigned as the duly elected and qualified Electors of the
President and Vice President of the United States of America from the State of Georgia, this 14th day of
December, 2020.

_____ (SEAL)
JOSEPH BRANNAN

_____ (SEAL)
MARK AMICK

_____ (SEAL)
JAMES "KEN" CARROLL

_____ (SEAL)
VIKKI TOWNSEND CONSIGLIO

_____ (SEAL)
CAROLYN HALL FISHER

_____ (SEAL)
JOHN DOWNEY

_____ (SEAL)
GLORIA KAY GODWIN

_____ (SEAL)
DAVID G. HANNA

_____ (SEAL)
MARK W. HENNESSY

_____ (SEAL)
BRAD CARVER

_____ (SEAL)
CATHLEEN ALSTON LATHAM

_____ (SEAL)
DARYL MOODY

_____ (SEAL)
BURT JONES

_____ (SEAL)
DAVID SHAFER

_____ (SEAL)
SHAWN STILL

_____ (SEAL)
C.B. YADAV

December 14, 2020

**VIA HAND DELIVERY**

The Honorable Brian P. Kemp
Governor, State of Georgia
206 Washington Street
111 State Capitol
Atlanta, GA  30334

RE:  **Notice of Filling of Electoral College Vacancy**

Dear Governor Kemp,

In accordance with O.C.G.A. § 21-2-12, I hereby give you notice of the
following:

1. On December 14, 2020, 12 of the 16 electors pledged to Donald J. Trump
   for President and Michael R. Pence for Vice President assembled in
   accordance with O.C.G.A. § 21-2-11;

2. 4 electors, John A Isakson, Patrick Garland, Cj Pearson, Susan Holmes
   did not appear at the time appointed by law;

3. The Electors present proceeded to fill those vacancies;

4. The Electors elected by unanimous voice vote, Brad Carver, Mark Amick,
   John Downey, Burt Jones persons of the same political party as the
   absent Electors;

5. As the presiding officer of the Georgia Electoral College, I am immediately
   transmitting their names to you, and ask that you notify them in writing
   of their election as a Presidential Elector to fill the vacant Elector
   positions, and of their duty to perform, along with the other Electors, the
   duties required of them by the Constitution and laws of the United States.

This 14th day of December, 2020.

David J. Shafer
Chairman, 2020 Georgia
Electoral College Meeting

Attest:

Shawn Still
Secretary, 2020 Georgia
Electoral College Meeting

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## John A. Isakson

Thereupon, by nomination duly made and seconded,

## John Downey

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Susan Holmes

Thereupon, by nomination duly made and seconded,

## Brad Carver

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

### **********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Patrick Gartland

Thereupon, by nomination duly made and seconded,

## Mark Amick

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

### **********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## CJ Pearson

Thereupon, by nomination duly made and seconded,

## Hon. Burt Jones

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

December 14, 2020

I, Brian P. Kemp, Governor of the State of Georgia, in accordance with
O.C.G.A. § 21-2-12, hereby give notice of the following to _____, _____, and
_____ [names of the substituted electors]:

1. On December 14, 2020, ____ of the 16 electors pledged to Donald J.
Trump for President and Michael R. Pence for Vice President assembled in
accordance with O.C.G.A. § 21-2-11;

2. ___ electors, _____ [name], _____ [name], and _____ name . . .
[etc.], did not appear at the time appointed by law;

3. The Electors present then proceeded to fill the vacancies;

4. The Electors elected by unanimous voice vote, _____, _____, and
_____, persons of the same political party as the absent Electors;

5. Immediately following that vote of the Electors, David Shafer, the
presiding officer of the Electors, transmitted the names of the substitute
Electors to me;

6. By this Certificate, I am hereby notifying _____, _____, and _____
of their election to fill the vacant Elector positions.

Witness my hand and seal of
of my office this 14th day of
December, 2020.


_____

Brian P. Kemp, Governor

# ELECTORAL VOTES OF THE
## STATE OF GEORGIA
### FOR PRESIDENT AND VICE PRESIDENT
### OF THE UNITED STATES



Georgia Republican Party
70 East Paces Ferry Road
Atlanta, GA, 30305

Archivist of the United States          (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

# M E M O R A N D U M

TO:      President of the Senate      (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States    (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State          (By Certified Mail)
State of Michigan
430 Allegan Street
Richard H. Austin Bldg., 4th Floor
Lansing, MI  48918

Chief Judge, U.S. District Court   (By Certified Mail)
Western District of Michigan
113 Federal Building
315 West Allegan Street
Lansing, MI  48933

FROM:   Kathy Berden, Chairperson, Electoral College of Michigan

DATE:    December 14, 2020

RE:      Michigan's Electoral Votes for President and Vice President


      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of
Michigan's electoral votes for President and Vice President, as follows: two (2)
duplicate originals for the President of the Senate and the Archivist, and one (1)
duplicate original for the Secretary of State and Chief Judge.

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM MICHIGAN

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Michigan, do hereby certify the following:

(A) That we convened and organized in the State Capitol, in the City of Lansing, Michigan, and at 2:00 p.m. Eastern Standard Time on the 14th day of December, 2020, performed the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 16 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 16 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of Lansing, in the State of Michigan, on this 14th day of December, 2020, subscribed our respective names.

Kathy Berden, Chairperson

Rose Rook

Mayra Rodriguez, Secretary

Hank Choate

Meshawn Maddock

Mari-Ann Henry

John Haggard

Clifford Frost

Kent Vanderwood

Stanley Grot

Marian Sheridan

Timothy King

James Renner

Michele Lundgren

Amy Facchinello

Ken Thompson

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

### \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Elector

## TERRI LYNN LAND

Thereupon, by nomination duly made and seconded,

## KEN THOMPSON

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

**\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

# GERALD WALL

Thereupon, by nomination duly made and seconded,

# JAMES RENNER

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM MICHIGAN

### **********

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Michigan, do hereby certify the following:

(A) That we convened and organized in the State Capitol, in the City of Lansing, Michigan, and at 2:00 p.m. Eastern Standard Time on the 14th day of December, 2020, performed the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 16 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 16 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of
Lansing, in the State of Michigan, on this 14th day of December, 2020, subscribed
our respective names.

Kathy Berden, Chairperson

Rose Rook

Mayra Rodriguez, Secretary

Hank Choate

Meshawn Maddock

Mari-Ann Henry

John Haggard

Clifford Frost

Kent Vanderwood

Stanley Grot

Marian Sheridan

Timothy King

James Renner

Michele Lundgren

Amy Facchinello

Ken Thompson

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

## **********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## TERRI LYNN LAND

Thereupon, by nomination duly made and seconded,

## KEN THOMPSON

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

### **********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## GERALD WALL

Thereupon, by nomination duly made and seconded,

## JAMES RENNER

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary



# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL

PRIORITY MAIL
POSTAGE REQUIRED

U.S. POSTAGE PAID
EAST LANSING, MI
48821
DEC 15 20

AMOUNT
**$20.60**
R2304W119659-33

1004      20408

pected delivery date specified for domestic use.

st domestic shipments include up to $50 of insurance (restrictions apply).*

PS Tracking® included for domestic and many international destinations.

mited international insurance.**

en used internationally, a customs declaration form is required.

nce does not cover certain items. For details regarding claims exclusions see the Domestic
nual at http://pe.usps.com.
International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

AILING ENVELOPE
DOMESTIC AND INTERNATIONAL USE



REGISTERED MAIL™

RE 041 878 637 US

PSN 7690-03-000-9311

chedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

ACKED ■ INSURED

PS00000000013

EP14 May 2020
OD: 11 5/8 x 15 1/8

## PRIORITY ★ MAIL ★

# UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Kathy Berden
Chair of the Michigan
Republican Electoral College
4040 Mushroom Road
Snover, MI 48472

TO: Archivist of the United States
700 Pennsylvania Ave, NW
Washington, DC 20408

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

ELECTORAL VOTES OF THE

STATE OF MICHIGAN

FOR PRESIDENT AND VICE PRESIDENT

OF THE UNITED STATES

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEW MEXICO

### **********

WE, THE UNDERSIGNED, on the understanding that it might later be determined that we are the duly elected and qualified Electors for President and Vice President of the United States of America from the State of New Mexico, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Santa Fe, New Mexico at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 5 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 5 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Santa Fe, in the State of New Mexico, on this 14th day of December, 2020, subscribed our respective names.

JEWLL POWDRELL, Chairperson

DEBORAH W. MAESTAS, Secretary

LUPE GARCIA

ROSIE TRIPP

ANISSA FORD-TINNIN

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM NEW MEXICO

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

# HARVEY YATES

Thereupon, by nomination duly made and seconded,

# ANISSA FORD-TINNIN

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of New Mexico to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of New Mexico hereunto Subscribe their names this 14th day of December, 2020.

JEWLL POWDRELL , Chairperson

DEBORAH W. MAESTAS, Secretary

## M E M O R A N D U M

TO:   President of the Senate          (By Registered Mail)
      United States Senate
      Washington, D.C. 20510

      Archivist of the United States    (By Registered Mail)
      700 Pennsylvania Avenue, NW
      Washington, DC 20408

      Secretary of State                (By Certified Mail)
      State of New Mexico
      325 Don Gaspar, Suite 300
      Santa Fe, NM  87501

      Chief Judge, U.S. District Court  (By Certified Mail)
      District of New Mexico
      Santiago E. Campos U.S. Courthouse
      106 S. Federal Place
      Santa Fe, NM  87501

FROM:  JEWLL POWDRELL, Chairperson,

       Electoral College of New Mexico

DATE:  December 14, 2020

RE:    New Mexico's Electoral Votes for President and Vice President


      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of New Mexico's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

                              JEWLL POWDRELL

Enclosures as noted.

ELECTORAL VOTES OF THE
STATE OF NEW MEXICO
FOR PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES

MIKE KERN
REPUBLICAN PARTY OF
NEW MEXICO
5150 SAN FRANCISCO RD. NE #A
ALBUQUERQUE, NM 87109

REG.



REGISTERED MAIL™
UNITED STATES POSTAL SERVICE®

RF 263 126 780 US

Label 200, August 2005        PSN 7690-03-000-9311

RF 263 126 780 US

UNITED STATES POSTAL SERVICE

1000        20408

U.S. POSTAGE PAID
FCM LG ENV
TESUQUE, NM
87574
DEC 14, 20
AMOUNT
$14.00
R2304H108947-03

ARCHIVIST OF THE UNITED STATES
700 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20408