# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEVADA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Nevada, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Carson City, Nevada, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following is a list of all the votes for President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 6 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Carson City, in the State of Nevada, on this 14th day of December, 2020, subscribed our respective names.

Michael J. McDonald, Chairperson

James DeGraffenreid, Secretary

Durward James Hindle III

Jesse Law

Shawn Meehan

Eileen Rice

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR OFFICIAL BALLOT FOR PRESIDENT OF THE UNITED STATES

I hereby cast my vote for *Donald J. Trump*
for President of the United States.

Signed *[signature]*

Michael J. McDonald

# STATE OF NEVADA

**NEVADA PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for ___Donald J. Trump___
for President of the United States.

Signed _____
James DeGraffenreid

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _Donald J. Trump_
for President of the United States.

Signed _____

Durward James Hindle III

# STATE OF NEVADA

## NEVADA PRESIDENTIAL ELECTOR
## OFFICIAL BALLOT FOR PRESIDENT OF
## THE UNITED STATES

I hereby cast my vote for _Donald J. Trump_
for President of the United States.

Signed _____
Jesse Law

# STATE OF NEVADA

**NEVADA PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for  DONALD J. TRUMP
for President of the United States.

Signed _____

Shawn Meehan

# STATE OF NEVADA

## NEVADA PRESIDENTIAL ELECTOR
## OFFICIAL BALLOT FOR PRESIDENT OF
## THE UNITED STATES

I hereby cast my vote for  *DONALD J. TRUMP*
for President of the United States.

Signed  *Eileen A. Rice*

Eileen Rice

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEVADA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Nevada, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Carson City, Nevada, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following is a distinct list of all the votes for Vice President, so cast as aforesaid.

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 6 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Carson City, in the State of Nevada, on this 14th day of December, 2020, subscribed our respective names.

Michael J. McDonald, Chairperson

James DeGraffenreid, Secretary

Durward James Hindle III

Jesse Law

Shawn Meehan

Eileen Rice

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for *MICHAEL R PENCE*
for Vice President of the United States.

Signed _____
Michael J. McDonald

# STATE OF NEVADA

### NEVADA VICE PRESIDENTIAL ELECTOR OFFICIAL BALLOT FOR VICE PRESIDENT OF THE UNITED STATES

I hereby cast my vote for _MICHAEL R PENCE_ for Vice President of the United States.

Signed _James DeGraffenreid_

# STATE OF NEVADA

### NEVADA VICE PRESIDENTIAL ELECTOR OFFICIAL BALLOT FOR VICE PRESIDENT OF THE UNITED STATES

I hereby cast my vote for *Michael R. Pence* for Vice President of the United States.

Signed _____

Durward James Hindle III

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for _Michael R Pence_
for Vice President of the United States.

Signed _____
Jesse Law

# STATE OF NEVADA

## NEVADA VICE PRESIDENTIAL ELECTOR OFFICIAL BALLOT FOR VICE PRESIDENT OF THE UNITED STATES

I hereby cast my vote for MICHAEL R. PENCE
for Vice President of the United States.

Signed _____
Shawn Meehan

# STATE OF NEVADA

### NEVADA VICE PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR VICE PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _MICHAEL R. PENCE_
for Vice President of the United States.

Signed _____ *Eileen A. Rice* _____
Eileen Rice

# M E M O R A N D U M

TO:      President of the Senate           (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States     (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State              (By Certified Mail)
State of Nevada
101 North Carson Street, Suite 3
Carson City, NV  89701

Chief Judge, U.S. District Court    (By Certified Mail)
District of Nevada
Lloyd D. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV  89101

FROM:   Michael J. McDonald, Chairperson, Electoral College of Nevada

DATE:    December 14, 2020

RE:      Nevada's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Nevada's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the Nevada Secretary of State and the Archivist of the United States, and one (1) duplicate original for the President of the US Senate and Chief Judge of the US District Court, District of Nevada.

VOTES OF THE STATE OF NEVADA

FOR PRESIDENT OF THE UNITED STATES

PER

3 U.S.C. SEC. 10

Votes of the State of Nevada

For Vice-President of the United States

Per

3 U.S.C. Sec. 10

MICHAEL J. MCDONALD

NEVADA REPUBLICAN PARTY

840 S. RANCHO DR. 4-800

LAS VEGAS, NV  89106





RB 362 762 694 US

U.S. POSTAGE PAID
MINDEN, NV
89411
AMOUNT
$17.60
R2305H126831-18

ARCHIVIST OF THE UNITED STATES

700 PENNSYLVANIA AVENUE NW

WASHINGTON, D.C. 20408





# CERTIFICATE OF THE VOTES OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, on the understanding that if, as a result of a final non-appealable Court Order or other proceeding prescribed by law, we are ultimately recognized as being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Pennsylvania, hereby certify the following:

(A) That we assembled in the City of Harrisburg, Pennsylvania, the seat of government of this Commonwealth, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 20 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 20 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in the City of Harrisburg, in the Commonwealth of Pennsylvania, on this 14th day of December, 2020, subscribed our respective names.

Bill Bachenberg, Chair

Lou Barletta

Tom Carroll

Ted Christian

Chuck Coccodrilli

Bernadette Comfort

Sam DeMarco III

Marcela Diaz-Myers

Christie DiEsposti

Josephine Ferro

Charlie Gerow

Kevin Harley

Leah Hoopes

Ash Khare

Andre McCoy

Lisa Patton, Secretary

Pat Poprik

Andy Reilly

Suk Smith

Calvin Tucker

December 14, 2020

**VIA FAX DELIVERY**

The Honorable Tom Wolf
Governor, Commonwealth of Pennsylvania
508 Main Capitol Building
Harrisburg, PA  17120
FAX: 717-772-8284

RE:  **Notice of Filling of Electoral College Vacancies**

Dear Governor Wolf,

In accordance with 25 Pa. Stats. § 3193, I hereby give you notice of the following:

1.  On December 14, 2020, 13 of the 20 electors pledged to Donald J. Trump for
    President and Michael R. Pence for Vice President assembled in accordance with
    25 Pa. Stats. § 3192;

2.  7 electors, Robert Asher, Robert Gleason, Thomas Marino, Lance Stange,
    Lawrence Tabas, Christine Torretti, and Carolyn Welsh did not appear at the
    time appointed by law;

3.  The Electors present proceeded to fill those vacancies, as authorized by 25 Pa.
    Stats. § 3193;

4.  The Electors elected by unanimous voice vote, Tom Carroll, Christie DiEsposti,
    Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith.

5.  As the presiding officer of the Pennsylvania Electoral College, I am immediately
    transmitting their names to you, and ask that you notify them in writing of their
    election as a Presidential Elector to fill the vacant Elector positions, and of their
    duty to perform, along with the other Electors, the duties required of them by the
    Constitution and laws of the United States.

This 14th day of December, 2020.

Bill Bachenberg
Chairperson, 2020 Pennsylvania
Electoral College Meeting

Attest:

Lisa Patton
Secretary, 2020 Pennsylvania
Electoral College Meeting

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

### ***********

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Robert Asher**

Thereupon, by nomination duly made and seconded,

**Tom Carroll**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

## **********

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Lawrence Tabas**

Thereupon, by nomination duly made and seconded,

**Leah Hoopes**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

### \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Thomas Marino**

Thereupon, by nomination duly made and seconded,

**Charlie Gerow**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

### **********

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Lance Stange**

Thereupon, by nomination duly made and seconded,

**Kevin Harley**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

_Bill Bar_
Bill Bachenberg, Chairperson

_Lisa Patton_
Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

## \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Electors:

### Carolyn Welsh

Thereupon, by nomination duly made and seconded,

### Suk Smith

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

_____
Bill Bachenberg, Chairperson

_____
Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

### \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Electors:

### Christine Toretti

Thereupon, by nomination duly made and seconded,

### Andre McCoy

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

## \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Robert Gleason**

Thereupon, by nomination duly made and seconded,

**Christie DiEsposti**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

[letterhead, Governor of Pennsylvania]

December 14, 2020

I, Tom Wolf, Governor of the Commonwealth of Pennsylvania, in accordance with 25 Pa. Stats. § 3193, hereby give notice of the following to Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith.

1. On December 14, 2020, 13 of the 20 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with 25 Pa. Stats. § 3192;

2. 7 electors, Robert Asher, Robert Gleason, Thomas Marino, Lance Stange, Lawrence Tabas, Christine Torretti, and Carolyn Welsh did not appear at the time appointed by law;

3. The Electors present then proceeded to fill the vacancies;

4. The Electors elected by unanimous voice vote, Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith, persons of the same political party as the absent Electors;

5. Immediately following that vote of the Electors, Bill Bachenberg, the presiding officer of the Electors, transmitted the names of the substitute Electors to me;

6. By this Certificate, I am hereby notifying Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith of their election to fill the vacant Elector positions.

Witness my hand and seal of
of my office this 14th day of
December, 2020.

_____

Tom Wolf, Governor

# <u>M E M O R A N D U M</u>

TO:      Archivist of the United States      (By Registered Mail)
           700 Pennsylvania Avenue, NW
           Washington, DC 20408

FROM:   Bill Bachenberg, Chairperson, Electoral College of Pennsylvania

DATE:    December 14, 2020

RE:       Pennsylvania's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Pennsylvania's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

ELECTORAL VOTES OF THE

COMMONWEALTH OF PENNSYLVANIA

FOR PRESIDENT AND VICE PRESIDENT

OF THE UNITED STATES

**FROM:**

Bill Bachenberg

3835 March Chunk Road

North Whitehall, PA

18104





**TO:**

Archivist of the United States

700 Pennsylvania Avenue NW

Washington, DC 20408

**Utility Mailer**
**10 1/2" x 16"**





# M E M O R A N D U M

TO:      President of the Senate            (By Registered Mail)
         United States Senate
         Washington, D.C. 20510

         Archivist of the United States     (By Registered Mail)
         700 Pennsylvania Avenue, NW
         Washington, DC 20408

         Secretary of State                 (By Certified Mail)
         State of Wisconsin
         P.O. Box 7848
         Madison, WI  53707

         Chief Judge, U.S. District Court   (By Certified Mail)
         Western District of Wisconsin
         120 N. Henry Street
         Madison, WI 53703

FROM:    Andrew Hitt, Chairperson, Electoral College of Wisconsin

DATE:    December 14, 2020

RE:      Wisconsin's Electoral Votes for President and Vice President


        Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Wisconsin's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM WISCONSIN

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Wisconsin, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Madison, Wisconsin, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| DONALD J. TRUMP of the State of Florida | **10** |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| MICHAEL R. PENCE of the State of Indiana | **10** |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in the City of Madison, in the State of Wisconsin, on this 14th day of December, 2020, subscribed our respective names.

Andrew Hitt, Chairperson

Kelly Ruh, Secretary

Carol Brunner

Edward Scott Grabins

Bill Feehan

Robert F. Spindell, Jr.

Kathy Kiernen

Darryl Carlson

Pam Travis

Mary Buestrin

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM WISCONSIN

## \*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Tom Schreibel

Representing the Fifth Congressional District of Wisconsin

Thereupon, by nomination duly made and seconded,

## Kathy Kiernen

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Wisconsin to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Wisconsin hereunto Subscribe their names this 14th day of December, 2020.

_____
Andrew Hitt, Chairperson

_____
Kelly Ruh, Secretary



UNITED STATES POSTAL SERVICE

$20.35

- Expected delivery date specified for domestic use.
- Most domestic shipment ... o to $50 of insurance (restrictions apply).*
- USPS Tracking® ... c and many international destinations.
- Limited ...
- ... claration form is required.
- ... arding claims exclusions see the
- ... usps.com for availability and limitations of coverage.

REGISTERED MAIL

RE 642 325 905 US

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

CHAIRPERSON OF THE ELECTORAL
COLLEGE OF WISCONSIN

148 EAST JOHNSON STREET
MADISON, WI 53703

TO:

Archivist of the United States
700 Pennsylvania Avenue, NW
Washington, DC 20408

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail Express™ shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All Rights Reserved.

ELECTORAL VOTES OF THE

STATE OF WISCONSIN

FOR PRESIDENT AND VICE PRESIDENT

OF THE UNITED STATES

**ELECTORAL VOTES OF THE**

**STATE OF WISCONSIN**

**FOR PRESIDENT AND VICE PRESIDENT**

**OF THE UNITED STATES**