

Charles Burnham, Esq.
charles@burnhamgorokov.com
*Licensed to practice in Virginia and the
District of Columbia*

March 4, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 9D
Sana Ana, CA 92701-4516

      Re:     **Eastman v. Thompson, 8:22cv00099**

Dear Judge Carter,

     I write to request permission to appear at the March 8, 2022 status hearing virtually.

     Under current COVID conditions, it remains advisable to avoid air travel as much as possible. I am in regular contact with family members who are high risk or unvaccinated.

     In addition, as discussed in scheduling emails with the court and all parties, I have a previously scheduled matter in D.C. Superior court on Wednesday March 9 at 9:30am. It would be impractical for me to appear in California on March 8 and return in time for my March 9 appearance.

     Finally, Dr. Eastman has recently contracted COVID. He is recovering but still experiencing symptoms and likely remains contagious. It would not be advisable for him to travel by plane or appear in court.

     For these reasons, undersigned counsel respectfully requests permission to attend the March 8, 2022 status conference virtually.

Sincerely,

/s/ Charles Burnham

Charles Burnham