FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Chapman University

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br>c/o Burnham & Gorokhov, PLLC<br>1424 K Street NW, Suite 500<br>Washington, D.C. 20005,<br><br>        Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; Rayburn House Office Building, 2466, Washington, DC 20515<br><br>SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br><br>CHAPMAN UNIVERSITY, 1 University Dr. Orange, CA 92866,<br><br>        Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**DEFENDANT CHAPMAN UNIVERSITY'S REQUEST TO APPEAR VIRTUALLY AT THE MARCH 8, 2022 HEARING RE: PRIVILEGE ISSUES**<br><br>Date:     March 8, 2022<br>Time:    9:00 a.m.<br><br>Judge:    Hon. David O. Carter<br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.:    9D<br>Trial Date:  not set |

TO THE COURT AND THE PARTIES OF RECORD:

Fred M. Plevin, counsel for Defendant Chapman University, respectfully requests to appear virtually at the Status Conference currently set for March 8, 2022, at 9:00 a.m.

I have previously requested to appear remotely in this matter due to my recovery from total knee replacement surgery in December 2021, and the Court has granted both prior requests.

My recovery is progressing and I did not ask the Court to appear remotely for the March 8, 2022 hearing because I believed all other counsel would attend in person and I could likely tolerate the driving and walking required to attend in person. However, today the Court granted the requests of all other counsel in the case to appear remotely. The March 8, 2022 hearing will focus on arguments and issues raised between the Plaintiff and the House Defendants. Chapman University was not required to, and did not, file any briefing for the hearing. As with the last hearing in this case, I do not anticipate that I will be an active participant in the hearing or offer any arguments to the Court on behalf of Chapman University.

In addition, I have trial call for a jury trial in San Diego Superior Court on March 11, 2022, and having to spend a half-day or more to attend the hearing on March 8 in person would be a hardship for me with respect to my ability to prepare for my trial.

For these reasons, I request that the Court grant my request to appear remotely for the March 8, 2022 hearing.

Respectfully Submitted,

Dated: March 4, 2022

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:     */s/ Fred M. Plevin*
FRED M. PLEVIN
Attorneys for Defendant Chapman University