Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff,*<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**MOTION TO EXCEED PAGE LIMIT TO MATCH DEFENDANTS' EXCEEDED PAGE LIMIT**<br><br>Date: March 8, 2022<br>Time: 8:00 a.m.<br>Judge: Hon. David O. Carter<br><br>Magistrate Judge: Hon. Douglas F. McCormick<br>Crtrm.: 9D<br>Trial Date: not set |

On February 14, 2022, this Court ordered briefing on the question of Plaintiff's assertion of privilege over documents dated January 4-7, 2021.

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 1

ECF#104.  Each side was allotted 60 pages of total briefing (Plaintiff's opening brief of 40 pages and reply brief of 20 pages; Defendants' opposition brief of 60 pages).  *Id.*

Local Rule 11-3.3 provides that pages are to be numbered "consecutively at the bottom of each page."  Contrary to that local rule, Defendants did not number their brief "consecutively."  Rather, in the opposition brief they filed on Wednesday evening, March 2, they utilized roman numerals for the first 15 pages of the brief, beginning anew by numbering page 16 of the brief as page "1."  The brief is 71 pages in total, significantly in excess of the 60 pages allotted by this Court's February 14 order.

This Court made clear during oral argument on February 14, 2022, that the briefing schedule and page limitations were designed to "balance" the total briefing by each side with a "total equal number of pages."  Tr. at 18:21-19:2 (ECF#113).  Defendants' unilateral decision to exceed that page limitation without leave of this Court has made it difficult for Plaintiff to respond to all of Defendants' contentions in the 20 pages allotted to him in reply.  Plaintiff therefore respectfully requests that the page limit for his reply brief be increased to 31 pages, to provide each side with the "total equal number of pages" this Court specified and to give Plaintiff the opportunity to respond to the additional arguments advanced by Defendants in their oversized brief.

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 2

| | |
|---|---|
| March 4, 2022 | Respectfully submitted, |

/s/*Anthony T. Caso*
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com

*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - 3

# CERTIFICATE OF SERVICE

I have served this filing on all counsel through the Court's ecf system.

Respectfully submitted,

/s/Charles Burnham
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920