Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *admitted pro hac vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

JOHN C. EASTMAN,

*Plaintiff,*

vs.

BENNIE G. THOMPSON, *et al.*

*Defendants*

Case No.: 8:22-cv-00099-DOC-DFM

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Judge: Hon. David O. Carter
Trial Date: NOT SET

Plaintiff John C. Eastman, through counsel, respectfully provides this court with a decision rendered yesterday by the United States District Court for the District of Columbia in *United States v. Garrett Miller*, No. 1:21-cr-00119-CJN (D.D.C. Mar. 7, 2022), attached as exhibit A.

The decision is relevant to claims made by the Congressional Defendants on the issue of privilege currently pending before this Court. Specifically, the D.C.

District Court held that 18 U.S.C. § 1512(c)(2), one of the three grounds on which the Congressional Defendants have raised the prospect of crime-fraud exception to privilege, "must be interpreted as limited by subsection (c)(1), and thus requires that the defendant have taken some action with respect to a document, record, or other object in order to corruptly obstruct, impede or influence an official proceeding." Slip. Op. at 28. As a result, the court dismissed the Section 1512(c)(2) count for obstruction contained in the indictment against one of the protestors who breached the Capitol on January 6, 2021. *Id.* at 29.

March 8, 2022

Respectfully submitted,

/s/*Anthony T. Caso*
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/ Charles Burnham

Charles Burnham
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
Email: charles@burnhamgorokhov.com

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY – PAGE 3**