# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-00099-DOC-(DFMx)          Date: March 8, 2022

Title: John C. Eastman v. Bennie G. Thompson, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Charles Burnham | Douglas Letter |
|  | Fred Plevin |

## PROCEEDINGS (Held via Zoom): STATUS CONFERENCE

Plaintiff, Dr. John Eastman, also present.

The case is called.

The Court hears oral arguments. The Court's order to issue.

The Court orders the transcript be produced, uploaded to CM/ECF immediately and made available on the docket forthwith.

The Court further orders the transcript be produced at government expense and billed at the hourly rate.

cc: CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov

2 : 34
Initials of Deputy Clerk: kdu