OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Congressional Defendants respectfully respond to Plaintiff's Notice of Supplemental Authority, ECF No. 190, regarding the decision rendered by the United States District Court for the District of Columbia in *United States v. Miller*, No. 21-00119 (D.D.C. Mar. 7, 2022). *Miller* holds that 18 U.S.C. § 1512(c)(2) "requires that the defendant have taken some action with respect to a document, record, or other object in order to corruptly obstruct, impede or influence an official proceeding." Slip Op. at 28.

Congressional Defendants hereby inform the Court that every other decision in the United States District Court for the District of Columbia arising out of the events of January 6 that has considered this argument has held to the contrary. *See United States v.*

*Grider*, No. 21-0022, 2022 WL 392307, at *5-6 (D.D.C. Feb. 9, 2022); *United States v. Nordean*, No. 21-175, 2021 WL 6134595, at*6-8 (D.D.C. Dec. 28, 2021); *United States v. Montgomery*, No. 21-46, 2021 WL 6134591, at *10-18 (D.D.C. Dec. 28, 2021); *United States v. Mostofsky*, No. 21-138, 2021 WL 6049891, at *11 (D.D.C. Dec. 21, 2021); *United States v. Caldwell*, --- F. Supp. 3d ---, 2021 WL 6062718, at *11-20 (D.D.C. Dec. 20, 2021); *United States v. Sandlin*, --- F. Supp. 3d ---, 2021 WL 5865006, at *5-9 (D.D.C. Dec. 10, 2021).

In addition, the Ninth Circuit upheld a Section 1512(c)(2) conviction for conduct that did not involve "tak[ing] some action with respect to a document, record, or other object," *Miller* at 28, although the court of appeals' decision did not address this question. *See United States v. Lonich*, 23 F.4th 881, 904-07 (9th Cir. 2022) (upholding conviction for attempting to violate Section 1512(c)(2) by instructing witness to deceive grand jury).

In any event, Plaintiff has waived any such argument by not raising it in his briefs. Furthermore, Congressional Defendants have presented sufficient evidence to find a violation of Section 1512(c)(2), even under the *Miller* construction. *See* Br. at 8-9, 41-42.

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
MICHELLE S. KALLEN
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

**CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On March 10, 2022, I served the **CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2022 here, at Bethesda, Maryland.

*/s/* Douglas N. Letter

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**