

Charles Burnham, Esq.
charles@burnhamgorokov.com
*Licensed to practice in Virginia and the*
*District of Columbia*

March 14, 2022

**BY CM/ECF**

The Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street
Courtroom 9D
Sana Ana, CA 92701-4516

      Re:    Eastman v. Thompson, 8:22cv00099

Dear Judge Carter,

      In this Court's January 26 minute order, this Court invited Plaintiff to "notify the Court of any issues he faces maintaining" the Court's document production schedule. Pursuant to that invitation, Plaintiff respectfully requests a reasonable reduction in the daily production quota from 1500 to an appropriate number in the 750-1000 range. Our reasons are as follows.

      With the exception of the time period surrounding the recent briefing schedule, we have produced at least 1500 documents for each business day and in fact have produced 2,951 more than was required. We have either produced or claimed privilege for all the documents from January 4-7, 2021, the time period the defendants have identified as most critical.

      As previously represented to the Court, the daily privilege review is not something that can be delegated to an associate or paralegal because Dr. Eastman is the only one with the necessary background knowledge to assess the privileged nature of the documents. Although the time required to review 1500 documents varies based on the nature of the material, Dr. Eastman reports that it has at times taken up to 10 hours per day.

      In addition to his employment as a scholar with the Claremont Institute, Dr. Eastman maintains an active law practice. Maintaining the daily review schedule along with these professional responsibilities has at times created a significant hardship.

  If the 1500 per day schedule were to be maintained, the review would be completed by April 6. If this Court were to reduce the number to 750, the review would be completed at latest by May 6. At 1000 per day, the production would likely be complete by around April 21.

  As stated above, the defendants are already in possession of the unprivileged emails surrounding January 6 and the privilege issues surrounding those documents have already been briefed and argued to the Court. In light of this, we submit that the defendants would not be unduly prejudiced from a reasonable extension of the review schedule for the remaining materials.

            Sincerely,

            /s/ Charles Burnham

            Charles Burnham