Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *admitted pro hac vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**MOTION FOR EARLY DISCOVERY**<br><br>Trial Date: None<br>Judge: Hon David O. Carter<br><br>Magistrate Judge:<br>   Hon. Douglas F. McCormick |

## **ORDER**

Plaintiff's motion for leave to serve discovery on defendant Chapman University is granted. Plaintiff may conduct a reasonable number of depositions, serve up to 25 requests for admission, 10 interrogatories, and 20 requests for production on defendant Chapman University.

Entered on:_____.

_____.
Hon. David O. Carter.