OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EARLY DISCOVERY** |

Congressional Defendants write to oppose Plaintiff's Motion for Early Discovery from Chapman University. *See* ECF No. 231.

If Plaintiff believed discovery was necessary to resolve this case, he should have filed such a motion long ago. Instead, and as he notes, he "briefed and argued to the Court . . . on multiple occasions" the issue on which he now seeks discovery. *Id.* at 2.

Plaintiff did not suggest in those briefings, or in oral argument before this Court, that discovery would be needed. Plaintiff had ample opportunity, prior to filing this motion, to represent that, "[i]f this Court is at all inclined to consider the congressional defendants' Chapman waiver argument, thorough factual development is necessary." *Id.* at 3. He did not do so.

Plaintiff's motion is yet another attempt on his part to delay the Court's resolution of these issues and thereby undermine the Select Committee's investigation into "the most serious attack on the operations of the Federal Government since the Civil War." *Trump v. Thompson*, 20 F.4th 10, 16 (D.C. Cir. 2021) (quoting Letter from Dana A. Remus, Counsel to the President, to David Ferriero, Archivist of the United States (Oct. 8, 2021)). From the start, Plaintiff has resisted Congressional Defendants' efforts to move this process expeditiously. *See* ECF No. 44 at 39 (acknowledging that Plaintiff initially refused to produce a privilege log); ECF No. 69 at 30-33 (indicating that "it's just not going to be reasonable" to review "anywhere close to 1,500 [documents] a day"); ECF No. 212 (requesting, after several weeks of successfully reviewing 1,500 documents, a reduction from 1,500 to 1,000 documents per day). He resisted efforts to prioritize key date ranges. *See* ECF No. 69 at 35-38 (requesting ability to review documents "whatever way necessary to be most sufficient to us in terms of dates and order and so on"). He opposed briefing on the documents from key date ranges. *See* ECF No. 113 at 7-8. And, once ordered to brief these issues, he requested an unspecified

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR EARLY DISCOVERY**

1  extension of time for his reply alongside extensive discovery into the Select Committee's
2  records.  *See* ECF No. 172 at 5.
3
   Plaintiff's motion should be denied.
4

6                                              Respectfully submitted,

8  /s/ *Douglas N. Letter*
   DOUGLAS N. LETTER
9    *General Counsel*
   TODD B. TATELMAN
10   *Principal Deputy General Counsel*
   ERIC R. COLUMBUS
11   *Special Litigation Counsel*
   MICHELLE S. KALLEN
12   *Special Litigation Counsel*
   STACIE M. FAHSEL
14   *Associate General Counsel*

16 OFFICE OF GENERAL COUNSEL
   U.S. HOUSE OF
17 REPRESENTATIVES
   5140 O'Neill House Office Building
18 Washington, D.C. 20515
   (202) 225-9700
19 Douglas.Letter@mail.house.gov

21                                              -and-

23 SHER TREMONTE LLP
   Justin M. Sher
   Michael Tremonte
24 Noam Biale
25 Maya Brodziak
   Kathryn E. Ghotbi
26 90 Broad Street, 23rd Floor
27 New York, New York 10004
   (212) 202-2600
28 JSher@shertremonte.com

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR EARLY DISCOVERY**

MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER
John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

**CONGRESSIONAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR EARLY DISCOVERY**

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On March 19, 2022, I served the **CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EARLY DISCOVERY** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2022 here, at Bethesda, Maryland.

*/s/* Douglas N. Letter

**CONGRESSIONAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EARLY DISCOVERY**