# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 22-000099-DOC-DFM                                   Date: March 29, 2022

Title: JOHN EASTMAN V. BENNIE THOMPSON ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER**

The Court DENIES AS MOOT Defendant's Motion to Exceed Page Limitation (Dkt. 22), Plaintiff's Motion to Continue January 24 hearing (Dkt. 26), and Plaintiff's Motion for Early Discovery (Dkt. 231).

The Court DENIES Robert Heghmann's Motion to Intervene (Dkt. 255), as the proposed intervenor has no unique legal interest in this case not adequately represented by existing parties, and because his motion is untimely.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                       Initials of Deputy Clerk: djl