# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

### **PLAINTIFF'S STATUS REPORT**

Plaintiff hereby submits the following status report to the Court:

1. Plaintiff has now completed the privilege review ordered by this Court.

2. The review began with 21,396 documents totaling 94,153 pages identified by Chapman as meeting the Select Committee's search terms.

3. With the agreement of the Select Committee, 11,437 documents, totaling 29,140 pages, were culled from the production as mass mailings.

4. Of the remaining 9,959 documents and 65,013 pages, Dr. Eastman produced 6,035 documents totaling 25,319 pages, and then another 24 documents totaling 231 pages in response to objections by Defendants.

5. In accord with his ethical obligations "[t]o maintain inviolate the confidence, and at every peril to himself … to preserve the secrets, of his … client," Cal. Bus. &

Prof. Code § 6068(e)(1); *see also* D.C. Rules of Professional Conduct 1.6(a), Dr. Eastman asserted various privileges over 3,907 documents totaling 40,656 pages,[1] including attorney-client privilege and work product protection involving 65 different clients or potential clients.

6. Defendants made no objection to Dr. Eastman's claims of privilege over 643 documents totaling 3,006 pages,[2] but did object to every claim of attorney-client privilege and work-product protection that Dr. Eastman asserted with respect to his representation of former President Trump and/or his campaign committee. Those 3,264 documents, totaling 37,650 pages, have therefore been submitted for *in camera* inspection pursuant to this Court's order of January 26, 2022. Of those, 111 documents generated between January 4 and 7, 2021, totaling 336 pages, have already been considered *in camera* by this Court. Dr. Eastman has produced 101 of those documents, totaling 315 pages, (plus another 4 documents/16 pages which were duplicates) for which this Court sustained the Select Committee's objections to Dr. Eastman's assertions of privilege, but this Court overruled the Selection Committee's objections with respect to the remainder.

7. In sum, of the 21,396 documents / 94,153 pages identified by Chapman University as response to the Select Committee's subpoena (as amended by the Select

---

[1] 6 documents, totaling 1,192 pages, were produced with privilege materials redacted, and hence both produced and listed on privilege logs.
[2] There are two more days of privilege logs to which the Select Committee's objections, if any, have not yet been submitted. These numbers include estimates for the final two days, based on the Committee's prior objections.

Committee's list of search terms), Dr. Eastman has produced or (at the Select Committee's request) culled 17,496 documents / 55,020 pages and asserted privilege over an additional 643 documents / 3,006 pages to which the Select Committee did not object. The Court has upheld privilege claims over 10 documents, totaling 21 pages. The Select Committee's objections to Dr. Eastman's claims of privilege over the remaining 3,247 documents / 36,106 pages remain pending.[3]

April 18, 2022                                    Respectfully submitted,


                                                  /s/*Anthony T. Caso*

                                                  Anthony T. Caso (Cal. Bar #88561)
                                                  CONSTITUTIONAL COUNSEL GROUP
                                                  174 W Lincoln Ave # 620
                                                  Anaheim, CA 92805-2901
                                                  Phone: 916-601-1916
                                                  Fax: 916-307-5164
                                                  Email:  atcaso@ccg1776.com


                                                  */s/ Charles Burnham*
                                                  Charles Burnham (D.C. Bar # 1003464)
                                                  BURNHAM & GOROKHOV PLLC
                                                  1424 K Street NW, Suite 500
                                                  Washington, D.C. 20005
                                                  Email: charles@burnhamgorokhov.com
                                                  Telephone: (202) 386-6920



                                                  *Counsel for Plaintiff*

---

[3] These numbers may be slightly off, due to some overlap between documents that met the Select Committee's request to cull and those already produced.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing has been served on opposing counsel by email.

By: /s/ Charles Burnham
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com
