**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00099-DOC-DFM                    Date: April 19, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Dajanae Carrigan/Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER RE: REMAINING PRIVILEGE CLAIMS**

On April 18, 2022, Dr. John Eastman filed a Status Report (Dkt. 325) alerting the Court that he has completed his privilege review. Dr. Eastman claims privilege and the Select Committee objects to 3,247 documents, totaling approximately 36,106 pages.[1] Status Report at 3. Dr. Eastman has already submitted these documents to the Court for *in camera* review.

Accordingly, the Court **ORDERS** as follows:

1. Dr. Eastman and the Select Committee shall compile and submit a consolidated privilege log with only the remaining challenged documents and objections by April 25, 2022 at 12 pm Pacific Time.

2. Dr. Eastman shall review and revise for consistency any privilege claims made prior to the Court's March 28, 2022 Order (Dkt. 260). For example, Dr. Eastman should remove any duplicate documents; non-substantive documents, like logos or

---

[1] The Court notes that these numbers are subject to change based on the Select Committee's final two days of objections. The Select Committee and Dr. Eastman shall update the Court with the final numbers of challenged documents and pages as soon as they are available.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM                                    Date: April 19, 2022

Page 2

email signatures; and publicly available documents, such as articles and tweets. If Dr. Eastman still asserts claims over such documents, he should address in the consolidated privilege log why those documents are not disclosable under the Court's prior Order.

3. Dr. Eastman and the Select Committee shall file a joint report by April 25, 2022 at 12 pm Pacific Time detailing their proposed procedure (such as briefing schedule and page limits) for the Court to decide the remaining privilege claims.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                       Initials of Deputy Clerk: dca/kdu

CIVIL-GEN