/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

/s/ *Charles Burnham*

Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

## MOTION TO EXTEND DEADLINE

Comes now the Plaintiff, Dr. John Eastman and moves to extend the April 25, 2022 deadline to submit a consolidated privilege log, joint status report and proposed briefing schedule. Plaintiff submits as follows:

1. Plaintiff completed his privilege review on April 15 which was almost one week ahead of the April 21 completion date proffered by Plaintiff to the Court on March 14.  ECF 212.
2. This Court entered an order on April 19 requiring Plaintiff and the Select Committee to submit a consolidated privilege log and joint status report with proposed briefing schedule by April 25. ECF 328.  The Court also ordered Dr. Eastman to review and revise privilege claims made prior to this Court's order on March 28.  *Id*.
3. Dr. Eastman will be traveling for professional reasons from April 22-25 which will greatly limit his ability to work with counsel to complete the review and consolidated privilege log.
4. In addition, Plaintiff also requires more time to discuss a joint response to this Court's April 19 order with counsel for the Select Committee.
5. Plaintiff requests a brief delay until April 29 to submit a consolidated privilege log, joint status report and proposed briefing schedule to the Court.  Plaintiff submits that this delay is not unreasonable in light of the fact that the privilege review was completed almost one week ahead of schedule.
6. An email sent yesterday to several members of the Select Committee legal team seeking their position on this filing was not immediately responded to.

For the foregoing reasons, Plaintiff respectfully requests that this Court extend the deadline for the consolidated privilege log, joint status report, and briefing schedule until Friday, April 29, 2022.

| | |
|---|---|
| April 22, 2022 | Respectfully submitted, |
| | /s/*Anthony T. Caso* |
| | Anthony T. Caso (Cal. Bar #88561) |
| | CONSTITUTIONAL COUNSEL GROUP |
| | 174 W Lincoln Ave # 620 |
| | Anaheim, CA 92805-2901 |
| | Phone: 916-601-1916 |
| | Fax: 916-307-5164 |
| | Email:  atcaso@ccg1776.com |
| | |
| | */s/ Charles Burnham* |
| | Charles Burnham (D.C. Bar # 1003464) |
| | BURNHAM & GOROKHOV PLLC |
| | 1424 K Street NW, Suite 500 |
| | Washington, D.C. 20005 |
| | Email: charles@burnhamgorokhov.com |
| | Telephone: (202) 386-6920 |
| | |
| | *Counsel for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing has been served on opposing counsel by email.

By: */s/ Charles Burnham*
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com