OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**NOTICE** |

1. On April 19, 2022, this Court issued an Order Re: Remaining Privilege Claims (Dkt. 328) directing the parties to compile and submit a consolidated privilege log with only the remaining challenged documents and objections.

2. On April 29, 2022, after seeking (Dkt. 333) and receiving (Dkt. 334) an extension of time to file the consolidated privilege log, Plaintiff filed a Joint Status Report (Dkt. 335). In the Joint Status Report, Plaintiff noted that he would withdraw privilege claims with respect to several hundred documents

      totaling over 10,000 pages. Plaintiff also requested discovery of all defendants. Defendants Bennie G. Thompson and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, the "Select Committee") requested an opportunity to review the remaining privilege claims in light of the documents Plaintiff intended to produce and to submit to the Court a proposal for next steps no later than May 6, 2022.

3. On May 2, 2022, the Select Committee received from Plaintiff a production of **933** documents totaling approximately **15,616** pages along with a consolidated privilege log identifying **2,018** documents totaling approximately **20,110** pages. The Select Committee has since reviewed both the documents as well as the consolidated privilege log produced by Plaintiff.

4. Based on that review, the Select Committee hereby notifies Plaintiff that it withdraws its objections to **721** documents, totaling approximately **13,929** pages. Further, the Select Committee hereby notifies Plaintiff that of the remaining documents, the Select Committee is willing to hold in abeyance its objections to **576** documents, totaling approximately **3,236** pages. Although the Select Committee does not withdraw its objections to these **576** documents, it does not intend to pursue *in camera* review of these documents at this time. The Select Committee reserves the right to request *in camera* review of the documents held in abeyance at a later date.

5. The Select Committee stands on its objections to the remaining **721** documents, totaling approximately **2,945** pages. The Select Committee believes these **721** documents are appropriate for the Court's *in camera* review and consideration at this time.

6. The Select Committee will provide to Plaintiff a list of the bates numbers of documents for which it is withdrawing its objections or holding its objections in abeyance. The Select Committee respectfully suggests that

Plaintiff provide to the Court the further revised consolidated privilege log contemplated in the Joint Status Report (Dkt. 335) containing only the **721** documents that the Select Committee believes at this time are appropriate for *in camera* review.

7. The Select Committee believes that the legal issues underlying Plaintiff's claims of attorney-client privilege or work product protection have largely, if not entirely, been determined by the Court's Order of March 28, 2022 (Dkt. 260). However, should Plaintiff believe that additional briefing is necessary, and should this Court agree, the Select Committee respectfully requests that the Court set an expedited briefing schedule. The Select Committee's need for the documents at issue has only become more significant in light of its review of the documents produced following the Court's Order of March 28, 2022, and as the Select Committee prepares to present the conclusions of its investigation to the public through hearings, scheduled to begin in June 2022, and forthcoming reports. *See* H. Res. 503, 117th Cong. (2021). Thus, the Select Committee proposes the following briefing schedule:

    Friday, May 13, 2022:    Plaintiff's opening brief
    Friday, May 20, 2022:    Select Committee's response brief
    Tuesday, May 24, 2022: Plaintiff's reply brief

8. For the reasons stated in the Select Committee's Response to Plaintiff's Motion for Exculpatory Evidence (Dkt. 178), its Response to Plaintiff's Motion for Early Discovery (Dkt. 237), and Chapman University's Opposition to Plaintiff's Motion for Early Discovery (Dkt. 232), the Select Committee objects to discovery as inappropriate and unnecessary to resolve these issues. As this Court has already held, Plaintiff, not the Select Committee, is in the best position to present evidence to rebut the assertion that his legal counsel was used to further a crime or fraud. *See* Order, Dkt.

182 at 2.

                Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
MICHELLE S. KALLEN
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

**NOTICE**
4

-and-

ARNOLD & PORTER
John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

*Counsel for Congressional Defendants*

Dated: May 6, 2022

# CERTIFICATE OF SERVICE

## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On May 6, 2022, I served the **NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2022 here, at Bethesda, Maryland.

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Douglas N. Letter