
/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

*/s/ Charles Burnham*

Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MAY 6 STATUS REPORT**

Plaintiff hereby submits the following response to the congressional defendants' May 6 status report:

1. The congressional defendants have advised in their May 6 status report that they are withdrawing or "hold[ing] in abeyance" their privilege challenges to all but 721 documents (2,945 pages).  ECF 336.

2. The congressional defendants state that they will provide Plaintiff a list of Bates numbers for the objections being withdrawn or held abeyance. *Id*.  Plaintiff has not yet received these numbers from defendants.

3. Without knowing which documents remain at issue, Plaintiff is unable to offer a position on the continuing need for discovery, an appropriate briefing schedule, or whether further narrowing of the disputed privilege issues may be possible. Plaintiff will file a prompt status with the Court upon receipt of the Bates numbers and preliminary review of remaining documents.

4. The congressional defendants request for immediate *in camera* review or an "expedited" briefing schedule is premature.   Although Plaintiff will continue to work with defendants to narrow the issues, it remains a distinct possibility that novel legal issues may remain to be briefed to the Court.

5. Moreover, the congressional defendants' claimed "need" to "present the conclusions of its investigation to the public through hearings, scheduled to being

in June 2022" is not cognizable by this Court.  The committee has not identified any prospective legislation delayed due to want of Dr. Eastman's emails. Presenting "conclusions" in "public hearings" is not a valid legislative purpose.

May 7, 2022                                            Respectfully submitted,


/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com


*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920



*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing has been served on opposing counsel by ecf.

By: */s/ Charles Burnham*
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com