UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM                                   Date: May 8, 2022

Title: JOHN EASTMAN V. BENNIE THOMPSON ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| T. Steele | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER**

On Friday, May 6, 2022, Defendant Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") notified the Court that it is currently requesting *in camera* review of 721 of Plaintiff Dr. John Eastman's documents. Dkt. 336 ¶ 4. To facilitate this review, the Select Committee represented that it would provide Dr. Eastman with a list of Bates numbers for those documents. *Id.* ¶ 6. On Saturday, May 7, 2022, Dr. Eastman stated that he had not yet received such a list. Dkt. 337 ¶ 2.

Accordingly, the Court ORDERS the Select Committee to submit to the Court and Dr. Eastman a list of Bates numbers for the 721 documents by Monday, May 9, 2022 at 12:00 pm Pacific Time. The Court ORDERS Dr. Eastman to produce a revised consolidated privilege log listing the 721 documents and to file a Status Report detailing his proposed briefing schedule by Tuesday, May 10, 2022 at 4:00 pm Pacific Time.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: ts

MINUTES FORM 11
CIVIL-GEN