OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**NOTICE** |

Pursuant to the Court's minute order on May 8, 2022, the Defendant Select Committee to Investigate the January 6th Attack on the United States Capitol hereby provides a list of beginning Bates numbers for the 721 documents for which it is requesting this Court's *in camera* review (*see* Dkt. 336). Earlier today, the Select Committee provided counsel for Plaintiff with a spreadsheet containing these Bates numbers.

**Bates numbers:**

Chapman003226
Chapman003228
Chapman003248
Chapman003250
Chapman003268
Chapman003269
Chapman003270
Chapman003271
Chapman006672
Chapman006673
Chapman006853
Chapman006854
Chapman006855
Chapman006856
Chapman006857
Chapman006941
Chapman006942
Chapman006943
Chapman006965
Chapman007100
Chapman007101
Chapman007106
Chapman007177
Chapman007254
Chapman007320
Chapman007394
Chapman007402
Chapman007403
Chapman007414
Chapman007416
Chapman007419
Chapman007495
Chapman007498
Chapman007504
Chapman007650
Chapman007652
Chapman007654
Chapman007734
Chapman007776
Chapman007782

**NOTICE**

Chapman007799
Chapman008549
Chapman008557
Chapman008565
Chapman008566
Chapman008567
Chapman008739
Chapman008742
Chapman009106
Chapman010041
Chapman011779
Chapman015393
Chapman015584
Chapman015636
Chapman015944
Chapman015960
Chapman015965
Chapman015966
Chapman015968
Chapman015980
Chapman015982
Chapman016022
Chapman016181
Chapman016182
Chapman016184
Chapman016194
Chapman016285
Chapman016301
Chapman016334
Chapman016349
Chapman016350
Chapman016354
Chapman016379
Chapman016381
Chapman016458
Chapman016561
Chapman016892
Chapman016893
Chapman016894
Chapman016895
Chapman016901
Chapman017124

Chapman017197
Chapman017247
Chapman017257
Chapman017416
Chapman018110
Chapman018270
Chapman018361
Chapman018406
Chapman018548
Chapman018550
Chapman018552
Chapman018554
Chapman018592
Chapman018593
Chapman018684
Chapman018793
Chapman018796
Chapman018797
Chapman018813
Chapman018814
Chapman018821
Chapman018822
Chapman018858
Chapman018863
Chapman018865
Chapman018875
Chapman018887
Chapman018897
Chapman018901
Chapman018902
Chapman018919
Chapman018920
Chapman018956
Chapman018971
Chapman018974
Chapman019169
Chapman019182
Chapman019185
Chapman019212
Chapman019276
Chapman019284
Chapman019686

**NOTICE**

Chapman019880
Chapman019888
Chapman019889
Chapman020142
Chapman020163
Chapman020804
Chapman020807
Chapman020826
Chapman021094
Chapman021105
Chapman021106
Chapman021111
Chapman021112
Chapman021113
Chapman021115
Chapman021116
Chapman021117
Chapman021119
Chapman021120
Chapman021122
Chapman021124
Chapman021126
Chapman021190
Chapman021193
Chapman021242
Chapman021243
Chapman021245
Chapman021253
Chapman021298
Chapman021301
Chapman021363
Chapman021429
Chapman021430
Chapman021698
Chapman021716
Chapman021760
Chapman021806
Chapman021814
Chapman021854
Chapman022679
Chapman022779
Chapman022780

**NOTICE**

Chapman022912
Chapman023038
Chapman023042
Chapman023047
Chapman023048
Chapman023049
Chapman023052
Chapman023056
Chapman023060
Chapman023061
Chapman023101
Chapman023107
Chapman023110
Chapman023113
Chapman023156
Chapman023160
Chapman023233
Chapman023240
Chapman023242
Chapman023244
Chapman023248
Chapman023285
Chapman023289
Chapman023290
Chapman023291
Chapman023292
Chapman023306
Chapman023308
Chapman023310
Chapman023324
Chapman023325
Chapman023326
Chapman023333
Chapman023343
Chapman023344
Chapman023349
Chapman023352
Chapman023383
Chapman023408
Chapman023421
Chapman023426
Chapman023431

**NOTICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chapman023434
Chapman023527
Chapman023532
Chapman023534
Chapman023539
Chapman023542
Chapman023549
Chapman023550
Chapman023551
Chapman023552
Chapman023554
Chapman023555
Chapman023556
Chapman023568
Chapman023575
Chapman023582
Chapman023584
Chapman023591
Chapman023631
Chapman023638
Chapman023673
Chapman023674
Chapman023740
Chapman023774
Chapman023777
Chapman023819
Chapman023826
Chapman023833
Chapman023839
Chapman023845
Chapman023852
Chapman023858
Chapman023862
Chapman023866
Chapman023870
Chapman023875
Chapman023880
Chapman023885
Chapman023893
Chapman023894
Chapman023898
Chapman023899

**NOTICE**

Chapman023905
Chapman023906
Chapman023910
Chapman023918
Chapman023956
Chapman023998
Chapman024133
Chapman024212
Chapman024218
Chapman024234
Chapman024310
Chapman024332
Chapman024618
Chapman024653
Chapman024697
Chapman024698
Chapman024703
Chapman024714
Chapman024716
Chapman024725
Chapman024727
Chapman024730
Chapman024732
Chapman024739
Chapman024746
Chapman024752
Chapman024760
Chapman024762
Chapman024776
Chapman024777
Chapman024778
Chapman024780
Chapman024781
Chapman024788
Chapman024789
Chapman024790
Chapman024791
Chapman024792
Chapman024793
Chapman024794
Chapman024795
Chapman024797

**NOTICE**

Chapman024800
Chapman024802
Chapman024803
Chapman024866
Chapman024874
Chapman024876
Chapman024883
Chapman024884
Chapman024885
Chapman024886
Chapman024887
Chapman024888
Chapman024889
Chapman024893
Chapman024895
Chapman024897
Chapman024899
Chapman024905
Chapman024906
Chapman024931
Chapman024947
Chapman024948
Chapman024950
Chapman025028
Chapman025031
Chapman025033
Chapman025035
Chapman025108
Chapman025111
Chapman025165
Chapman025167
Chapman025170
Chapman025220
Chapman025225
Chapman025438
Chapman025442
Chapman025553
Chapman025558
Chapman025877
Chapman025888
Chapman025900
Chapman025905

**NOTICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chapman025908
Chapman026072
Chapman026075
Chapman026091
Chapman026385
Chapman026452
Chapman026757
Chapman026789
Chapman026790
Chapman026791
Chapman026793
Chapman026836
Chapman026869
Chapman026874
Chapman026884
Chapman026885
Chapman026903
Chapman026904
Chapman026910
Chapman027936
Chapman027939
Chapman027941
Chapman027952
Chapman028045
Chapman028060
Chapman028064
Chapman028070
Chapman028071
Chapman028074
Chapman028075
Chapman028078
Chapman028104
Chapman028148
Chapman028154
Chapman028168
Chapman028376
Chapman028399
Chapman028426
Chapman028479
Chapman028487
Chapman028530
Chapman028783

**NOTICE**

Chapman028853
Chapman028952
Chapman029007
Chapman029159
Chapman029162
Chapman029233
Chapman029273
Chapman029322
Chapman029352
Chapman029397
Chapman029417
Chapman029420
Chapman029444
Chapman029457
Chapman029560
Chapman029734
Chapman029783
Chapman029791
Chapman030012
Chapman030013
Chapman030015
Chapman030032
Chapman030038
Chapman030039
Chapman030040
Chapman030041
Chapman030048
Chapman030052
Chapman030111
Chapman030118
Chapman030119
Chapman030175
Chapman030176
Chapman030666
Chapman030669
Chapman031059
Chapman031209
Chapman031213
Chapman031471
Chapman031537
Chapman031598
Chapman031602

**NOTICE**

Chapman031628
Chapman031634
Chapman031635
Chapman031640
Chapman032015
Chapman032021
Chapman032071
Chapman032072
Chapman032079
Chapman032106
Chapman033360
Chapman038210
Chapman043503
Chapman045886
Chapman046154
Chapman046183
Chapman046474
Chapman047297
Chapman047433
Chapman047436
Chapman048373
Chapman048793
Chapman049452
Chapman049527
Chapman049528
Chapman049668
Chapman050327
Chapman051017
Chapman051059
Chapman051290
Chapman051291
Chapman051303
Chapman051311
Chapman051316
Chapman051402
Chapman051403
Chapman051407
Chapman051408
Chapman051450
Chapman051759
Chapman052452
Chapman052945

**NOTICE**

Chapman052946
Chapman052958
Chapman053065
Chapman053452
Chapman053453
Chapman053460
Chapman053475
Chapman053537
Chapman053565
Chapman053826
Chapman055012
Chapman055029
Chapman055039
Chapman055050
Chapman055112
Chapman055127
Chapman055141
Chapman055152
Chapman055271
Chapman055337
Chapman055453
Chapman055457
Chapman055486
Chapman055518
Chapman055522
Chapman055569
Chapman056070
Chapman056115
Chapman056667
Chapman056671
Chapman056672
Chapman056678
Chapman056679
Chapman056686
Chapman056980
Chapman057425
Chapman057441
Chapman057449
Chapman057790
Chapman057794
Chapman057798
Chapman057807

**NOTICE**

Chapman057809
Chapman057812
Chapman057872
Chapman057880
Chapman057886
Chapman057889
Chapman057908
Chapman057961
Chapman058684
Chapman059210
Chapman059222
Chapman059253
Chapman059418
Chapman059448
Chapman059452
Chapman059485
Chapman059498
Chapman059500
Chapman059504
Chapman059506
Chapman059510
Chapman059613
Chapman059651
Chapman059685
Chapman059691
Chapman059729
Chapman059799
Chapman059802
Chapman059813
Chapman059825
Chapman059834
Chapman059844
Chapman059855
Chapman059867
Chapman059874
Chapman059895
Chapman059902
Chapman059916
Chapman059924
Chapman059931
Chapman059946
Chapman059962

**NOTICE**

Chapman059970
Chapman059978
Chapman059987
Chapman060033
Chapman060070
Chapman060097
Chapman060106
Chapman060113
Chapman060114
Chapman060117
Chapman060118
Chapman060120
Chapman060123
Chapman060126
Chapman060131
Chapman060142
Chapman060145
Chapman060149
Chapman060153
Chapman060155
Chapman060163
Chapman060183
Chapman060185
Chapman060188
Chapman060193
Chapman060201
Chapman060210
Chapman060230
Chapman060353
Chapman060362
Chapman060453
Chapman060456
Chapman060465
Chapman060475
Chapman060478
Chapman060487
Chapman060498
Chapman060526
Chapman060528
Chapman060565
Chapman060578
Chapman060587

**NOTICE**

Chapman060648
Chapman060748
Chapman060758
Chapman060798
Chapman060803
Chapman060812
Chapman060832
Chapman060862
Chapman060889
Chapman060891
Chapman060897
Chapman061035
Chapman061068
Chapman061078
Chapman061134
Chapman061136
Chapman061146
Chapman061176
Chapman061186
Chapman061231
Chapman061259
Chapman061296
Chapman061309
Chapman061356
Chapman061357
Chapman061359
Chapman061371
Chapman061373
Chapman061397
Chapman061424
Chapman061437
Chapman061449
Chapman061452
Chapman061517
Chapman061531
Chapman061543
Chapman061555
Chapman061560
Chapman061561
Chapman061562
Chapman061563
Chapman061565

**NOTICE**

Chapman061580
Chapman061666
Chapman061668
Chapman061681
Chapman061695
Chapman061697
Chapman061701
Chapman061724
Chapman061763
Chapman061764
Chapman061767
Chapman061768
Chapman061862
Chapman061868
Chapman061904
Chapman061905
Chapman062242
Chapman062641
Chapman062657
Chapman062674
Chapman062675
Chapman062698
Chapman062706
Chapman062749
Chapman062761
Chapman062776
Chapman062778
Chapman062841
Chapman062842
Chapman062844
Chapman062858
Chapman062859
Chapman062860
Chapman062861
Chapman062863
Chapman062865
Chapman062868
Chapman062940
Chapman062944
Chapman062948
Chapman062951
Chapman062955

**NOTICE**

Chapman062958
Chapman062984
Chapman062987
Chapman062996
Chapman063000
Chapman063054
Chapman063058
Chapman063081
Chapman063084
Chapman063091
Chapman063095
Chapman063103
Chapman063114
Chapman063119
Chapman063125
Chapman063131
Chapman063139
Chapman063146
Chapman063154
Chapman063194
Chapman063407
Chapman063416
Chapman063425
Chapman063438
Chapman063448
Chapman063449
Chapman063450
Chapman063451
Chapman063479
Chapman063503
Chapman063512
Chapman063515
Chapman063518
Chapman063519
Chapman063520
Chapman063717
Chapman063919
Chapman063920
Chapman063973
Chapman063974
Chapman063977
Chapman064103

**NOTICE**

Chapman064106
Chapman064108
Chapman064124
Chapman064128
Chapman064133
Chapman064305
Chapman064331
Chapman064715
Chapman064995

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*
TODD B. TATELMAN
  *Principal Deputy General Counsel*
ERIC R. COLUMBUS
  *Special Litigation Counsel*
MICHELLE S. KALLEN
  *Special Litigation Counsel*
STACIE M. FAHSEL
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF
REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

SHER TREMONTE LLP
Justin M. Sher
Michael Tremonte
Noam Biale
Maya Brodziak
Kathryn E. Ghotbi
90 Broad Street, 23rd Floor

NOTICE
19

New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

-and-

ARNOLD & PORTER
John A. Freedman
Paul Fishman
Amy Jeffress
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com

*Counsel for Congressional Defendants*

Dated:  May 9, 2022

**NOTICE**

## CERTIFICATE OF SERVICE

### WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On May 9, 2022, I served the **NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2022 here, at Bethesda, Maryland.

*/s/* Douglas N. Letter

CERTIFICATE OF SERVICE