**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00099-DOC-DFM                                Date: May 12, 2022

Title: JOHN EASTMAN V. BENNIE THOMPSON ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Dajanae Carrigan for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: BRIEFING SCHEDULE**

On Thursday, May 12, 2022, Plaintiff Dr. John Eastman submitted his final Consolidated Privilege Log (Dkt. 342) to the Court and Defendant Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee"). There are now 601 documents in dispute that are subject to the Court's *in camera* review. *Id.* ¶ 2.

Given the urgency of the Select Committee's investigation, the Court adopts an expedited briefing schedule and **ORDERS** the following:

1. Dr. Eastman shall file his opening brief of no more than 40 pages by **Thursday, May 19, 2022 at 5 pm Pacific Time**.

2. Along with his opening brief, Dr. Eastman shall file with the Court and the Select Committee evidence of all attorney-client and agent relationships asserted in the privilege log. Dr. Eastman shall also provide evidence documenting any attorney-client relationships that existed with his clients. Evidence may include engagement letters, retainer agreements, or other writings. The evidence shall confirm the timing and scope of each attorney relationship and each agent relationship, including specific named lawsuits

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM　　　　　　　　　　　　　　　　　　Date: May 12, 2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

if applicable. If there is no written documentation, the Court will accept a sworn statement from an attorney, client, or agent in each relationship attesting that written documentation does not exist and specifying the timing and scope of the relationship.

3. The Select Committee shall file its responsive brief of no more than 60 pages by **Thursday, May 26, 2022 at 5 pm Pacific Time**.

4. Dr. Eastman shall file his reply brief of no more than 20 pages by **Tuesday, May 31, 2022 at 5 pm Pacific Time**.

5. Both parties' briefings shall address higher-level objections that apply to a substantial number of documents, as well as document-specific objections. Both parties shall argue whether the documents in question are subject to the Court's reasoning in its previous Order on the January 4-7, 2021 documents. Dkt. 260.  The parties may cross reference or restate arguments made in their previous briefings for the January 4-7, 2021 documents if appropriate.

If Dr. Eastman does not find additional briefing necessary, he should notify the Court by **Friday, May 13, 2022 at 10 am Pacific Time.** Otherwise, the Court will proceed with the above schedule.

Given the high volume of pages, the Court will begin its *in camera* review of the 601 contested documents immediately.

The Clerk shall serve this minute order on the parties.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: dca/kdu

MINUTES FORM 11
CIVIL-GEN