# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

JOHN C. EASTMAN

    Plaintiff,

vs.

BENNIE G. THOMPSON, *et al.*,

    Defendants.

Case No. 8:22-cv-00099-DOC-DFM

## **MOTION FOR EXTENSION**

Plaintiff's brief in support of privilege claims was due to the Court at 5pm PDT today. Due to an unforeseen family situation that arose during final drafting and editing, undersigned counsel was abruptly unavailable for a time. The brief should be complete later tonight.

For the foregoing reasons, undersigned counsel respectfully requests a brief extension (matter of hours) to file the brief in support of privilege claims.

| | |
|---|---|
| May 19, 2022 | Respectfully submitted, |

/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com


*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920


*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing has been served on opposing counsel by ecf.

By: */s/ Charles Burnham*
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com