OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit G

**From:** Eastman, John
**Sent:** Sunday, January 10, 2021 4:32 PM MST
**To:** <PIISC @msn.com>
**Subject:** Re: Tell us in layman's language, what the heck happened with the dual electors? Please?

No legislature certified them (because governors refused to call them into session), so they had no authority. Alas.

John

Dr. John C. Eastman

(Sent from my mobile device. Please excuse any typos or brevity.)


> On Jan 9, 2021, at 11:32 PM, PIISC msn.com> wrote:
>
> External Message
>
>
> [External Message]
>
> PIISC
> Las Vegas, NV. 89121
> PIISC -7491
> PIISC @msn.com
>
> Thank you kindly PIISC
>
> Sent from my iPhone
> - NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.
>
> NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.
>