OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOHN C. EASTMAN<br><br>　　　Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>　　　Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# **Exhibit H**

**From:** [PIISC] @foley.com < [PIISC] @foley.com>
**Sent:** Sunday, January 03, 2021 7:49 AM MST
**To:** Eastman, John <jeastman@chapman.edu>
**CC:** [PIISC] i@jackidaily.com>; [PIISC] @gmail.com>
**Subject:** Re: Data from states

I can tell you now that I don't think it exists but if you can figure it out, members of Congress are desperate for it.

[PIISC]
Foley & Lardner, LLP
[PIISC] foley.com
1950 (cell)
4081 (office)
Sent from my iPhone

On Jan 3, 2021, at 9:46 AM, Eastman, John <jeastman@chapman.edu> wrote:

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Send me the link to where you have compiled the Georgia data, and I'll see if the campaign itself has similar data on the other states.

John

**From:** [PIISC] @jackidaily.com>
**Sent:** Sunday, January 3, 2021 1:37 AM
**To:** Eastman, John <jeastman@chapman.edu>
**Cc:** [PIISC] @foley.com; [PIISC] @gmail.com>
**Subject:** Re: Data from states

Some of it is there, like the GA Senate report. There is a summary of outstanding litigation that does not include Trump v. Raffensperger and that does include some cases that I think are now dismissed, so it needs to be updated. Mostly it contains reports from the Amistad Project about big tech pumping hundreds of millions into the election.

Sent from my iPhone

On Jan 2, 2021, at 7:19 PM, Eastman, John <jeastman@chapman.edu> wrote:

No idea. I haven't even had a chance to look at that website link I sent – but was told everything is assembled there. Is that not the case?

John

**From:** [PIISC] @foley.com < [PIISC] @foley.com>
**Sent:** Saturday, January 2, 2021 6:15 PM
**To:** Eastman, John <jeastman@chapman.edu>
**Cc:** [PIISC] @gmail.com>; [PIISC] @jackidaily.com>
**Subject:** Re: Data from states

John - [PIISC] [PIISC] and [PIISC] and I are all part of the GA team. What's missing is any similar information in other states, of the kind we assembled in GA. That's what we are asking. Does it exist elsewhere? Thx

[PIISC]
Foley & Lardner, LLP
[PIISC] @foley.com
1950 (cell)
4081 (office)
Sent from my iPhone

On Jan 2, 2021, at 7:15 PM, Eastman, John <jeastman@chapman.edu> wrote:

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Since serious forensic investigations have been blocked at almost every turn, I've been focusing on the clear violations of state law.  That means that the "manner" the legislature set out for choosing electors was not followed.  The election was therefore illegally conducted, in violation of the Legislature's plenary power under Article II.

Most egregious example is Georgia.  They filed a statutorily-authorized election challenge on Dec. 4 – and still a judge has not been assigned to hear the case.  Really preposterous.

So the case for the Legislature stepping there is extremely strong.

John

**From:** [PIISC] @gmail.com>
**Sent:** Saturday, January 2, 2021 4:41 PM
**To:** [PIISC] @foley.com>
**Cc:** [PIISC] @jackidaily.com>; Eastman, John <jeastman@chapman.edu>
**Subject:** Re: Data from states

| External Message |
|---|

John,

If you know of files or even links, I can compile them into a central document and website for reference.

Additionally, please let me know of any legal arguments you are making that you think are especially persuasive I can sent to Members of Congress for whom I have contact information.

Thank you!

On Sat, Jan 2, 2021 at 6:33 PM [PIISC] @foley.com> wrote:

John - can you work with [PIISC] and [PIISC] re data to get to Members of Congress and Senators, who are now clamoring for facts and data re illegal votes?  I asked [PIISC] three days ago and he referred me to the Navarro report.   I don't think that cuts it.

Can you help?  It is like everything else in this whole thing.  We have to do it ourselves.  We have plenty of data from GA.  But I know nothing re other states.   And there is no central repository.   Help!

Thx. [PIISC]

[PIISC]
Foley & Lardner, LLP
[PIISC] @foley.com
█████ 1950 (cell)
█████ 4081 (office)
Sent from my iPhone

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

--

[PIISC]

PIISC   on Twitter and Facebook

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Chapman062727