```
1  OFFICE OF GENERAL COUNSEL
   U.S. HOUSE OF REPRESENTATIVES
2  5140 O'Neill House Office Building
   Washington, D.C. 20515
3
   SHER TREMONTE LLP
4  90 Broad Street, 23rd Floor
   New York, New York 10004
5
6  ARNOLD & PORTER
   601 Massachusetts Ave, NW
7  Washington, D.C. 20001
8
9  Counsel for the Congressional Defendants
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN | Case No. 8:22-cv-00099-DOC-DFM |
| Plaintiff, | |
| vs. | |
| BENNIE G. THOMPSON, *et al.*, | |
| Defendants. | |

# Exhibit I

**To:** Eastman, John[jeastman@chapman.edu]
**From:** PIISC @foley.com[ PIISC @foley.com]
**Sent:** Thur 11/5/2020 9:41:19 PM (UTC-07:00)
**Subject:** Legal memo

External Message


[External Message]

John - what would you think of producing a legal memo outlining the constitutional role of state legislators in designating electors? Rather than governors, the US Constitution vests that responsibility with state legislators.   Where state exec branch officials have rewritten or ignored state election law, why couldn't legislatures reclaim that constitutional duty, and designate the electors - rather than delegating to governors.   The US statute may be unconstitutional as the Gov has no authority under the Constitution to designate electors.   Am I crazy?   [ PIISC ] called me about this.   I said a legal memo would be required and you would be the person to write it.  And maybe get others to sign it.

What about that?   A movement is stirring. But needs constitutional support.

Would you be willing to discuss it with [ PIISC ]?   What about that?

Cleta Mitchell, Esq.
Foley & Lardner, LLP

**PIISC**

PIISC @foley.com


The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.
- NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.

NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.