OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br>     Plaintiff, <br><br> vs. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br>     Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit K

**From:** Eastman, John
**Sent:** Friday, November 06, 2020 9:06 AM MST
**To:** [PIISC] <[PIISC]@texaspolicy.com>
**Subject:** RE: Your call

I'm in a conference. But can do email. Already been in touch with [PIISC] on the Legislature override (for violations of existing state law) option.

John

-----Original Message-----
From: [PIISC] <[PIISC]@texaspolicy.com>
Sent: Wednesday, November 4, 2020 6:13 PM
To: Eastman, John <jeastman@chapman.edu>
Subject: Re: Your call

We may be up to 27. Iowa went from 3-1 Dem and might go 3-1 Rep.

[PIISC]
Texas Public Policy Foundation
https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.texaspolicy.com%2F&amp;data=04%7C01%7Cjeastman%40chapman.edu%7C793e4be2116e42de5e5708d88127fc20%7C809929af2d2545bf9837089eb9cfbd01%7C1%7C0%7C637401356684979617%7CUnknown%7C

Sent from my iPhone

> On Nov 4, 2020, at 7:12 PM, Eastman, John <jeastman@chapman.edu> wrote:
>
> EXTERNAL
>
>
> So throws it to the House. How likely one of our Rep. Delegations goes south on us? Lots of never Trumpers there.
>
> Dr. John C. Eastman
>
> (Sent from my mobile device. Please excuse any typos or brevity.)
>
>
>> On Nov 4, 2020, at 7:25 PM, [PIISC] <[PIISC]@texaspolicy.com> wrote:
>>
>> External Message
>>
>>
>> [External Message]
>>
>> If Biden ends up 270-268, consider this, of the 270 electors, 171 are in states that allow faithless electors (55 in CA where there is a penalty, but you can do it anyway).
>>
>> Decent odds he loses one.
>>
>> Especially if he starts deteriorating in the coming weeks under the stress.
>>
>> [PIISC] Texas Public Policy Foundation
>> https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.
>> texaspolicy.com%2F&amp;data=04%7C01%7Cjeastman%40chapman.edu%7C793e4b
>> e2116e42de5e5708d88127fc20%7C809929af2d2545bf9837089eb9cfbd01%7C1%7C0
>> %7C637401356684979617%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJ
>> QIjoiV2luMzIiLCJBTil6Ik1haWwiLCJXVCI6Mn0%3D%7C2000&amp;sdata=vy5pn3Ak
>> xARikk4e2OeFkZeQ%2BNoYQhDxV2qIqu9JEnk%3D&amp;reserved=0
>>
>> Sent from my iPhone
>>
>>>> On Nov 4, 2020, at 5:06 PM, Eastman, John <jeastman@chapman.edu> wrote:
>>>
>>> EXTERNAL
>>>
>>>
>>> [PIISC]
>>>
>>> I'm on a plane to Philly. Can't call, but can doemail. .
>>>
>>> Dr. John C. Eastman
>>>
>>> (Sent from my mobile device. Please excuse any typos or brevity.)
>> - NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.
>>
>> NOTE: This email originated from outside Chapman'snetwork. Do not click links or open attachments unless you recognize the sender and know content is safe.
>>