OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br>Plaintiff, <br><br>vs. <br><br>BENNIE G. THOMPSON, *et al.*, <br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit S

**From:**
**To:** ███████@gmail.com; ███████; Bernie Kerik; s███████@gmail.com; ███████;
███████@protonmail.com
**Subject:** Chairman Graham dead votes memo for your consideration
**Date:** Monday, January 4, 2021 2:29:32 PM
**Attachments:** Chairman Graham Memo KF.docx
GA dead voters - Geels.xlsx

Mayor,

Attached please find a memo to Senator Graham, along with the spreadsheet from the Kaufman/Geels team, regarding dead voters in GA.

This is significantly smaller in scope that we expected, and only includes Georgia, due to the following issues:

1. PA numbers were not able to be verified; the final list of dead voters sent by Vincent, who runs CheckYourVote.org, only included voters who had died AFTER election day
2. MI numbers were from the CheckYourVote website and since we could not verify those - and given their problems with PA - I don't believe we should send those to Chairman Graham
3. NV numbers only had DOB and DOD, and did not include the ballot return date - and I do not have the name of the group who provided those numbers, and thus, do not believe we should provide those to him without that information

The Chairman very specifically said that he *only* wanted verified numbers, with names that he could publicly use, for dead voters. When felons and those who voted in 2 states were offered to him, he said to go ahead and include those too, if we had the information verified and the names were provided. Thus, to meet his specific request, the attached is provided. I would recommend that if we wish to provide information other than verified numbers and names, that we do it in a separate memo, as I do not think he will be pleased with something other than that which meets his specific request. He did not seem interested in anything beyond the dead voters, which he thinks will resonate with the intended audience.

One last item - many of the dead voters on the GA list sent their vote in before they passed. I don't think this makes a particularly strong case, and I think it is possible that Chairman Graham will push back on that. Almost all of them died in October of 2020, a few in November of 2020, and a few in September 2020. I think this makes the case for unfortunate timing - many sent their ballots before they passed - rather than nefarious activity. Am raising this just so that everyone is aware of what the data actually says.