OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br>　　　Plaintiff, <br><br>vs. <br><br>BENNIE G. THOMPSON, *et al.*, <br><br>　　　Defendants. | Case No. 8:22-cv-00099-DOC-DFM |

# Exhibit V

**From:** ▮
**To:** Lucier, Casey
**Subject:** Re: Call this morning
**Date:** Thursday, March 10, 2022 4:00:46 PM

▮ never retained nor considered retaining Dr John Eastman. He contacted Dr Eastman merely to correct Eastman's incorrect publicly stated position on the PA Constitution. He never had any attorney-client privileged communications.

▮.

Happy to discuss.

▮

Sent from my iPhone

On Mar 9, 2022, at 12:52 PM, Lucier, Casey <▮@mail.house.gov> wrote:

Sounds good – will do.

**Casey Erin Lucier**
House Select Committee to Investigate the January 6th Attack on the U.S. Capitol
▮ (mobile) | ▮@mail.house.gov

**From:** ▮@klgates.com>
**Sent:** Wednesday, March 9, 2022 12:51 PM
**To:** Lucier, Casey <▮@mail.house.gov>
**Subject:** Re: Call this morning

U bet. How about 3:00. Call me at ▮.

Sent from my iPhone

On Mar 9, 2022, at 12:49 PM, Lucier, Casey <▮@mail.house.gov> wrote:

Hi ▮ – Can we connect this afternoon? I am open except for 2-2:30pm.

Thanks,

Casey

**Casey Erin Lucier**
House Select Committee to Investigate the January 6th Attack on the U.S. Capitol
(███████) (mobile) | ███████@mail.house.gov

---

**From:** ███████@klgates.com>
**Sent:** Tuesday, March 1, 2022 8:19 PM
**To:** Lucier, Casey <███████@mail.house.gov>
**Subject:** Re: Call this morning

I was on a flight to San Francisco when I got this. Let me know when there is a convenient time to speak and a good number to call.

Sent from my iPhone

> On Mar 1, 2022, at 10:00 AM, Lucier, Casey <███████@mail.house.gov> wrote:
>
> ███ – Could you please give me a call at your convenience this morning? You can reach me on my cell phone below.
>
> Thank you,
> Casey
>
> **Casey Erin Lucier**
> Investigative Counsel
> House Select Committee to Investigate the January 6th Attack on the U.S. Capitol
> ███████ (mobile) | ███████@mail.house.gov

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at ███████@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at ███████@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at ████████@klgates.com.