OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, D.C. 20001

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**[PROPOSED] ORDER**<br><br>Date: unscheduled<br>Time: 9:00 a.m.<br>Location: Courtroom 9D |

UPON CONSIDERATION OF the Congressional Defendants' Brief in Opposition to Plaintiff's Privilege Assertions, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's claims of privilege are **DENIED**

1
**PROPOSED ORDER**

**SO ORDERED.**

Dated: _____
THE HONORABLE DAVID O. CARTER
United States District Judge