OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br><br> Plaintiff, <br><br> v. <br><br> BENNIE G. THOMPSON, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-00099-DOC-DFM <br><br> **CONGRESSIONAL DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Congressional Defendants hereby request the Court, pursuant to Federal Rule of Civil Procedure 7(b) and this Court's Order Granting in Part Plaintiff's Application to File Briefing Under Seal (ECF 139), for leave to file under seal ECF 348, Congressional Defendants' Memorandum of Law in Opposition to Plaintiff's Privilege Assertions. Due to technical difficulties, the brief that was filed in ECF 348 was incomplete and was not in compliance with the Court's instructions set forth in ECF 139. Congressional Defendants have since filed the proper version of their brief, their declaration, and accompanying exhibits in ECF 349 and ECF 350. Congressional Defendants emailed counsel for Plaintiff at 12:47 pm Pacific, but have not yet been able to ascertain Plaintiff's position on the application.

1

APPLICATION FOR LEAVE TO FILE UNDER SEAL

# CONCLUSION

For the reasons set forth above, this Court should grant leave to file under seal the above-referenced document.

Dated: May 27, 2022

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
*General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov