OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**[PROPOSED] ORDER** |

UPON CONSIDERATION OF the Congressional Defendants' Application for Leave to File Under Seal ("Application"), it is hereby

**ORDERED** that Congressional Defendants' Application is **GRANTED**

**SO ORDERED.**

Dated: _____
THE HONORABLE DAVID O. CARTER
United States District Judge

---

1
**PROPOSED ORDER**