Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br><br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**MOTION TO SEAL**<br><br>Judge: Hon. David O. Carter |

Comes now the plaintiff, Dr. John Eastman, pursuant to Local Rule 79, and moves to seal the accompanying Motion for Extension of Time for final privilege production. As is apparent from the filing, it contains personal information not appropriate for the public docket, especially in a controversial case.

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 1**

| | |
|---|---|
| June 8, 2022 | Respectfully submitted, |
| | /s/*Anthony T. Caso* |
| | Anthony T. Caso (Cal. Bar #88561) |
| | CONSTITUTIONAL COUNSEL GROUP |
| | 174 W Lincoln Ave # 620 |
| | Anaheim, CA 92805-2901 |
| | Phone: 916-601-1916 |
| | Fax: 916-307-5164 |
| | Email: atcaso@ccg1776.com |
| | |
| | */s/ Charles Burnham* |
| | Charles Burnham (D.C. Bar # 1003464) |
| | Burnham & Gorokhov PLLC |
| | 1424 K Street NW, Suite 500 |
| | Washington, D.C. 20005 |
| | Email: charles@burnhamgorokhov.com |
| | Telephone: (202) 386-6920 |
| | |
| | *Counsel for Plaintiff* |

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 2**

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/ Charles Burnham
Charles Burnham
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
Email: charles@burnhamgorokhov.com

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 3**