Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* *admitted pro hac vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN,<br><br>*Plaintiff*,<br>vs.<br><br>BENNIE G. THOMPSON, *et al.*<br><br>*Defendants* | Case No.: 8:22-cv-00099-DOC-DFM<br><br>**MOTION FOR EXTENSION**<br><br>Judge: Hon. David O. Carter |

## MOTION FOR EXTENSION

Comes now the plaintiff, Dr. John Eastman, and moves for an extension of time until June 16 to produce the materials identified in this Court's June 7 order (ECF 356). Plaintiff asserts as follows:

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 1**

1. The Court's order issued late on June 7 requires Plaintiff to produce the remaining materials found to be unprotected by 2pm California time. It also requires a variety of redactions to the materials.

2. Client and counsel both have personal complications which make complying with the deadline a hardship. Dr. Eastman is planning memorial services for his late father to take place this Saturday and next Monday and Tuesday. The undersigned is a expecting a new baby via scheduled C-section this Friday at 8am and has significant family responsibilities leading up to that.

3. Making the required redactions to the materials for production will take significant time.

4. Finally, Dr. Eastman has a responsibility to advise and consult with affected clients before producing confidential information.

5. Undersigned counsel has been in contact with counsel for the Select Committee via phone and email. Counsel for the committee is seeking the committee's position on this request. However, in view of the time, it seemed appropriate to file this request as soon as possible. Counsel will file a supplement with the Court once the Select Committee's position on this request is ascertained.

6. As has been publicly announced, the Select Committee is planning a series of public hearings throughout this summer. Delaying Dr. Eastman's final production until June 16 will therefore leave the Select Committee

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 2**

significant time to incorporate any relevant disclosures into its public hearings.

For the foregoing reasons, Plaintiff respectfully requests an extension of time to make his final productions until June 16, 2022.

June 8, 2022                                    Respectfully submitted,

/s/*Anthony T. Caso*
Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 3**

**CERTIFICATE OF SERVICE**

I have served this filing on all counsel through the Court's ECF system.

Respectfully submitted,

/s/ Charles Burnham
Charles Burnham
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
Email: charles@burnhamgorokhov.com

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 4**