Anthony T. Caso (Cal. Bar #88561)
Email: atcaso@ccg1776.com
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164

Charles Burnham (D.C. Bar# 1003464)*
Email: charles@burnhamgorokhov.com
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 386-6920
* admitted pro hac vice

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN, <br> *Plaintiff,* <br> vs. <br> BENNIE G. THOMPSON, *et al.* <br> *Defendants* | Case No.: 8:22-cv-00099-DOC-DFM <br><br> Judge: Hon. David O. Carter |

Dr. Eastman's Motion to Seal his Motion for Extension of time is granted for good cause. His request for an extension of time until June 16, 2022 to produce the materials identified in this Court's June 7 order is also granted.

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 1**

Entered on:_____.

_____.

Hon. David O. Carter

**PLAINTIFF'S STATEMENT OF DISPUTED FACTS – PAGE 2**