OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Counsel for the Congressional Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN C. EASTMAN<br><br>Plaintiff,<br><br>v.<br><br>BENNIE G. THOMPSON et al.,<br><br>Defendants. | Case No. 8:22-cv-00099-DOC-DFM<br><br>**CONGRESSIONAL DEFENDANTS' REPLY TO PLAINTIFF'S MOTION FOR EXTENSION** |

Congressional Defendants recognize that Dr. Eastman and Mr. Burnham's personal complications make compliance with the original deadline a hardship, and they hereby agree to accept a rolling production of materials identified in this Court's June 7 Order (ECF 356), concluding by Monday, June 13, 2022. While this deadline is three days prior to Plaintiff's requested deadline, *see* ECF 357, Congressional Defendants trust that Mr. Burnham's co-counsel or other law firm colleagues should be able to assist counsel in providing the Court-ordered materials as expeditiously as possible. Congressional Defendants request that documents relating to the First Amendment issues and other documents where there is no identified client should be produced up front.

1

**CONGRESSIONAL DEFENDANTS' REPLY TO PLAINTIF'S MOTION FOR EXTENSION**

Respectfully submitted,

/s/  *Douglas N. Letter*
DOUGLAS N. LETTER
  *General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF
REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C.  20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Congressional Defendants*

Dated:  June 8, 2022

2
**CONGRESSIONAL DEFENDANTS' REPLY TO PLAINTIF'S MOTION FOR
EXTENSION**

## **CERTIFICATE OF SERVICE**

### **WASHINGTON, DISTRICT OF COLUMBIA**

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On June 8, 2022, I served the **REPLY TO PLAINTIFF'S MOTION FOR EXTENSION** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2022 here, at Bethesda, Maryland.

*/s/* Douglas N. Letter