1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

JOHN C. EASTMAN,                        Case No.: 8:22-cv-00099-DOC-DFM

*Plaintiff*,

vs.

BENNIE G. THOMPSON, *et al.*            Judge: Hon. David O. Carter

*Defendants*

     Dr. Eastman's Motion to Seal his Motion for Extension of time (Dkt. 357-1) is granted for good cause.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Entered on: ___June 8, 2022_____ .


_David O. Carter_____ .

Hon. David O. Carter