UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM                    Date: June 8, 2022

Title: JOHN C. EASTMAN V. BENNIE G. THOMPSON ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER RE: MOTION FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS [357]**

Before the Court is Plaintiff Dr. John Eastman's Motion for Extension of time to produce the materials identified in the Court's June 7 order (Dkt. 357-1). Dr. Eastman seeks an extension to next Thursday, June 16, due to upcoming memorials for his late father and the scheduled birth of his counsel's child. The Select Committee agrees to accept a rolling production of materials, beginning with documents related to the First Amendment issues and those with no identified client (Dkt. 359).

Accordingly, the Court ORDERS Dr. Eastman to produce documents that the Court found were not protected by the First Amendment and those with no identified client by 9:00 pm on Wednesday, June 8, 2022. Dr. Eastman is ORDERED to produce the remaining documents on a rolling basis, with all documents to be produced by 12:00 pm on Monday, June 13, 2022.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                             Initials of Deputy Clerk: kdu

CIVIL-GEN