OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Counsel for the Congressional Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOHN C. EASTMAN, | Case No. 8:22-cv-00099-DOC-DFM |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR *IN CAMERA* REVIEW OF DOCUMENTS HELD IN ABEYANCE** |
| vs. | |
| BENNIE G. THOMPSON, *et al.*, | |
| Defendants. | |

# **NOTICE OF MOTION**

The Congressional Defendants hereby move the Court to conduct an *in camera* review of documents for which Plaintiff claims privilege, for the reasons set forth in the attached memorandum.

Dated: September 14, 2022        OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

By: /s/ Douglas Letter
      Douglas Letter

Attorney for Congressional Defendants

# CERTIFICATE OF SERVICE
## WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the aforesaid county, District of Columbia; I am over the age of 18 years and not a party to the within action; my business address is:

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

On September 14, 2022, I served the **DEFENDANTS' NOTICE** on the interested parties in this action:

Anthony T. Caso
Constitutional Counsel Group
174 W Lincoln Ave #620
Anaheim, CA 92805-2901
atcaso@ccg1776.com

Charles Burnham
Burnham & Gorokhov PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
charles@burnhamgorokhov.com

*Attorneys for Plaintiff John C. Eastman*

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

The document was served on the following via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2022 here, at Bethesda, Maryland.

/s/ Douglas Letter
Douglas Letter