UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-00099-DOC-DFM                    Date: September 15, 2022

Title: JOHN EASTMAN V. BENNIE THOMPSON ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING BRIEFING SCHEDULE**

On September 14, 2022, Defendants Select Committee to Investigate the January 6 Attack on the US Capitol and Representative Bennie Thompson (collectively "Select Committee") filed a Motion for In Camera Review. (Dkt. 366). There, the Select Committee requested an expedited briefing schedule in consideration of the limited time before the conclusion of the 117th Congress. Accordingly, the Court **SETS** the following briefing schedule:

| | |
|---|---|
| Monday, September 26, 2022: | Plaintiff's opening brief |
| Monday, October 3, 2022: | Select Committee's response brief |
| Wednesday, October 5, 2022: | Plaintiff's reply brief |

Alternatively, if the parties consent, the Court **WAIVES** briefing on the Select Committee's Motion for In Camera Review (Dkt. 366).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                           Initials of Deputy Clerk: kdu
CIVIL-GEN