# Exhibit A



Handwritten annotation: "This SO much events - No way this loses -"