# Exhibit B

**From:** Michael, Molly A. EOP/WHO <Molly.A.Michael@who.eop.gov>
**Sent:** Tuesday, December 08, 2020 9:01 AM MST
**To:** Eastman, John <jeastman@chapman.edu>
**Subject:** From POTUS
**Attachment(s):** "Rally.pdf"

**External Message**

The President wanted you to see this photo – attached with caption

-Molly

**NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.**

Chapman025904