# Exhibit C

**From:** Bruce Marks <​███​>
**Sent:** Wednesday, December 30, 2020 10:01 PM MST
**To:** Kenneth Chesebro <​███​>; Eastman, John <eastman@chapman.edu>
**CC:** N na Khan <​███​>; Tom Su van <​███​>; Yu a Cherepanova <​███​>
**Subject:** RE: PA Rep y to Boockvar

**External Message**

A shame you are not in DC and could contribute to violation of the emoluments clause. 🙂

---

**From:** Kenneth Chesebro <​███​>
**Sent:** Wednesday, December 30, 2020 11:51 PM
**To:** Bruce Marks <​███​>; Eastman, John <jeastman@chapman.edu>
**Cc:** N na Khan <​███​>; Tom Su van <​███​>; Yu a Cherepanova <​███​>
**Subject:** Re: PA Rep y to Boockvar

Sure, I w  take a  ook

Am at Trump Internat ona  n NYC, so I'm fee ng extra  nsp red to work on the Pres dent's cases!!  o

---

**From:** Bruce Marks <​███​>
**Sent:** Wednesday, December 30, 2020 11:28 PM
**To:** Eastman, John <eastman@chapman.edu>; Kenneth Chesebro <​███​>
**Cc:** N na Khan <​███​>; Tom Su van <​███​>; Yu a Cherepanova <​███​>
**Subject:** PA Rep y to Boockvar

**Work Product**

[redacted]

NOTE: This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.