# Exhibit D

**From:** Kenneth Chesebro <████████████>
**Sent:** Wednesday, December 30, 2020 10:20 PM MST
**To:** Bruce Marks <████████████>; Eastman, John <jeastman@chapman.edu>
**CC:** N na Khan <████████████>; Tom Su van <████████████>; Yu a Cherepanova <████████████>
**Subject:** Re: PA Rep y to Boockvar

**External Message**

I m stay ng at Trump Int n DC from Jan 3 to at east the 8th. Do ng my part to curry favor w th the Pres dent by n ng h s (empty) pockets! 😁

Get [Out ook for OS](#)

---

**From:** Bruce Marks <████████████>
**Sent:** Thursday, December 31, 2020 12:01:32 AM
**To:** Kenneth Chesebro <████████████>; Eastman, John <jeastman@chapman.edu>
**Cc:** N na Khan <████████████>; Tom Su van <████████████>; Yu a Cherepanova <████████████>
**Subject:** RE: PA Rep y to Boockvar

A shame you are not in DC and could contribute to violation of the emoluments clause. 😊

---

**From:** Kenneth Chesebro <████████████>
**Sent:** Wednesday, December 30, 2020 11:51 PM
**To:** Bruce Marks <████████████>; Eastman, John <jeastman@chapman.edu>
**Cc:** N na Khan <████████████>; Tom Su van <████████████>; Yu a Cherepanova <████████████>
**Subject:** Re: PA Rep y to Boockvar

Sure, I w take a ook

Am at Trump Internat ona n NYC, so I'm fee ng extra nsp red to work on the Pres dent's cases!! o

---

**From:** Bruce Marks <████████████>
**Sent:** Wednesday, December 30, 2020 11:28 PM
**To:** Eastman, John <eastman@chapman.edu>; Kenneth Chesebro <████████████>
**Cc:** N na Khan <████████████>; Tom Su van <████████████>; Yu a Cherepanova <████████████>
**Subject:** PA Rep y to Boockvar

Work Product

[████████████ redacted ████████████]

**NOTE:** This email originated from outside Chapman's network. Do not click links or open attachments unless you recognize the sender and know content is safe.