/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email: atcaso@ccg1776.com

/s/ *Charles Burnham*

Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHN C. EASTMAN | Case No. 8:22-cv-00099-DOC-DFM |
| Plaintiff, | |
| vs. | |
| BENNIE G. THOMPSON, *et al.*, | |
| Defendants. | |

# MOTION TO EXTEND DEADLINE

Comes now the Plaintiff, Dr. John Eastman and moves to extend the October 28, 2022 deadline to produce privileged materials to the congressional defendants as set forth in this Court's October 19 order with respect to certain materials. ECF 372. Plaintiff submits as follows:

1. On October 19, 2022 this Court ordered Plaintiff to produce various materials from the *in camera* review to the congressional defendants by today's date.

2. After considering this Court's order, Plaintiff filed a Motion to Reconsider or in the Alternative for a Stay Pending Appeal on October 27. ECF 373.

3. In the event this Court is not inclined to grant a stay of the October 19 order, Plaintiff intends to seek a stay of the order from the Ninth Circuit Court of Appeals pending review by that Court.

4. Plaintiff requests a brief extension of time to produce the materials specified in his October 27 motion to allow the Ninth Circuit time to consider Plaintiff's request to stay this Court's order. A continuance of one week should be sufficient to obtain an expedited ruling from the Ninth Circuit.

5. All materials not specified in Plaintiff's Motion to Reconsider will be produced to the congressional defendants today.

6. The congressional defendants oppose this request.

For the foregoing reasons, Plaintiff respectfully requests a one week extension of time to produce the materials specified in ECF 373.

| | |
|---|---|
| October 28, 2022 | Respectfully submitted, |

/s/*Anthony T. Caso*

Anthony T. Caso (Cal. Bar #88561)
CONSTITUTIONAL COUNSEL GROUP
174 W Lincoln Ave # 620
Anaheim, CA 92805-2901
Phone: 916-601-1916
Fax: 916-307-5164
Email:  atcaso@ccg1776.com


*/s/ Charles Burnham*
Charles Burnham (D.C. Bar # 1003464)
BURNHAM & GOROKHOV PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Email: charles@burnhamgorokhov.com
Telephone: (202) 386-6920


*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing has been served on opposing counsel by email.

By: <u>*/s/ Charles Burnham*</u>
Charles Burnham
D. Md. Bar 12511
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com