UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-00099-DOC-DFMx     Date March 28, 2023

Title: John C. Eastman v. Bennie G. Thompson, et al.

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                          None Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 1/30/2023 (Dkt.382).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  All pending motions are DENIED as moot.

☐ Entered _____.

Initials of Preparer     kdu